# Exhibit B



"BETTER, FASTER, SAFE"

October 28, 2011

Mr. Robby McDonald
Parsons Brinckerhoff
100 South Charles Street
Baltimore, MD 21201
Attention: Robby McDonald

Re:  Governor Printz Interceptor - Section 1
     Delay due to Arsenic at Stoney Creek Pump Station

Gentlemen:

At the September 21, 2011 Progress Meeting, we briefly discussed the above referenced delay and price proposal. We discussed the time line you handed out and I agreed to review it and our proposal. Upon review, your timeline is accurate and I have added some of my handwritten notes for clarity.

Based upon the timeline, the delay due to arsenic on the 72" pipe started on Tuesday May 3, 2011 and work resumed on Monday June 13, 2011 which is 42 days later. New Castle County (NCC) gave notice on Tuesday June 7, 2011 to commence work on force account and at that point, we scheduled our Hazmat Safety training for June 10, 2011 and we were directed not to perform force account work on weekend overtime (6/11/11 and 6/12/11) so work began June 13, 2011. The period between May 3rd and June 7th, as outlined, was made up of water and soil testing to determine the limits of contamination, possible disposal locations and finally proposal pricing and review. On the project schedule, the 72" pipe is on the critical path which makes the entire 42 days a compensable delay. On June 27, 2011, test results were received which verified the soil was back to normal levels and is considered the last day of the delay/force account work. Between June 13th and June 27th, the 72" pipe work was originally contract work which had time on the schedule so we are attributing 50% to the extra force account work. Therefore the total delay/extra work for the arsenic is 42 days (5/3 - 6/13) and 7 days (6/13 - 6/27, 14 days @ 50%) for a total of 49 days.

We hereby request a compensable time extension of 49 calendar days of which you have already given 22 days time only. In our original submission, we documented a daily cost of $3,827.47 (see attached). Therefore, we request compensation for $187,546.03.

In our original proposal dated June 18, 2011, we also submitted for production crew delay time (see attached). We have rethought our original submittal and deleted the bypass pumping and associated watchmen. However during the delay period between 5/9 and 5/17, we did run our equipment while working on the 36" pipe and MH 103 so NCC is not responsible for standby time during this period but the remaining standby time from 5/3 to 6/13 is being submitted for payment (see attached). As detailed on the attached sheet, the total equipment standby is 19 days @ $99,337.78.

In summary after reviewing the arsenic delay, we request the following:

1. A 49 day time extension
2. Compensable General Conditions cost of $187,546.03
3. Equipment standby cost of $99,337.78

Please review and approve this request. If you have any questions I can be reached in my office at 410-776-2015.

Sincerely,

*Richard W. Dungan*

Richard W. Dungan, P.E.
Vice President/General Manager