# Exhibit C



1805 Berks Road – Worcester, PA 19490

March 29, 2012

Parsons Brinckerhoff                                          AI Letter: COM0046
100 South Charles Street                                      AI Job 1020034
Baltimore, MD 21201
Attention: Robby McDonald

RE: Governor Printz Interceptors – Section 1
    Contract No. 2010-01, Project 220612
    Arsenic Force Account

Dear Robby,

Attached for your review and processing is AAM's re-submittal of the Arsenic Force Account work performed in June 2011.

On March 20th, 2012 AAM met with County officials and yourself in an effort to resolve this unpaid project Force Account and the associated time delay.  Since that time you and I have discussed the Force Account and I have been made aware of the level of scrutiny and examination in which it is being evaluated.  As such, I felt it necessary to restructure the cost breakdown so all parties have a clear understanding of the various cost components and wage make up.  In AAM's past experience with Municipalities and DOT's it is very common to have agreed upon hourly rates for each class of workers and AAM's original cost breakdown used this method of costing, i.e. a single rate for each class of worker.   Sometimes using this method there will be a slight cost advantages to either the owner or contractor since an average rate is being used per class of work rather then an exact rate for the specific individual.  Following PB's questions that have arisen; such as the make up of the wage package, certified payrolls, taxes, and fringe benefits, it became apparent that a more complete breakdown of cost is required.  AAM is fully prepared to provide any additional information requested, therefore we have done so herein and it has resulted in a cost increase relative to this force account work.  The fact is, the original cost breakdown was under billed due to the urgency of the situation and AAM's desire to quickly respond to PB's request for the cost breakdown.  The primary cost differences are reported in the hourly wage, again, the difference between using single rates per worker and using the specific rate for the actual individual who performed the work.  Lastly, the Credit due the County for past payments made for the 72" pipe is more clearly presented  in this new breakdown and this Credit offsets the Force Account payment due.

Please review the attached Cost Breakdown and advise me if there are any questions.  It should be noted that the hours and time associated with this work have been cross checked to our Force Account sheets and timesheets. The hourly rates used are those paid out, and reported on our Certified Payrolls. The Tax rate used is accurate for 2011 but will be re-evaluated for any Force Account work occurring in 2012 since they change yearly.

AAM request an expedited evaluation of this cost breakdown since we have been placed in a position of financial hardship through outstanding payments which are long overdue for this work performed at the County's request dealing with this unforeseen contaminated material.

Sincerely,

Carmen D. Cipriano
Senior Project Manager

Attachments:  Cost Breakdown, 21 pages.

| Itemization of Force Account Work – Arsenic June '11 | | Cost Breakdown | | | | | |
|---|---|---|---|---|---|---|---|
| | Quantity | Unit | Unit Price | Total | % Markup | Total with Markup |
| **Force Account Labor** | 1 | LS | $31,556.60 | $31,556.60 | 26% | $39,761.32 |
| Force Account Equipment | 1 | LS | $42,119.29 | $42,119.29 | 15% | $48,437.18 |
| Force Account Materials | 1 | LS | $2,428.75 | $2,428.75 | 15% | $2,793.06 |
| Credit for 72" Labor & Equipment paid to date | | | | | | ($31,187.36) |
| | | | | | | |
| Miscellanious Supplies | | | | | | |
| Flow Meter | 1 | LS | $938.54 | $938.54 | 15% | $1,079.32 |
| Air Gas | 1 | LS | $333.61 | $333.61 | 15% | $383.65 |
| A-1 Portable Toilet | 1 | LS | $76.30 | $76.30 | 15% | $87.75 |
| Disposal | 790.97 | TN | $40.00 | $31,638.80 | 15% | $36,384.62 |
| Testing | | | | | | |
| AEC | 1 | LS | $2,087.50 | $2,087.50 | 15% | $2,400.63 |
| Sovereign - HASP & Training | 1 | LS | $2,000.00 | $2,000.00 | 15% | $2,300.00 |
| Sovereign - Monitoring & Consulting | 1 | LS | $1,987.23 | $1,987.23 | 15% | $2,285.31 |
| Backfill Above Pipe | 450.85 | TN | $8.97 | $4,044.12 | 15% | $4,650.74 |
| | | | | | | |
| | | | | | TOTAL | $109,376.22 |

| Credit Calculation | | | Total Paid |
|---|---|---|---|
| Payment made on 72" pipe | LF | | |
| Pipe **Cost**, Material only | 83 | $ 700.00 | $58,100.00 |
| Pipe Cost, Cut off waste | 83 | $ (264.20) | ($21,928.60) |
| Pipe Testing, Exfil test 201 - 202 | 8.2 | $ (264.20) | ($2,166.44) |
| Labor & Equip Portion of Payment made | 160 | $ (17.61) | ($2,817.60) |
| | | | $31,187.36 |

