# Exhibit D

**ALLAN A. MYERS**

A COMPANY OF

**American Infrastructure**

"BETTER, FASTER, SAFE"

1805 Berks Road • Worcester, PA 19490
www.americaninfrastructure.com

30-AUG-2011

Parsons Brinckerhoff
Attn:
Robby McDonald
100 South Charles Street
Baltimore, MD 21201

AI Letter:        COM0025

AI Job Number:    1020034

Re:      Governor Printz Interceptors - Section 1
         Hurricane Irene - Contract Time Extension

Dear Mr. McDonald,

On August 26, 2011 AAM was directed to remove project MOT signs, barrels, and E&S controls due to the impending Hurricane Irene. Please be advised we hereby request a Contract Time Extension of (4) days for the lost time related to this weather event along with the extra cost incurred by AAM for these work activities. This operation was of an emergency nature and ordered by the Engineer in accordance with Section 10.08-8 of NCC's Standard Specification.

On a similar issue, AAM is reviewing the weather and lost time during August due to the unprecedented rainfall we received. We will forward this data to your office as soon as it is complied and hereby reserve our rights in accordance with the Contract to request a Time Extension assoicated with lost contract days due to project delays beyond our control.

Attached for you review is our breakdown of cost associated with prepartory work prior to Hurricane Irene and the work required following the storm on August 29, 2011.

Total Cost...........................$10,913.08

Your consideration in this matter is appreciated. If you have any questions, don't hesitate to contact me at 443-506-3451

Sincerely,

Carmen Cipriano
Senior Project Manager

Attachment: Cost Breakdown, (14) pages

# FINAL SUMMARY

COUNTY _____ New Castel Count _____                    SR _____        SEC _____

WO# _____        CONTRACT # _____ 220612 _____        ITEM # _____ Hurricane Irene _____

PRIME CONTRACTOR _____

STATEMENT OF COST FOR _____ Hurricane Irene - MOT and E&S Controls _____

| | |
|---|---:|
| SERVICES -(PSI) ............................................... | $500.00 |
| 15% OVERHEAD FOR SUB ...................................... | $75.00 |
| LABOR COST ................................................ | $4,616.19 |
| 0% OVERHEAD FOR LABOR ...................................... | |
| EQUIPMENT COST .............................................. | $4,975.56 |
| 15% OVERHEAD FOR EQUIPMENT ................................. | $746.33 |
| TOTAL CONTRACTOR COST ..................................... | $10,913.08 |
| | |
| Grand Total | $10,913.08 |

**SERVICES**

COUNTY _____ Kent _____

SR _____ SEC _____

WO# _____ CONTRACT # _____ 220612

ITEM # _____

| ITEM DESCRIPTION | QUANTITY | UNIT MEAS | UNIT PRICE | INVOICE NO. | AMOUNT |
|---|---|---|---|---|---|
| PSI Subcontractor - Mobilized on-site | 1 | LS | $500.00 | *** | $500.00 |
| Friday, 8/26 with 2 men to add sand bags | | | | | $0.00 |
| to all signs.  This work was performed | | | | | $0.00 |
| then AAM was directed to temporarily | | | | | $0.00 |
| remove MOT devices | | | | | $0.00 |
| | | | | | $0.00 |
| *** Invoice not yet received from PSI. | | | | | $0.00 |
| Amounted listed is estimated and | | | | | $0.00 |
| will be adjusted when invoicing is rec'd | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

