# Exhibit E



1805 Berks Road – Worcester, PA 19490
October 7, 2011

Parsons Brinkerhoff
100 South Charles Street
Baltimore, MD  21201
Attention:  Mr Robby McDonald

AI Letter:       COM0026
AI Job Number  1020034

RE:   Governor Printz Interceptors – Section 1
      August & September Rainfall

Dear Robby,

Reference is made to our August 30th letter concerning Hurricane Irene and project impacts as the result of unprecedented rainfall during the month of August. As you are aware, both August and September 2011 have experienced extreme rainfall. The Project has recorded 20" of rain in August and 6" of rain in September. Historically, August and September rainfall is 3 to 4 inches per month. This record breaking rainfall has impacted the project and our work operations. As such, AAM is hereby requesting a Contract Time extension equivalent to the impacted project days due to rain and project flooding. These days include loss rain days, days spent cleaning up following heavy rains, and those days our operations were impacted due to heavy rain. These circumstances are outside our control therefore we request a Contract Time extension of (13) calendar days for the following weather impacted days during August and September:

| | |
|---|---|
| August 9, 10, 13, 14, 15, 18, 19, 20, 25, and 27 | =10 days |
| September 6, 8, and 23 | =3 days |
| **Total** | **13 days** |

In addition to the Contract time impacts, AAM has incurred project General Condition and Idle equipment costs for these impacted days. AAM is reviewing the project specifications and hereby reserves our rights in accordance with the Contract to submit these costs at a later date.

In summary, AAM respectfully request the County issue a Time Extension Change Order for the weather impacted contact days occurring in August and September 2011.

Your timely response is appreciated. If you have any questions please contact me at 443-506-3451.

Sincerely,

Carmen D. Cipriano
Senior Project Manager