Credit

## AAM Timesheets

| Employee Name | Description | 6/15/2011 040 227 200 | 6/15/2011 780 100 003 | 6/15/2011 040 404 002 | 6/15/2011 040 515 000 | 6/16/2011 040 227 200 | 6/16/2011 780 100 003 | 6/16/2011 040 515 000 | 6/16/2011 040 514 000 | 6/17/2011 040 227 200 | 6/20/2011 040 227 200 | 6/21/2011 040 227 200 | 6/21/2011 020 305 010 | 6/22/2011 040 227 200 | 6/23/2011 040 227 200 | 6/24/2011 040 227 200 | 6/24/2011 020 305 010 | Total Man Hours | 72" Pipe Work Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dave Brode | Foremen | | | | | | | | | | | | | | | 8 | | 64 | 64 |
| Dan Toms | Excavator Operator | | 12 | | | 6 | 6 | | | | 10 | 8 | 3 | 13 | 8 | 11 | | 88 | 85 |
| Ryan Oldewurtle | Pipelayer | | 12 | | | 6 | 6 | | | 11 | 10 | 8 | 3 | 13 | 8 | 11 | | 80 | 77 |
| Jason Bobbit | Pipelayer | | 12 | | | 6 | 6 | | | | 10 | 8 | 3 | 13 | 8 | 5 | | 71 | 68 |
| Dave Brode Jr. | Laborer | | | 5 | 7 | 4 | 3 | 3 | 2 | | 10 | 8 | 3 | 13 | 8 | 8 | | 77 | 57 |
| Robert Tailer | Laborer | | 12 | | 7 | 6 | 6 | 4 | | | 9 | 8 | 3 | 13 | 8 | 8 | 3 | 71 | 68 |
| Bob Ferguson | Loader Operator | | 2 | | 7 | 6 | 10 | 4 | 4 | | 10 | 8 | 3 | 13 | 8 | 6 | 5 | 88 | 65 |
| **TOTAL Man Hours** | | 79 | 54 | 5 | 14 | 40 | 32 | 7 | 6 | 52 | 64 | 56 | 18 | 73 | 48 | 63 | 5 | 539 | 484 |

| Code | Description |
|---|---|
| 020 305 010 | Bypass Pumping - Fuel and Maintenance |
| 040 227 200 | 72" San Sewer Install |
| 040 404 002 | 8' Dia MH Install |
| 040 515 000 | Vacuum Test Sanitary Manhole |
| 040 515 000 | Test Sewer |
| 780 100 001 | 72" San Sewer Install |
| 780 100 003 | 72" San Sewer Install |

# Arsenic Force Account Cost Breakdown

| Name | Title | | 6/15/2011 | 6/16/2011 | 6/17/2011 | 6/20/2011 | 6/21/2011 | 6/22/2011 | 6/23/2011 | 6/24/2011 | TOTAL HOURS | AM RATE | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dave Brode | Foreman | ST | 8 | 8 | 8 | | 8 | 8 | 8 | 8 | 64 | $78.76 | $5,040.64 |
| | | OT | | | | | | | | | NA | NA | NA |
| Dan Toms | Operator | ST | 12 | 9 | | 10 | | 13 | 6 | | 58 | $71.91 | $4,170.78 |
| | | OT | | 3 | 11 | | | | 2 | 11 | 27 | $100.86 | $2,723.22 |
| Ryan Oldewurtel | Pipelayer | ST | 12 | 12 | 11 | 10 | 8 | 13 | 2 | 6 | 72 | $50.75 | $3,654.00 |
| | | OT | | | | | | | | 5 | 5 | $70.48 | $352.40 |
| Jason Bobbit | Pipelayer | ST | 12 | 12 | | 10 | 8 | 13 | 6 | | 61 | $46.37 | $2,828.57 |
| | | OT | | | | | | | 2 | 5 | 9 | $49.92 | $447.44 |
| Dave Brode Jr | Laborer | ST | | 7 | | 10 | 8 | 13 | 6 | | 44 | $57.68 | $2,537.92 |
| | | OT | | | | | | | 2 | 11 | 13 | $80.89 | $1,051.57 |
| Robert Taylor | Laborer | ST | 12 | 9 | | 6 | 8 | | 8 | 11 | 54 | $53.98 | $2,914.92 |
| | | OT | | 3 | 11 | | | | | | 24 | $57.32 | $1,064.48 |
| Robert Ferguson | Operator | ST | | 4 | 6 | 10 | 8 | 13 | 6 | 2 | 47 | $73.26 | $3,443.22 |
| | | OT | | | 5 | | | | | 6 | 19 | $102.88 | $1,337.44 |
| | | | | | | | | | | | | | $331,556.60 |

| Equipment | 6/15/2011 | 6/16/2011 | 6/17/2011 | 6/20/2011 | 6/21/2011 | 6/22/2011 | 6/23/2011 | 6/24/2011 | TOTAL HOURS | BLUE BOOK RATE | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forman Truck | 6 | 5.5 | 11 | 10 | 8 | 13 | 11 | 11 | 72.5 | $19.45 | $1,410.13 |
| CAT 345 | 12 | 11 | 11 | 10 | 8 | 13 | 8 | 11 | 84 | $184.23 | $15,475.32 |
| John Deere 650 | 12 | 11 | 11 | 10 | 8 | 13 | 8 | 11 | 84 | $287.01 | $24,108.84 |
| Godwin Pumps | 1 | | | | | | | | 1 | $1,125.00 | $1,125.00 |
| | | | | | | | | | | | $42,119.29 |

### Weeks Worked

| Material | 6/15/2011 | 6/16/2011 | 6/17/2011 | 6/20/2011 | 6/21/2011 | 6/22/2011 | 6/23/2011 | 6/24/2011 | TOTAL HOURS | Rate | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trench Box's (3) | 1 | | | | | | | | 1 | $1,106.25 | $1,106.25 |
| Trench Plates (8) | 1 | | | | | | | | 1 | $1,120.00 | $1,120.00 |
| Shoring Sheets (6) | 1 | | | | | | | | 1 | $202.50 | $202.50 |
| | | | | | | | | | | | $2,428.75 |

# Wage Rates for Governor Printz

Standard Pay

| Employee Name | Description | Base Rate | Total Insurance and Tax | Fringe Benefits | Expenses | Final Hourly Rate |
|---|---|---|---|---|---|---|
| Dave Brode | Foremen | $42.34 | 36.28% | $11.94 | $9.12 | $78.76 |
| Dan Toms | Excavator Operator | $42.48 | 36.28% | $12.00 | $2.02 | $71.91 |
| Ryan Oldewurtle | Pipelayer | $28.96 | 36.28% | $10.00 | $1.28 | $50.75 |
| Jason Bobbit | Pipelayer | $25.75 | 36.28% | $10.00 | $1.28 | $46.37 |
| Dave Brode Jr. | Laborer | $34.05 | 36.28% | $10.00 | $1.28 | $57.68 |
| Robert Tailer | Laborer | $31.33 | 36.28% | $10.00 | $1.28 | $53.98 |
| Bob Ferguson | Loader Operator | $43.47 | 36.28% | $12.00 | $2.02 | $73.26 |