ATTACH SUPPORTING INVOICES

SUBTOTAL     $500.00

SALES TAX

TOTAL MATERIAL COST     $500.00

# DAILY LABOR BREAKDOWN

COUNTY _____ New Castel C___  ?t

SR _____        SEC _____

WO # _____      CONTRACT # _____ 220612

ITEM # _____    Hurricane Irene

| CLASSIFICATION | NAME | HRS | 8/26 | 8/29 | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foreman | David Brode | ST | 4.00 | 5.00 | | | | | | | | | | | | 9.00 |
| | | OT | | | | | | | | | | | | | | 0.00 |
| Laborer | Jason Bobbit | ST | 4.00 | | | | | | | | | | | | | 4.00 |
| | | OT | | | | | | | | | | | | | | 0.00 |
| Laborer | Rober Tailer | ST | 4.00 | 5.00 | | | | | | | | | | | | 9.00 |
| | | OT | | | | | | | | | | | | | | 0.00 |
| Operator | Bob Fuguson | ST | 4.00 | 5.00 | | | | | | | | | | | | 9.00 |
| | | OT | | | | | | | | | | | | | | 0.00 |
| Laborer | John Gumeniski | ST | 4.00 | 5.00 | | | | | | | | | | | | 9.00 |
| | | OT | | | | | | | | | | | | | | 0.00 |
| Operator | John Dorsey | ST | 4.00 | 5.00 | | | | | | | | | | | | 9.00 |
| | | OT | | | | | | | | | | | | | | 0.00 |
| Laborer | Dan Toms | ST | | 5.00 | | | | | | | | | | | | 5.00 |
| | | OT | | | | | | | | | | | | | | 0.00 |
| Laborer | Ryan Olderwurtle | ST | | 5.00 | | | | | | | | | | | | 5.00 |
| | | OT | | | | | | | | | | | | | | 0.00 |
| Laborer | Tom Patric | ST | | 5.00 | | | | | | | | | | | | 5.00 |
| | | OT | | | | | | | | | | | | | | 0.00 |
| | | ST | | | | | | | | | | | | | | 0.00 |
| | | OT | | | | | | | | | | | | | | 0.00 |
| | | ST | | | | | | | | | | | | | | 0.00 |
| | | OT | | | | | | | | | | | | | | 0.00 |

WORK DATES (MONTH / DAY)

## LABOR BREAKDOWN

COUNTY __New Castel C__  t

SR _____  SEC _____

WO# _____  CONTRACT # __220612__

ITEM # _____  Hurricane Irene

| CLASSIFICATION | | (1) HOURS | (2) BASE RATE | (3) HW/PENSION RATE | (4) BASE LABOR COST (1) x (2) | (5) DIRECT LABOR RATE (2) + (3) | (6) DIRECT LABOR COST (1) x (5) |
|---|---|---|---|---|---|---|---|
| Foreman | ST | 9.00 | 78.88 | | $709.92 | 78.88 | $709.92 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |
| Laborer | ST | 4.00 | 46.36 | | $185.44 | 46.36 | $185.44 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |
| Laborer | ST | 9.00 | 46.36 | | $417.24 | 46.36 | $417.24 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |
| Operator | ST | 9.00 | 68.80 | | $619.20 | 68.80 | $619.20 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |
| Laborer | ST | 9.00 | 46.36 | | $417.24 | 46.36 | $417.24 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |
| Operator | ST | 9.00 | 68.80 | | $619.20 | 68.80 | $619.20 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |
| Laborer | ST | 5.00 | 46.36 | | $231.80 | 46.36 | $231.80 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |

TOTAL BASE LABOR __$3,200.04__

SOCIAL SECURITY TAX
MEDICARE TAX
UNEMPLOYMENT TAXES
WORKER'S COMPENSATION INSURANCE
CONTRACTOR'S PUBLIC LIABILITY INSURANCE
CONTRACTOR'S PROPERTY LIABILITY INSURANCE
TOTAL __26.00%__

TOTAL DIRECT LABOR COST __$3,200.04__

INDIRECT LABOR COST __$832.01__

TOTAL LABOR COST __$4,032.05__

# LABOR BREAKDOWN

COUNTY: New Castel C[ ]

SR _____ SEC _____

WO# _____ CONTRACT # 220612

ITEM # _____ Hurricane Irene

| CLASSIFICATION | (1) HOURS | | (2) BASE RATE | (3) HW/PENSION RATE | (4) BASE LABOR COST (1) x (2) | (5) DIRECT LABOR RATE (2) + (3) | (6) DIRECT LABOR COST (1) x (5) |
|---|---|---|---|---|---|---|---|
| Laborer | ST | 5.00 | 46.36 | | $231.80 | 46.36 | $231.80 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |
| Laborer | ST | 5.00 | 46.36 | | $231.80 | 46.36 | $231.80 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |
| | ST | 0.00 | | | $0.00 | 0.00 | $0.00 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |
| | ST | 0.00 | | | $0.00 | 0.00 | $0.00 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |
| | ST | 0.00 | | | $0.00 | 0.00 | $0.00 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |
| | ST | 0.00 | | | $0.00 | 0.00 | $0.00 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |
| | ST | 0.00 | | | $0.00 | 0.00 | $0.00 |
| | OT | 0.00 | | | $0.00 | 0.00 | $0.00 |