Overtime Pay

| Employee Name | Description | Base Rate | Total Insurance and Tax | Fringe Benefits | Expenses | Final Hourly Rate |
|---|---|---|---|---|---|---|
| Dave Brode | Foremen | $42.34 | 36.28% | $11.94 | $9.12 | $78.76 |
| Dan Toms | Excavator Operator | $63.72 | 36.28% | $12.00 | $2.02 | $100.86 |
| Ryan Oldewurtle | Pipelayer | $43.44 | 36.28% | $10.00 | $1.28 | $70.48 |
| Jason Bobbit | Pipelayer | $38.63 | 36.28% | $10.00 | $1.28 | $63.92 |
| Dave Brode Jr. | Laborer | $51.08 | 36.28% | $10.00 | $1.28 | $80.89 |
| Robert Tailer | Laborer | $47.00 | 36.28% | $10.00 | $1.28 | $75.32 |
| Bob Ferguson | Loader Operator | $65.21 | 36.28% | $12.00 | $2.02 | $102.88 |

**Final Hourly Rate = [Base Rate x (1 + Insurance and Tax)] + Fringe + Expenses**



www.equipmentwatch.com

## Rental Rate Blue Book®

March 26, 2012

### On-Highway Light Duty Trucks
Miscellaneous Models

Size Class:
**100 - 199 HP 100 - 199 HP**

### Configuration for On-Highway Light Duty Trucks

| Power Mode | Gasoline | Cab Type | Conventional |
|---|---|---|---|
| Axle Configuration | 4X4 | Ton Rating | 3/4 |
| Horsepower | 165.0 | | |

### Blue Book Rates

** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
| | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | $785.00 | $220.00 | $55.00 | $8.00 | $15.20 | $19.66 |
| Adjustments | | | | | | |
| Region (Delaware: 95.4%) | ($36.11) | ($10.12) | ($2.53) | ($0.37) | | |
| Model Year (2010: 99.9%) | ($0.75) | ($0.21) | ($0.05) | ($0.01) | | |
| Ownership (100%) | - | - | - | - | | |
| Operating (100%) | | | | | - | |
| **Total:** | $748.14 | $209.67 | $52.42 | $7.62 | $15.20 | $19.45 |

### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 58% | $455.30 / mo |
| Overhaul (ownership) | 27% | $211.95 / mo |
| CFC (ownership) | 5% | $39.25 / mo |
| Indirect (ownership) | 10% | $78.50 / mo |
| Fuel (operating) @ $3.84 | 79% | $12.04 / hr |

Revised Date: 2nd Half 2011

All material herein © 2003-2012 Penton Media, Inc. All rights reserved.



www.equipmentwatch.com

## Rental Rate Blue Book®

March 26, 2012

### Caterpillar 345B L SERIES II (disc. 2005)
Crawler Mounted Hydraulic Excavators



Size Class:
40.1 - 50.0 MTons 40.1 - 50.0 MTons
Weight:
97,940 lbs.

### Configuration for 345B L SERIES II

| | | | |
|---|---|---|---|
| Power Mode | Diesel | Bucket Capacity - Heaped | 2.5 cy |
| Operating Weight | 44.46 MT | Net Horsepower | 321.0 |

Equipment Notes:  General Purpose bucket included in rate, unless otherwise noted.

### Blue Book Rates
** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
| | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | $14,565.00 | $4,080.00 | $1,020.00 | $155.00 | $104.95 | $187.71 |
| Adjustments | | | | | | |
| Region (Delaware: 95.8%) | ($611.73) | ($171.36) | ($42.84) | ($6.51) | | |
| Model Year (100%) | - | | | | | |
| Ownership (100%) | - | | | | | |
| Operating (100%) | | | | | - | |
| Total: | $13,953.27 | $3,908.64 | $977.16 | $148.49 | $104.95 | $184.23 |

### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 41% | $5,971.65 / mo |
| Overhaul (ownership) | 43% | $6,262.95 / mo |
| CFC (ownership) | 8% | $1,165.20 / mo |
| Indirect (ownership) | 8% | $1,165.20 / mo |
| Fuel (operating) @ $4.11 | 53% | $55.41 / hr |

Revised Date:  2nd Half 2011

All material herein © 2003-2012 Penton Media, Inc. All rights reserved.



www.equipmentwatch.com

## Rental Rate Blue Book®

March 26, 2012

### Deere 650D LC
Crawler Mounted Hydraulic Excavators

Size Class:
66.1 - 90.0 MTons 66.1 - 90.0 MTons
Weight:
152,190 lbs.

### Configuration for 650D LC

| Power Mode | Diesel | Bucket Capacity - Heaped | 4.04 cy |
|---|---|---|---|
| Operating Weight | 69.0 MT | Net Horsepower | 463.0 |

Equipment Notes:  General Purpose bucket included in rate, unless otherwise noted.

### Blue Book Rates
** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

|  | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
|  | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | $23,030.00 | $6,450.00 | $1,615.00 | $240.00 | $161.65 | $292.50 |
| Adjustments |  |  |  |  |  |  |
| Region (Delaware: 95.8%) | ($967.26) | ($270.90) | ($67.83) | ($10.08) |  |  |
| Model Year (100%) | - | - | - | - |  |  |
| Ownership (100%) | - | - | - | - |  |  |
| Operating (100%) |  |  |  |  |  |  |
| Total: | $22,062.74 | $6,179.10 | $1,547.17 | $229.92 | $161.65 | $287.01 |

### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 41% | $9,442.30 / mo |
| Overhaul (ownership) | 43% | $9,902.90 / mo |
| CFC (ownership) | 8% | $1,842.40 / mo |
| Indirect (ownership) | 8% | $1,842.40 / mo |
| Fuel (operating) @ $4.11 | 52% | $83.73 / hr |

Revised Date:  2nd Half 2011

All material herein © 2003-2012 Penton Media, Inc. All rights reserved.