TOTAL BASE LABOR _____ $463.60

TOTAL DIRECT LABOR COST _____ $463.60

INDIRECT LABOR COST _____ $120.54

TOTAL LABOR COST _____ $584.14

SOCIAL SECURITY TAX _____
MEDICARE TAX _____
UNEMPLOYMENT TAXES _____
WORKER'S COMPENSATION INSURANCE _____
CONTRACTOR'S PUBLIC LIABILITY INSURANCE _____
CONTRACTOR'S PROPERTY LIABILITY INSURANCE _____
TOTAL _____ 26.00%

# DAILY EQUIPMENT BREAKDOWN

COUNTY  New Castel C...nt

SR _____  SEC _____

WO # _____  CONTRACT # 220612

ITEM # _____  Hurricane Irene

USE DATES (MONTH/DAY)

| EQUIPMENT DESCRIPTION | HRS | 8/26 | 8/29 | TOTAL |
|---|---|---|---|---|
| On-highway Light Duty Truck-Brode | OT | 8.00 | 8.00 | 16.00 |
| | SB | | | 0.00 |
| On-highway Light Duty Truck-Gumeniski | OT | 8.00 | | 8.00 |
| | SB | | | 0.00 |
| Wheel Loader, Volvo 120 | OT | 4.00 | | 4.00 |
| | SB | | 8.00 | 8.00 |
| | OT | | | 0.00 |
| | SB | | | 0.00 |
| Compactor -Cat CS-323 | OT | | | 0.00 |
| | SB | 8.00 | 8.00 | 16.00 |
| Hydraulic Excavator -Cat 345 | OT | 4.00 | | 4.00 |
| | SB | 4.00 | 8.00 | 12.00 |
| | OT | | | 0.00 |
| | SB | | | 0.00 |
| | OT | | | 0.00 |
| | SB | | | 0.00 |
| | OT | | | 0.00 |
| | SB | | | 0.00 |
| | OT | | | 0.00 |
| | SB | | | 0.00 |
| | OT | | | 0.00 |
| | SB | | | 0.00 |
| | OT | | | 0.00 |
| | SB | | | 0.00 |

# EQUIPMENT BREAKDOWN

COUNTY _____   SEC _____

SR _____   CONTRACT # 220612

WO # _____   Hurricane Irene

ITEM # _____

Impact Attenuator Truck

| OWNED EQUIPMENT DESCRIPTION | YR | SEC-PG* QTR/YR* | MNTHLY RATE** | EQUIP ADJ. | AREA ADJ | ADJ. HRLY RATE+ | OPER COST | TOTAL HRLY RATE++ | | HOURS | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| On-highway Light Duty Truck Brode | 2009 | - / | 650.00 | 0.976 | 0.954 | 3.44 | 24.75 | OT | 28.19 | OT | 16.0 | $451.02 |
| | | / | | | | | | SB | 2.58 | SB | 0.0 | $0.00 |
| On-highway Light Duty Truck Gumeniski | 2009 | - / | 650.00 | 0.976 | 0.954 | 3.44 | 24.75 | OT | 28.19 | OT | 8.0 | $225.51 |
| | | / | | | | | | SB | 2.58 | SB | 0.0 | $0.00 |
| Wheel Loader, Volvo 120 | 2004 | - / | 5385.00 | 0.955 | 0.952 | 27.82 | 49.80 | OT | 77.62 | OT | 4.0 | $310.47 |
| | | / | | | | | | SB | 20.86 | SB | 8.0 | $166.90 |
| | 2011 | - / | | | | | | OT | 0.00 | OT | 0.0 | $0.00 |
| | | / | | | | | | SB | 0.00 | SB | 0.0 | $0.00 |
| Compactor -Cat CS-323 | 2005 | - / | 2440.00 | 0.923 | 0.940 | 12.03 | | OT | 12.03 | OT | 0.0 | $0.00 |
| | | / | | | | | | SB | 9.02 | SB | 16.0 | $144.34 |