# godwin pumps.

**Invoice**
Branch 001
84 Floodgate Road
Bridgeport, NJ 08014-0191
Tel: 856-467-3636
Fax: 856-467-4841

Sold by:

Remit to: Godwin Pumps of America, Inc.
P.O. Box 935152
Atlanta, GA 31193-5152
Phone: 866-467-3636

*handwritten: 4500/4   $1125*

**SOLD TO:**
Allan A Myers Incorporated
PO Box 1310
Worcester, PA 19490

**SHIP TO:**
Allan A Myers Incorporated
North Delaware Interceptor
Governor Printz Blvd
Wilmington, DE 19801

| Cust. No. | Invoice Date | Invoice No. |
| --- | --- | --- |
| 00012818 | 06-08-2011 | 400139723 |

Page 1 of 1

Payment Terms: COD

| Ordered By | Contract Date | Rental Contract # | Sales Engineer | Order Taken By |
| --- | --- | --- | --- | --- |
| Rich Donovan | 03-17-2011 | 201016645 | Dale J. Brackin | Thomas M. Nawn |

Customer PO: 1020034 - 20-38870002-S

| QTY | ITEM | DESCRIPTION | PER | DWM | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
|  |  | Rental 05/12/2011 Thru 06/08/2011 *Continuation* |  |  |  |  |
| 1 | D-41476 | Godwin CD100M 4" 3015D SB 30G | 1 | M | 4,500.00 | 4,500.00 |
| 1 | QVP0003 | Quiet Vandal Pack Encl. CD100M/3TNV88 | 1 | M | 0.00 | 0.00 |
| 4 | HSDS040050QDDR | 4" x 50' HD Layflat Hose W/QD | 1 | M | 117.00 | 468.00 |
| 1 | HSWS040020QDSR | 4" x 20' Black Water Suction Hose W/QD | 1 | M | 117.00 | 117.00 |
| 1 | BN040SBQDG000R | 4" QD Step Bow | 1 | M | 72.00 | 72.00 |
| 2 | HSWS040010QDSR | 4" x 10' Black Water Suction Hose W/QD | 1 | M | 63.00 | 126.00 |
| 1 | BN04090DDG000R | 4" 90 Degree QD Bend | 1 | M | 36.00 | 36.00 |
| 1 | MSLK010NA002R | 1" x 20' Leak Off Hose | 1 | M | 0.00 | 0.00 |
| 1 | SCSH040NA000R | 4" Small Hole Suction Screen · w/ qd fittings | 1 | M | 0.00 | 0.00 |
| 1 | SCLH040NA000R | 4" Large Hole Suction Screen · w/ qd fittings | 1 | M | 0.00 | 0.00 |

ALL PAST DUE INVOICES ARE SUBJECT TO
1 1/2% PER MONTH SERVICE CHARGE

| Rental | Labor | Shipping | Misc Charges | Taxes |
| --- | --- | --- | --- | --- |
| $5,319.00 | $0.00 | $0.00 | $0.00 | $110.29 |

Total Invoice   $5,429.29



**TRENCHTECH, INC.**

P.O. BOX 3039
MAPLE GLEN, PA 19002
(215) 547-3800
FAX (215) 547-3855

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/23/2011 | 21823 |

| BILL TO | SHIP TO |
|---------|---------|
| ALLAN A. MYERS CONTRACTORS, INC.<br>P.O. BOX 1310<br>WORCESTER, PA 19490 | GOVERNOR PRINZ<br>ATTN: DOUG PARSONS<br>RE: DELIVERY TICKET # 36315 |

| P.O. NO. | TERMS | REP | SHIP DATE | DEL. TICKET # |
|----------|-------|-----|-----------|---------------|
| 1020034 | UPON RECEIPT | JJK | 2/24/2011 | 36315 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| HT6-824 | 8' X 24' STEEL TRENCH BOX 6" WALL  SN 127007 | 1 | 1,650.00 | 1,650.00T |
| STP-2-2 | STACKING PINS | 2 | 0.00 | 0.00T |
| HT8-824 | 8' X 24' STEEL TRENCH BOX 8" WALL  SN 131284,127975 | 2 | 1,650.00 | 3,300.00T |
| DELIVERY | TO JOBSITE | 1 | 400.00 | 400.00T |
| PICKUP | FROM JOBSITE | 1 | 400.00 | 400.00T |
| | RENTAL PERIOD 2/24/11-3/23/11<br>Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

$1650 / 4 wks = 412.$^{50}$ x 2 = 925.$^{00}$

| | Total | $5,750.00 |
|--|-------|-----------|



**TRENCHTECH, INC.**

P.O. BOX 3039
MAPLE GLEN, PA 19002
(215) 547-3800
FAX (215) 547-3855

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/22/2011 | 21797 |

| BILL TO | SHIP TO |
|---------|---------|
| ALLAN A. MYERS CONTRACTORS, INC.<br>P.O. BOX 1310<br>WORCESTER, PA 19490 | GOVERNOR PRINZ<br>DELAWARE<br>ATTN: DOUG PARSON<br>RE: DELIVERY TICKET # 36341 |

| P.O. NO. | TERMS | REP | SHIP DATE | DEL. TICKET # |
|----------|-------|-----|-----------|---------------|
| 1020034 | UPON RECEIPT | JJK | 3/4/2011 | 36341 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| HT6-424 | 4' X 24' STEEL TRENCH BOX 6" WALL  SN<br>M01061004-SP | 1 | 1,125.00 | 1,125.00T |
| STP-2-2 | STACKING PINS | 4 | 0.00 | 0.00T |
| DELIVERY | TO JOBSITE | 1 | 150.00 | 150.00T |
| PICKUP | FROM JOBSITE | 1 | 150.00 | 150.00T |
| | RENTAL PERIOD 3/4/11-3/31/11<br>Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