OWNED EQUIPMENT COST   $1,298.24

| RENTED EQUIPMENT DESCRIPTION | RENTAL COST | TRANSPORTATION COST (IF SEPARATE) | INVOICE, RECEIPT, OR CANCELLED CHECK NO(S) | AMOUNT |
|---|---|---|---|---|
| John Deere 850 Excavator (3 shifts rental) | 2032.14 | | Attached | $2,032.14 |
| | | | | $0.00 |
| | | | | $0.00 |

RENTED EQUIPMENT COST   $2,032.14

TOTAL EQUIPMENT COST   $3,330.38

\* IF USING BLUE BOOK ON CD-ROM, LIST SECTION ONLY FOR "SEC-PG" AND INCLUDE MENU TREE IN THE "DESCRIPTION".

\** FROM RENTAL RATE BLUE BOOK. IF NOT LISTED, 6% OF SALE PRICE (NEW).

\+ BLUE BOOK MONTHLY RATE MULTIPLIED BY EQUIPMENT ADJUSTMENT AND AREA ADJUSTMENT FACTORS, THEN DIVIDED BY 176. IF NOT LISTED IN THE BLUE BOOK, NO ADJUSTMENTS APPLIED.

\++ ADJUSTED HOURLY RATE PLUS OPERATING COST WHEN EQUIPMENT IS IN ACTUAL OPERATION (OT). 50% OF ADJ. HOURLY RATE, EXCLUSIVE OF OPER. COST, WHEN EQUIPMENT IS ON STANDBY (SB). IF NOT LISTED IN BLUE BOOK, 6% OF SALE PRICE (NEW) DIVIDED BY 160 WHEN OPERATING AND BY 352 WHEN ON STANDBY.

# EQUIPMENT BREAKDOWN

COUNTY _____

SR _____   SEC _____

WO # _____   CONTRACT # 220612

ITEM # _____   Hurricane Irene

| OWNED EQUIPMENT DESCRIPTION | YR | SEC-PG* QTR/YR* | MNTHLY RATE** | EQUIP. ADJ. | AREA ADJ. | ADJ. HRLY RATE+ | OPER. COST | TOTAL HRLY RATE++ | | HOURS | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydraulic Excavator -Cat 345 | 2003 | - | 17775.00 | 0.948 | 0.958 | 91.72 | 113.20 | OT | 204.92 | OT | 4.0 | $819.69 |
| | | / | | | | | | SB | 68.79 | SB | 12.0 | $825.49 |
| | | - / | | | | | | OT | 0.00 | OT | 0.0 | $0.00 |
| | | / | | | | | | SB | 0.00 | SB | 0.0 | $0.00 |
| | | - / | | | | | | OT | 0.00 | OT | 0.0 | $0.00 |
| | | / | | | | | | SB | 0.00 | SB | 0.0 | $0.00 |
| | | - / | | | | | | OT | 0.00 | OT | 0.0 | $0.00 |
| | | / | | | | | | SB | 0.00 | SB | 0.0 | $0.00 |
| | | - / | | | | | | OT | 0.00 | OT | 0.0 | $0.00 |
| | | / | | | | | | SB | 0.00 | SB | 0.0 | $0.00 |

OWNED EQUIPMENT COST _____ $1,645.18

| RENTED EQUIPMENT DESCRIPTION | RENTAL COST | TRANSPORTATION COST (IF SEPARATE) | INVOICE, RECEIPT, OR CANCELLED CHECK NO(S) | AMOUNT |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

RENTED EQUIPMENT COST _____ $0.00

TOTAL EQUIPMENT COST _____ $1,645.18

* IF USING BLUE BOOK ON CD-ROM, LIST SECTION ONLY FOR "SEC-PG" AND INCLUDE MENU TREE IN THE "DESCRIPTION".