$1125/4 wks = $281.25

| | Total | $1,425.00 |
|--|-------|-----------|



**TRENCHTECH, INC.**

P.O. BOX 3039
MAPLE GLEN, PA 19002
(215) 547-3800
FAX (215) 547-3855

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/22/2011 | 21794 |

| BILL TO |
|---------|
| ALLAN A. MYERS CONTRACTORS, INC.<br>P.O. BOX 1310<br>WORCESTER, PA 19490 |

| SHIP TO |
|---------|
| GOVERNOR PRINZ<br>DELAWARE<br>ATTN DOUG PARSONS<br>RE: DELIVERY TICKET # 36292 |

| P.O. NO. | TERMS | REP | SHIP DATE | DEL. TICKET # |
|----------|-------|-----|-----------|---------------|
| 1020034 | UPON RECEIPT | JJK | 2/21/2011 | 36292 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| RP-8-20 | 8' X 20' X 1" STEEL PLATE  SN 197,187,188,189 | 4 | 560.00 | 2,240.00T |
| SPR-8-16 | 8" X 16' PIPE SPREADERS | 4 | 0.00 | 0.00T |
| SP-K | SPREADER PINS & KEEPERS | 8 | 0.00 | 0.00T |
| DELIVERY | TO JOBSITE | 1 | 150.00 | 150.00T |
| PICKUP | FROM JOBSITE | 1 | 150.00 | 150.00T |
|  | RENTAL PERIOD 2/21/11-3/20/11 |  |  |  |
|  | Out-of-state sale, exempt from sales tax |  | 0.00% | 0.00 |

*$560/4 WKS = $140/WK X 8 = $1120*

| | Total | $2,540.00 |
|--|-------|-----------|



**TRENCHTECH, INC.**

P.O. BOX 3039
MAPLE GLEN, PA 19002
(215) 547-3800
FAX (215) 547-3855

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/11/2011 | 21934 |

| BILL TO | SHIP TO |
|---------|---------|
| ALLAN A. MYERS CONTRACTORS, INC.<br>P.O. BOX 1310<br>WORCESTER, PA 19490 | GOVERNOR PRINZ BLVD<br>ATTN: PHIL/ DOUG<br>REI DELIVERY TICKET # 33872 |

| P.O. NO. | TERMS | REP | SHIP DATE | DEL. TICKET # |
|----------|-------|-----|-----------|---------------|
| 1020034 | UPON RECEIPT | JJK | 3/14/2011 | 33872 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| RP-8-20 | 8' X 20' X 1" STEEL PLATE  SN 307, 308 | 2 | 560.00 | 1,120.00T |
| KD-750-20 | 20' STEEL SHEETING | 8 | 135.00 | 1,080.00T |
| DELIVERY | TO JOBSITE | 1 | 150.00 | 150.00T |
| PICKUP | FROM JOBSITE | 1 | 150.00 | 150.00T |
| | RENTAL PERIOD 3/14/11-4/10/11 | | | |
| | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

$135/4wks = $33.75 x 6 = 202.50

| | Total | $2,500.00 |
|--|-------|-----------|

# godwin pumps®

**Sold by:**
...oice
Branch 001
84 Floodgate Road
Bridgeport, NJ 08014-0191
Tel: 856-467-3636
Fax: 856-467-4841

**Remit to:** Godwin Pumps of America, Inc.
P.O. Box 935152
Atlanta, GA 31193-5152
Phone: 855-467-3636

**S O L D T O**
Allan A Myers Incorporated
PO Box 1310
Worcester, PA 19490

**S H I P T O**
Allan A Myers Incorporated
Governor Printz Project
20 Shea Way Suite 203
Newark, DE 19713

| Cust No. | Invoice Date | Invoice No. |
|---|---|---|
| 00012818 | 06-21-2011 | 400142536 |

Page 1 of 1

| Payment Terms | Order Taken By | Sales Engineer |
|---|---|---|
| Net 60 | Dale J. Brackin | Dale J. Brackin |

| Customer PO# | Ordered By | Contract Date | Rental Contract # |
|---|---|---|---|
| JOB# 102003A | Doug Parsons | 05-31-2011 | 201018663 |

Rental 05/31/2011 Thru 06/27/2011 *Continuation*

| QTY | ITEM | DESCRIPTION | PERS | DOWN | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | FM-106 | Flowmeter 3" Flange Propeller Type | 1 | M | 846.00 | 846.00 |
| 1 | AD030030CMPMA0R | 3" MCG x 3" MNPT Adapter | 1 | M | 0.00 | 0.00 |
| 1 | AD030030CFPMA0R | 3" FCG x 3" MNPT Adapter | 1 | M | 0.00 | 0.00 |
| 1 | DZONE02PICKUP | Delivery Zone 2 - Pickup Truck | | | 75.00 | 75.00 |

| Rental | Labor | Shipping | Misc Charges | Taxes |
|---|---|---|---|---|
| $846.00 | $0.00 | $75.00 | $0.00 | $17.54 |

Total Invoice   $938.54

ALL PAST DUE INVOICES ARE SUBJECT TO
1 1/2% PER MONTH SERVICE CHARGE

# ORIGINAL INVOICE

**Airgas.**
Airgas East
17 Northwestern Drive
Salem, NH 03079

FOR ADDRESS CORRECTIONS, PLEASE FAX NOTICE TO: 603-890-4630

| INVOICE DATE | CUST. NO. | INVOICE NO. | DUE DATE | PAY THIS AMOUNT |
|---|---|---|---|---|
| 05/27/11 | 1HK5P | 116605537 | 06/25/11 | $333.61 |

AMOUNT ENCLOSED

**PLEASE MARK YOUR METHOD OF PAYMENT**

☐ Check
☐ Credit Card

Please visit www.airgas.com/onlinebillpay or
complete the information on the reverse side of this form.