** FROM RENTAL RATE BLUE BOOK. IF NOT LISTED, 6% OF SALE PRICE (NEW).

+ BLUE BOOK MONTHLY RATE MULTIPLIED BY EQUIPMENT ADJUSTMENT AND AREA ADJUSTMENT FACTORS, THEN DIVIDED BY 176. IF NOT LISTED IN THE BLUE BOOK, NO ADJUSTMENTS APPLIED.

++ ADJUSTED HOURLY RATE PLUS OPERATING COST WHEN EQUIPMENT IS IN ACTUAL OPERATION (OT). 50% OF ADJ. HOURLY RATE, EXCLUSIVE OF OPER. COST, WHEN EQUIPMENT IS ON STANDBY (SB). IF NOT LISTED IN BLUE BOOK, 6% OF SALE PRICE (NEW) DIVIDED BY 160 WHEN OPERATING AND BY 352 WHEN ON STANDBY.



## JOHN DEERE FINANCIAL

*949080*

# ORIGINAL INVOICE

CORRESPONDENCE ONLY:

JOHN DEERE FINANCIAL
LEASING DEPARTMENT
PO BOX 6600
JOHNSTON, IA 50131-6600

Phone:  1-800-508-8551
Fax:    1-800-468-8506

PAGE 1 OF 1

| DUE DATE: | 07/30/11 |
| TOTAL DUE: | 39,735.36 |

0049/000049/000049 1   001 GXCTJ7 REG01SP  6

ACCOUNTS PAYABLE
AMERICAN INFRASTRUCTURE-MD, IN
2011 BELAIR ROAD
FALLSTON MD  21047-2721

REMIT CHECK PAYABLE TO:

JOHN DEERE FINANCIAL
P.O. BOX 4450
CAROL STREAM IL 60197-4450

| INVOICE NUMBER: | 1254507 | CUSTOMER ACCOUNT NUMBER: |
| DATE ISSUED: | 07/10/11 | |
| LAST PAYMENT RECEIVED: | 05/30/11 | LESSEE'S REFERENCE NUMBER: |

| CONTRACT NUMBER | DESCRIPTION S/N & MODEL | DUE DATE | PAYMENT AMOUNT | LATE CHARGE | MISC CHARGE | SALES/USE TAX | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 030-0060896-001 | JD EXCA 1FF8500XPA0973128 8500LC | 06/30/11 07/30/11 | 19,464.00 19,464.00 | | | 403.68 403.68 | 19,867.68 19,867.68 |
| | CURRENT TOTAL AMOUNT DUE | | | | | | 39,735.36 |

*19,867⁶⁸/MONTH / 29.33 days/MONTH*

*$677³⁸/DAY × 3 DAY = $2032¹⁴*

Remember to notify John Deere Financial of changes in equipment location. Thank You!

EVERY DISHONORED CHECK RECEIVED WILL RESULT IN A FEE OF $20 OR IN AN AMOUNT NOT TO EXCEED THE HIGHEST AMOUNT PERMITTED BY STATE LAW.

JDM03A - 02/2011

TO ENSURE PROPER CREDIT, RETURN LOWER PORTION WITH YOUR PAYMENT

Change of Address?
Please check box and complete other side.

| INVOICE NUMBER | ACCOUNT NUMBER | ACCOUNTS PAYABLE AMERICAN INFRASTRUCTURE-MD, IN 2011 BELAIR ROAD FALLSTON MD 21047 |
| 1254507 | | |

| DUE DATE: | 07/30/11 |
| TOTAL DUE: | 39,735.36 |
| Amount Enclosed: | _____ |

JOHN DEERE FINANCIAL
P.O. BOX 4450
CAROL STREAM IL 60197-4450

04 000000000000001254507 0000000000 0003973536 7



www.equipmentwatch.com

## Rental Rate Blue Book®

August 30, 2011

### On-Highway Light Duty Trucks
Miscellaneous Models

Size Class:
200 - 299 HP

### Configuration for On-Highway Light Duty Trucks

| Power Mode | Gasoline | Cab Type | Conventional |
|---|---|---|---|
| Axle Configuration | 4X2 | Ton Rating | 3/4 |
| Horsepower | 285,0 | | |