PLEASE MAKE CHECKS PAYABLE AND REMIT TO:

SOLD BY **AIRGAS EAST**
7575 HOLSTEIN AVE
PHILADELPHIA PA 19153
215-492-4293

007876

SOLD TO **ALLAN A MYERS INC**
ATTN ACCOUNTS PAYABLE
PO BOX 1310
WORCESTER PA 19490-1310

Airgas East
PO BOX 827049
Philadelphia PA 19182-7049

JDE

001HK5P0011660553700000333614

TO ENSURE PROPER CREDIT, PLEASE RETURN THE UPPER PORTION WITH YOUR REMITTANCE. FOR QUESTIONS ON YOUR ACCOUNT PLEASE CALL: 866-437-4250 Ext. 4900

| ORDER NUMBER | INVOICE NUMBER | ACCOUNT NUMBER | INVOICE DATE | ACCOUNT NAME | | |
|---|---|---|---|---|---|---|
| 395065-00 | 116605537 | 1HK5P | 05/27/11 | ALLAN A MYERS INC | | |

| CUSTOMER ORDER NUMBER | BRANCH | SLS | TERR | SHIP VIA | TERMS | | PAGE |
|---|---|---|---|---|---|---|---|
| 1020034 | 096 | 101 | 210 | SALES REP | NET 30 DAYS | | 1 |

| DELIVERY NUMBER | DATE | PART NUMBER | UNITS | CYLINDER | DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION: F96 ** | | | | | | |
| 395065 | 05/20 | MSA10021616 | 4 | 0 | FRAME DEFENDER SLOTTED C LOCKDWN | EA | 8.88 | 35.52 N |
| 395065 | 05/20 | MSA10063106 | 8 | 0 | VISOR POLYCB. 9 1/2 X 19 X .070 CLR | EA | 14.28 | 114.24 N |
| 395065 | 05/20 | DPPTY120SWHXL00 | 25 | 0 | COVERALL TYVEK WHITE SIZ ZIP FRONT COLLAR SERGED | EA | 3.280 | 82.00 N |
| 395065 | 05/20 | DPPTY120SWH2X00 | 25 | 0 | COVERALL TYVEK WHITE SIZ ZIP FRONT COLLAR SERGED | EA | 3.790 | 94.75 N |
| 395065 | 05/20 | RAD64057292 | 1 | 0 | GLOVE DISP 6 MIL NITRILE POWDER FREE TEXTURED GRI | BX | 7.1000 | 7.10 N |
| | | | | | Subtotal | | | 333.61 |

TAX CD: 000000120 TAX DESCRP: DELAWARE T EXMPT CD: 0 EXMPT/CERT:

**Airgas.** www.airgas.com
Airgas East
17 Northwestern Drive
Salem, NH 03079

SHIP TO:
ALLAN A MYERS INC
8103 GOVERNOR PRINTZ BLVD
CLAYMONT DE 19703-2912

| TAXABLE AMOUNT |
|---|
| $333.61 |

| AMOUNT THIS INVOICE |
|---|
| $333.61 |

FOR WIRE TRANSFER PAYMENTS:
ACT. NAME AIRGAS EAST
ACT. NO. 8606074799
PNC BANK – ABA NO. 031000053
REF. 116605537/1HK5P

SEL - 001000

**ORIGINAL INVOICE**



# Invoice

Number: 178888
Date: 20-May-2011
P.O. Number:

| BILL TO | 4918 |
| --- | --- |
| AMERICAN INFRASTRUCTURE | |
| PO BOX 1310 | |
| WORCESTER, PA 19490 | |

| JOB SITE | 27277 |
| --- | --- |
| ALLEN A MYERS | |
| 6509 GOVERN PRINTZ BLVD | |
| WILMINGTON, DE | |

*1020034*

Last Payment Date
10-May-2011

Job Number: 36640     Accounting ID:

| From | ⇒ | To | Duration | Unit/Service Type | Quantity | Price/Per | Tax? | Extension |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 23-Apr-2011 | ⇒ | 20-May-2011 | 28 | PORTABLE TOILET | 1 | $93.95 | ☐ | $93.95 |
| 22-Apr-2011 | ⇒ | 20-May-2011 | 29 | UNIT W/SINK | 1 | $203.95 | ☐ | $211.23 |

| Job Site Balances | Taxable | Tax Rate | Tax | Description | | |
| --- | --- | --- | --- | --- | --- | --- |
| Current: $305.18 | $0.00 | 0 | $0.00 | DE/INC | Subtotal NonTaxed: | $305.18 |
| 30-Day: $391.85 | | | | | Subtotal Taxable: | $0.00 |
| 60-Day: $0.00 | $0.00 | | $0.00 | DE/INC | Subtotal Tax: | $0.00 |
| 90-Day+: $0.00 | | | | | Current Invoice Total: | $305.18 |
| Total: $697.03 | Terms: 10 DAYS | | +/- Chrg or Pymt: | $0.00 | Please Pay: | $305.18 |

*$305.18/4 whs = $76.30*

A-1 NOW HAS ROLL-OFF SERVICE! 10, 20, & 30 YARD PLEASE PUT INVOICE NUMBERS ON CHECKS

From:      Please detach here and return the bottom portion with your payment.
AMERICAN INFRASTRUCTURE
PO BOX 1310
WORCESTER, PA 19490

| Invoice No. | Date | Current Amount |
| --- | --- | --- |
| 178888 | 20-May-2011 | $305.18 |
| | Please Pay: | $305.18 |

To:

**A-1 SANITATION SERVICE**
**1009 RIVER ROAD**
**NEW CASTLE, DE 19720**



### Soil Safe
**Solutions Group**

Proposal Date: 5/23/2011
Account Representative: Jeff Berger
Valid Through: 6/22/2011