### Blue Book Rates
** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
| | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | $650.00 | $180.00 | $45.00 | $7.00 | $24.75 | $28.44 |
| Adjustments | | | | | | |
| Region (Delaware: 95.4%) | ($29.90) | ($8.28) | ($2.07) | ($0.32) | | |
| Model Year (2009: 97.6%) | ($14.88) | ($4.12) | ($1.03) | ($0.16) | | |
| Ownership (100%) | - | - | - | - | | |
| Operating (100%) | | | | | - | |
| Total: | $605.22 | $167.60 | $41.90 | $6.52 | $24.75 | $28.19 |

### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 58% | $377.00 / mo |
| Overhaul (ownership) | 27% | $175.50 / mo |
| CFC (ownership) | 5% | $32.50 / mo |
| Indirect (ownership) | 10% | $65.00 / mo |
| Fuel (operating) @ $3.84 | 84% | $20.79 / hr |

Revised Date:  2nd Half 2011

All material herein © 2003-2011 Penton Media, Inc. All rights reserved.



www.equipmentwatch.com

## Rental Rate Blue Book®

August 30, 2011

### Volvo L120E (disc. 2008)
4-Wd Articulated Wheel Loaders

Size Class:
Net Hp: 225 - 249 HP
Weight:
41,980 lbs.



## Configuration for L120E

| Power Mode | Diesel | Bucket Capacity-Heaped | 4.7 cy |
| --- | --- | --- | --- |
| Net Horsepower | 243.0 | Operator Protection | EROPS |

Equipment Notes: Includes General Purpose bucket and ROPS, unless otherwise noted.
Configuration Notes: with EROPS

## Blue Book Rates
** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
| --- | --- | --- | --- | --- | --- | --- |
| | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | $5,385.00 | $1,510.00 | $380.00 | $57.00 | $49.80 | $80.40 |
| Adjustments | | | | | | |
| Region (Delaware: 95.2%) | ($258.48) | ($72.48) | ($18.24) | ($2.74) | | |
| Model Year (2004: 95.5%) | ($230.69) | ($64.69) | ($16.28) | ($2.44) | | |
| Ownership (100%) | - | - | - | - | | |
| Operating (100%) | | | | | - | |
| Total: | $4,895.83 | $1,372.83 | $345.48 | $51.82 | $49.80 | $77.62 |

## Rate Element Allocation

| Element | Percentage | Value |
| --- | --- | --- |
| Depreciation (ownership) | 45% | $2,423.25 / mo |
| Overhaul (ownership) | 33% | $1,777.05 / mo |
| CFC (ownership) | 10% | $538.50 / mo |
| Indirect (ownership) | 12% | $646.20 / mo |
| Fuel (operating) @ $4.11 | 65% | $32.16 / hr |

Revised Date: 2nd Half 2011

All material herein © 2003-2011 Penton Media, Inc. All rights reserved.



www.equipmentwatch.com

## Rental Rate Blue Book®

August 30, 2011

### Caterpillar CS-323C
Single Drum Vibratory Compactors

Size Class:
**Operating Weight W/O Ballast: 3.0 - 4.9 MTons**
Weight:
**9,680 lbs.**

## Configuration for CS-323C

| Power Mode | **Diesel** | Drum Width | 50" |
|---|---|---|---|
| Drum Type | **Smooth** | Net Horsepower | 80.0 |

## Blue Book Rates
** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
| | **Monthly** | **Weekly** | **Daily** | **Hourly** | **Hourly** | **Hourly** |
| Published Rates | $2,440.00 | $685.00 | $170.00 | $26.00 | $19.00 | $32.86 |
| Adjustments | | | | | | |
| Region (Delaware: 94%) | ($146.40) | ($41.10) | ($10.20) | ($1.56) | | |
| Model Year (2005: 92.3%) | ($176.61) | ($49.58) | ($12.30) | ($1.88) | | |
| Ownership (100%) | - | - | - | - | | |
| Operating (100%) | | | | | - | |
| Total: | **$2,116.99** | **$594.32** | **$147.50** | **$22.56** | **$19.00** | $31.03 |

## Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 53% | $1,293.20 / mo |
| Overhaul (ownership) | 24% | $585.60 / mo |
| CFC (ownership) | 12% | $292.80 / mo |
| Indirect (ownership) | 11% | $268.40 / mo |
| Fuel (operating) @ $3.07 | 34% | $6.39 / hr |

Revised Date: 1st Half 2011

All material herein © 2003-2011 Penton Media, Inc. All rights reserved.



www.equipmentwatch.com

## Rental Rate Blue Book®

August 30, 2011

**Caterpillar 345C L (disc. 2008)**
Crawler Mounted Hydraulic Excavators

Size Class:
**Operating Weight: 40.1 - 50.0 MTons**
Weight:
**100,810 lbs.**

### Configuration for 345C L

| Power Mode | **Diesel** | Bucket Capacity - Heaped | **2.46 cy** |
|---|---|---|---|
| Operating Weight | **45.7 MT** | Net Horsepower | **345.0** |

Equipment Notes:  General Purpose bucket included in rate, unless otherwise noted.

### Blue Book Rates
** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
| | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | $17,775.00 | $4,975.00 | $1,245.00 | $185.00 | $113.20 | $214.19 |
| **Adjustments** | | | | | | |
| Region (Delaware: 95.8%) | ($746.55) | ($208.95) | ($52.29) | ($7.77) | | |
| Model Year (2003: 94.8%) | ($885.48) | ($247.83) | ($62.02) | ($9.22) | | |
| Ownership (100%) | - | - | - | - | | |
| Operating (100%) | | | | | - | |
| **Total:** | **$16,142.97** | **$4,518.22** | **$1,130.69** | **$168.01** | **$113.20** | **$204.92** |

### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 41% | $7,287.75 / mo |
| Overhaul (ownership) | 43% | $7,643.25 / mo |
| CFC (ownership) | 8% | $1,422.00 / mo |
| Indirect (ownership) | 8% | $1,422.00 / mo |
| Fuel (operating) @ $4.11 | 53% | $59.55 / hr |

Revised Date:  2nd Half 2011

All material herein © 2003-2011 Penton Media, Inc. All rights reserved.



| Governor Printz Interceptor - Section I |
|---|

## GENERAL CONDITIONS

22 Calendar Days = .73 mos. = 3.14 weeks = 126 Work Hours @ 40 hours per week

**LABOR**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project Manager | 126 Hrs | $ | 141.37 | $ | 17,812.62 | 26% $ | 22,443.90 |
| Project Superintendent | 126 Hrs | $ | 141.37 | $ | 17,812.62 | 26% $ | 22,443.90 |
| Project Engineer | 126 Hrs | $ | 108.46 | $ | 13,665.96 | 26% $ | 17,219.11 |
| Field Engineer | 126 Hrs | $ | 108.46 | $ | 13,665.96 | 26% $ | 17,219.11 |
| | | | | | | $ | 79,326.02 |

**TEMPORARY FACILITIES**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Building Rental | 0.73 MO | $ 1,700.00 | $ | 1,241.00 | 15% $ | 1,427.15 |
| Building Internet/Phone | 0.73 MO | $ 500.00 | $ | 300.00 | 15% $ | 345.00 |
| Building Power | 0.73 MO | $ 600.00 | $ | 438.00 | 15% $ | 503.70 |
| Office Expenses | 0.73 MO | $ 2,200.00 | $ | 1,606.00 | 15% $ | 1,846.90 |
| Building Janitorial | 0.73 Mo | $ 700.00 | $ | 511.00 | 15% $ | 587.65 |
| Building Disposal | 0.73 MO | $ 200.00 | $ | 146.00 | 15% $ | 167.90 |
| | | | | | $ | 4,878.30 |

| | | |
|---|---|---|
| | $ | 84,204.32 |
| **Cost per Day** | $ | 3,827.47 |

*AAM GC Cost*
*REF: AAM Letter COM0019, 7/21/2011*



## JOHN DEERE FINANCIAL

**ORIGINAL INVOICE**

*949080*

CORRESPONDENCE ONLY:

JOHN DEERE FINANCIAL
LEASING DEPARTMENT
PO BOX 6600
JOHNSTON, IA 50131-6600

Phone:  1-800-808-8651
Fax:    1-800-468-8508

PAGE 1 OF 1

DUE DATE:    07/30/11
TOTAL DUE:   39,735.36

0049/000049/000049 1   001 GXCTU7 REG01SP 6

ACCOUNTS PAYABLE
AMERICAN INFRASTRUCTURE-MD, IN
2011 BELAIR ROAD
FALLSTON MD  21047-2721

REMIT CHECK PAYABLE TO:

JOHN DEERE FINANCIAL
P.O. BOX 4450
CAROL STREAM IL 60197-4450

| INVOICE NUMBER: | 1254507 | | |
| DATE ISSUED: | 07/10/11 | CUSTOMER ACCOUNT NUMBER: | |
| LAST PAYMENT RECEIVED: | 05/30/11 | LESSEE'S REFERENCE NUMBER: | |

| CONTRACT NUMBER | DESCRIPTION S/N & MODEL | DUE DATE | PAYMENT AMOUNT | LATE CHARGE | MISC CHARGE | SALES/USE TAX | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 030-0060895-001 | LD EXCA | 06/30/11 | 19,464.00 | | | 403.68 | 19,867.68 |
| | 1FF850CXPA0873128 | 07/30/11 | 19,464.00 | | | 403.68 | 19,867.68 |
| | 850DLC | | | | | | |

CURRENT TOTAL AMOUNT DUE                              39,735.36

*19,867⁶⁸/month / 29.33 days/month*

*#677³⁸/DAY × 3 DAY = $2032¹⁴*

Remember to notify John Deere Financial of change in equipment location. Thank You!

EVERY DISHONORED CHECK RECEIVED WILL RESULT IN A FEE OF $20 OR IN AN AMOUNT NOT TO EXCEED THE HIGHEST AMOUNT PERMITTED BY STATE LAW

JDK03A (02/2011)

**TO ENSURE PROPER CREDIT RETURN LOWER PORTION WITH YOUR PAYMENT**

☐ Change of Address? Please check box and complete other side.

| INVOICE NUMBER | ACCOUNT NUMBER |
|---|---|
| 1254507 | |

ACCOUNTS PAYABLE
AMERICAN INFRASTRUCTURE-MD, IN
2011 BELAIR ROAD
FALLSTON MD 21047

DUE DATE:    07/30/11
TOTAL DUE:   39,735.36

Amount Enclosed:

JOHN DEERE FINANCIAL
P.O. BOX 4450
CAROL STREAM IL 60197-4450

04 00000000000001254507 0000000000 0003973536 7

*JD 850 EXCAVATOR*

PSI's Contract Cost

| MOT 2a | | | | | | |
|---|---|---|---|---|---|---|
| Arrow Boards | 15 | days | $ | 32.00 | $ | 480.00 | 2 each |
| Impacts | 15 | days | $ | 30.00 | $ | 450.00 | 1 each |
| Drums | 15 | days | $ | 45.00 | $ | 675.00 | .15 x 300=45 |
| Type 3 | 15 | days | $ | 3.00 | $ | 45.00 | |
| Signs | 15 | days | $ | 43.53 | $ | 652.95 | |
| | | | $ | 153.53 | $ | 2,302.95 | |

| Signs | 425 | days | | 8500 | 20 | |
|---|---|---|---|---|---|---|
| Install Signs | 425 | days | | 10000 | 23.53 | |
| | | | | | 43.53 | Pro rated cost per day |

| Trench Tech Boxes & Plates. | |
|---|---|
| Monthly invoice totals. | |
| $ 1,500.80 | Plates |
| $ 280.00 | |
| $ 750.40 | |
| $ 1,125.60 | |
| $ 280.00 | |
| $ 300.16 | |
| $ 2,251.20 | |
| $ 750.00 | |
| $ 336.00 | |
| $ 1,650.00 | Boxes |
| $ 1,650.00 | |
| $ 1,725.00 | |
| $ 1,950.00 | |
| $ 1,080.00 | |
| $ 1,275.00 | |
| $ 1,800.00 | |
| $ 18,704.16 | |

**Cost Breakdown Extended MOT**
**Standby Cost for Shoring Rental**