Proposal #: 239

| Client |
| --- |
| Jessie Ceglowski<br>Allen A Myers, Inc<br>1805 Berks Road<br><br>Worcester, PA 19490 |

| Generator / Site Location |
| --- |
| <br><br>Claymont, DE |

The Soil Safe Solutions Group is pleased to offer the following services for the above referenced site:

1000 ton(s) of Non Hazardous Contaminated Soil for Transportation and Disposal    $40 per ton

**Terms and Conditions:**

1. This Proposal is pending receipt of all required analytical results and credit approval.
2. Excavation of any and all soil remains the responsibility of the Customer.
3. A 22 ton minimum charge will be applied to the last load.
4. One hour of loading time is included, additional time will be charged at $85 per hour.
5. Each truck ordered and not used will be billed at $500 per truck.
6. Loads containing excessive moisture, debris or both will be considered off spec and surcharges may apply.
7. This Proposal may be withdrawn if not accepted within thirty (30) days.
8. Soil Safe requires full Payment Net Thirty (30) days from date of invoice.
9. Past Due accounts are subject to a finance charge of 1.5% per month or maximum rate allowable by law.
10. This Proposal takes into account today's average diesel fuel prices as published by the U.S. Department of Energy.
11. The combined Transportation and Disposal Fee or Per Ton Transportation Fee described above takes into account today's average diesel fuel price as published by the U.S. Dept. of Energy.
12. A fuel surcharge of 1% of the Transportation component of the combined T and D Costs or, if quoted separately, 1% of the Transportation Costs for every $0.10 increase in the published diesel fuel price at the time of shipment will be assessed upon invoicing.

Authorized Signature: _____    Date: _____

Title: _____

Print Name: _____

Soil Safe Signature: _____    Date: _____5/23/2011_____

2545 Hempstead Turnpike Suite 201, East Meadow, NY 11554  (516) 605-2110 • (516) 605-2117 fax

 **RE: Governor Printz**
Jeffrey Berger   to: Jessica.Ceglowski                            06/29/2011 02:01 PM

From:    "Jeffrey Berger" <jberger@soilsafe.com>
To:      <Jessica.Ceglowski@aamyers.com>

Jessie

6/15- 6/27 you shipped 790.97 tons

Any questions please let me know.

Thanks

Jeff

Jeffrey Berger
Vice President
Soil Safe Solutions Group
2545 Hempstead Turnpike
Suite 201
East Meadow, NY 11554
(516) 605-2110
(516) 605-2117 (fax)
Jberger@soilsafe.com


-----Original Message-----
From: Jessica.Ceglowski@aamyers.com [mailto:Jessica.Ceglowski@aamyers.com]
Sent: Monday, June 13, 2011 1:50 PM
To: 'Jeffrey Berger'
Cc: Dave.Brode@americaninfrastructure.com; Doug.Parsons@aamyers.com
Subject: Governor Printz


Jeff

Attached is the paperwork we discussed. We're looking for 2 trucks cycling
on Wednesday starting onsite at 8:30 a.m. We will confirm time and no., of
trucks tomorrow. Thank you.

(See attached file: Soil Safe quote.pdf)

Jessie Ceglowski
Project Manager
610-960-0358 Cell
610-222-3325 Fax




This communication is the property of American Infrastructure or its
subsidiaries, and may contain confidential or privileged information.
Unauthorized use of this communication is strictly prohibited and may be
unlawful. If you have received this communication in error, please
immediately notify the sender by reply e-mail and destroy all copies of the
communication and any attachments.



**Advanced Environmental Concepts, Inc.**
5292 Enterprise St. Suite C
Eldersburg, MD 21784

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/16/2011 | 8669 |

**Bill To**

Alan A. Myers, Inc.
1805 Berks Road
Worcester, PA 19490

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| 1020034 | 1.5% Interest N... | 6/15/2011 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| PAH in Water - 48 hr TAT | 1 | 270.00 | 270.00 |
| PP Metals in Water - 48 hr TAT | 1 | 262.50 | 262.50 |
| Analysis by EPA Method 8260 + Oxygenates | 1 | 125.00 | 125.00 |
| Report Analysis | 3 | 65.00 | 195.00 |
| Arsenic Removal Proposal | 6 | 75.00 | 450.00 |
| PP Metals in Water for Arsenic - 48 hr TAT | 1 | 70.00 | 70.00 |
| | | | |
| Sample Date May 4, 2011 - Govenor Printz Blvd. Pumping Station | | | |

| | Total | $1,372.50 |
|--|-------|-----------|

*Please remit to above address. Any questions please call 410-795-5955.*

| Phone # |
|---------|
| (410) 795-5955 |

**AEC**
Advanced Environmental & Concepts, Inc.

Advanced Environmental Concepts, Inc.
5292 Enterprise St. Suite C
Eldersburg, MD 21784

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/5/2011 | 8857 |

| Bill To |
|---------|
| Alan A. Myers, Inc.<br>1805 Berks Road<br>Worcester, PA 19490 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| 1020034 | 1.5% Interest N... | 8/4/2011 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| DRO in Soil | 1 | 143.00 | 143.00 |
| DRO in Water | 1 | 143.00 | 143.00 |
| GRO in Soil | 1 | 143.00 | 143.00 |
| GRO in Water | 1 | 143.00 | 143.00 |
| Total Arsenic in Soil | 1 | 71.50 | 71.50 |
| Total Arsenic in Water | 1 | 71.50 | 71.50 |
| | | | |
| Sample Date June 27, 2011 - Govenor Printz Blvd. Pumping Station - 24 Hour TAT Pricing | | | |

| | Total | $715.00 |
|---|-------|---------|

Please remit to above address. Any questions please call 410-795-5955.

| Phone # |
|---------|
| (410) 795-5955 |

# Sovereign Environmental Group

# Proposal for Professional Services

## HEALTH AND SAFETY CONSULTING SERVICES

### GOVERNOR PRINTZ BOULEVARD
### NEW CASTLE COUNTY, DELAWARE

#P11-0031

Submitted via email to:

**Paul Ziegler**
**Allan A. Myers**

**MAY 13, 2011**

Sovereign Environmental Group (Sovereign) is pleased to submit this proposal to Allan A. Myers (AAM) to provide health and safety consulting services for a project in New Castle County, Delaware. We have reviewed documentation provided by AAM concerning health and safety specifications as well as soil water testing that has been conducted at the project site.

The soil and water sample data provided to Sovereign indicates the site has metals and polycyclic aromatic hydrocarbons. This proposal will address the need for exposure monitoring and training of AAM personnel, in accordance with the regulations of the Occupational Safety and Health Administration (OSHA) for working in areas with possible exposures to hazardous materials.

**SCOPE**

*Task 1: Review and consulting assistance*

Based on data provided, the AAM Health and Safety Plan (HASP) will have to be amended to address the presence of contamination at the project site in the soil. Sovereign will visit the site to observe the work, review the existing document and provide guidance for generation of an addendum to address the specific hazards identified at the project site.

*Task 2: Training*

The levels of contamination and activities of AAM at the site will determine which level of training is required. The applicable standard is 29 CFR 1926.59, the Hazard Communication standard, commonly referred to as the HAZCOM standard. This regulation includes specific training requirements for employees working in areas where there is a possibility of exposures to hazardous materials.

Based on the initial review of data, some additional on-site training specific to the tasks and hazards of the site should be appropriate for AAM employees. Sovereign can provide a training course that fulfills the OSHA requirements.

*Task 3: Real-time dust monitoring as required*

Sovereign will conduct real-time monitoring to determine levels of dust in the air during the excavating activities. An experienced industrial hygienist will be on-site during activities to conduct the monitoring. Recommendations for

50 South First Avenue, Coatesville, Pennsylvania 19320
610-383-9919 voice   610-383-9979 facsimile
www.sovreignenvironmental.com

proper response, including engineering controls or personal protective equipment use, will be provided to the AAM supervisor or field manager at the site.

*Task 4: Conducting exposure assessment of select AAM personnel*

Sovereign will collect a full shift personal air sample for total dust. One AAM employee will be asked to wear a sampling pump and cassette for their work shift. Standard laboratory analysis is completed within seven to ten days. Sovereign will submit a report to AAM within ten working days of receipt of the laboratory report.

FEES

The estimated fee for Tasks 1 and 2 is $2,000 and will be billed according to the attached 2011 Fee and Rate Schedule.

The work outlined in Tasks 3 and 4 of proposal will be completed on a time and expense basis, in accordance with the attached 2011 Fee Schedule. Sovereign estimates that the fee for professional time and expenses for a trained industrial hygienist to conduct the sampling as outlined above will be $1,500 per day, allowing for collection of two personal air samples and eight-hours of real-time air monitoring. Additional fees will apply if there are extended hours.

TERMS

By executing this proposal, it is agreed that terms are net 30 days. The American Infrastructure /AAM terms and conditions previously accepted by Sovereign apply.

ACCEPTANCE

Should you find this proposal acceptable, please indicate below which training is required, sign where indicated and return it to us. If a purchase order will follow, please indicate the number in the space provided and a project number, if applicable. This proposal is offered for sixty days.

If you have any questions regarding this proposal, please contact me.

Offered By:                                           Accepted By:


_____          _____
Larry W. Johnson, P.E., CIH                    Signature
Principal

Sovereign Environmental Group               _____
50 South First Avenue                               Name (please print)
Coatesville, PA 19320
                                                              Date _____
Phone:   610-383-9919
Fax       610-383-9979                             P. O. Number _____
E-mail   ljohnson@sovereignenvironmental.com
                                                              Project Number _____

Attachments:     2011 Fee and Rate Schedule


L:\Proposals\Industrial Services\AAM\PI1-0031 Gov Printz Blvd.doc

# Invoice

Sovereign Environmental Group, Inc.
50 South First Avenue
Coatesville, PA 19320

Phone: 610.383.9919
Fax: 610.383.9979

| Invoice # | 26398 |
|---|---|
| Date | 6/2/2011 |
| P. Q. Number | |
| 10-20034 | |

Payment terms are as set forth in the agreement.

Bill To:

Allan A. Myers
P O Box 98
Worchester, PA 19490

| Project: | 11-0020 Gov Printz Blvd Exposure Assess |
|---|---|

| Item | Description | Hours / Qty | Rate | Serviced | Amount |
|---|---|---|---|---|---|
| CIH | Review water analysis, calculate exposures and email report | 1 | 150.00 | 5/10/2011 | 150.00 |
| CIH | Review water analysis, calculate exposures and email report | 2 | 150.00 | 5/11/2011 | 300.00 |
| CIH | Review water analysis, calculate exposures and email report | 2 | 150.00 | 5/17/2011 | 300.00 |
| CIH | PPE recommendations HAZCOMM prep & HAZCOM training on site | 2 | 150.00 | 5/23/2011 | 300.00 |
| CIH | PPE recommendations HAZCOMM prep & HAZCOM training on site | 1 | 150.00 | 5/24/2011 | 150.00 |
| CIH | PPE recommendations HAZCOMM prep & HAZCOM training on site | 2 | 150.00 | 5/25/2011 | 300.00 |
| CIH | PPE recommendations HAZCOMM prep & HAZCOM training on site | 3 | 150.00 | 5/27/2011 | 450.00 |
| Mileage | | 73 | 0.51 | 5/27/2011 | 37.23 |

| Address all billing inquires to Larry Johnson extension. 101 | Total | $1,987.23 |
|---|---|---|
| Project Total Balance    $5,350.71 | Balance Due | $1,987.23 |