Exhibit F



1805 Berks Road – Worcester, PA 19490

February 16, 2012

Parsons Brinckerhoff                                AI Letter: COM0039
100 South Charles Street                            AI Job 1020034
Baltimore, MD 21201
Attention:  Robby McDonald

RE: Governor Printz Interceptors – Section 1
    Contract No. 2010-01, Project 220612
    Contract Change – Delmarva Electric Outages

Dear Robby,

Reference is made to the  January 18th, 2012 meeting held at the County's Connor Building . During that meeting AAM advised both PB and the County of changes to the OSHA Regulations for Proximity that took effect in August 2010. Those changes will affect the balance of the twin sewer installation due to the location of the overhead primary power. AAM herein request a Change Order be processed for the cost and time impacts due to this Change which took affect after AAM bid the project on May 25, 2010.

On January 13th, Delmarva informed AAM that all work occurring near the overhead primary lines must be greater then 20 feet from their electric lines. AAM has investigated the OSHA  Standards and advised  the attendees of the January 18th meeting that according to the OSHA standards any work occurring closer then the new 20 foot rule would require numerous additional safety requirements as specified within the OSHA regulations and these additional measures must be approved by the affected Utility Company, in this case Delmarva. On January 24, 2012 and January 31, 2012 AAM attended field coordination meeting s with Delmarva's  Engineering, Field Operations, and Safety Manager.  The result of those meetings is Delmarva has advised AAM that power outages are required to complete the remaining twin sewer work which parallels the overhead electric primary power.

Attached for your review is Delmarva's Facility Relocation Agreement and Invoice for $35, 284.00 to De-energize the primary power lines. The work contained in this agreement De-energizes the effected primary power up to the third transformer set (approximate Station 218+00). Once AAM approaches this location, Delmarva will be required to return to the site and perform additional work to provide outages North of Station 218+00. Delmarva has not provided a Relocation Agreement for the work North of Station 218+00. Delmarva forecasts the initial field work (up to Station 218) will take approximately (3) weeks once payment is received.  Delmarva has indicated they will require the entire work area to perform the necessary modifications and our crews cannot be within their work zone due to safety and space limitations.  As such, AAM will incur both Time and Cost impact due to this Changed condition.

AAM hereby request the County issue a Change Order, including a Contract Time Extension with associated costs  for 15 days once Delmarva begins their work until completion. AAM reserves our rights to revise and resubmit our time and cost estimate if Delmarva takes longer then they have estimated.

The following are the costs for this Change up to Station 218+00.

|  | Quantity | Unit | Unit Cost | Total | Comments |
|---|---|---|---|---|---|
| Delmarva | 1 | LS | $ 35,284.00 | $ 35,284.00 | Lump Sum per Invoice |
| AAM GC cost | 15 | Day | $ 3,827.47 | $ 57,412.05 | Daily Cost submitted previous |
| Standby Equip | 1 | Mo | $ 19,867.68 | $ 19,867.68 | JD 850 Ex, 3wks=Mo |
| Traffic Barrier | 6085 | LF | $ 2.58 | $ 15,699.30 | Fair Market Rental Cost |
| Extended MOT | 15 | Day | $ 153.53 | $ 2,302.95 | PSI Contract Work |
| Shoring | 1 | LS | $ 18,704.16 | $ 18,704.16 | Shoring Boxes & Plates per Mo. |
| Cost |  |  |  | $ 149,270.14 |  |
| Mark-Up 10% |  |  |  | $ 14,927.01 |  |
| Bond Increase |  |  |  | $ 2,462.96 |  |
| Total Cost |  |  |  | $ 166,660.11 |  |

Once AAM receives a Facility Relocation Agreement for the required work North of Station 218+00 we will forward it to your office for processing.  Assuming the cost is similar to south of Station 218+00 we anticipate an additional invoice of $35, 000 from Delmarva.  We are unsure whether there will be Time Impact North of Station 218+00 but reserve our rights to file for the additional time and cost once Delmarva  determines the exact extent of the work needed.

In closing it is incumbent of AAM to provide the County with our good faith estimate of cost for this Changed condition as follows:

| Estimated Cost to Station 218+00 | $166,660.00 |
|---|---|
| Estimated Cost North of 218+00 | $ 150,000.00 |
|  |  |
| Total Estimated Cost | $316,660.00 |

If there are any questions, please contact me at 443-506-3451.

Sincerely,

Carmen D. Cipriano
Senior Project Manager

Attachments:     Delmarva Agreement & Invoice, 3 pages
                 AAM General Conditions Daily Cost Breakdown
                 JD 850 Monthly Invoice , PSI Cost Breakdown, Trench Tech Monthly Breakdown


**delmarva power**
A PHI Company

*SPECIAL BILLING*

**INVOICE**

**PAYMENT DUE UPON RECEIPT**

ZCT-1000-BA02-4677

| | | |
|---|---|---|
| Amount | : | $35,284.00 |
| Document No. | : | 3300000408 |
| Invoice Date | : | 02/09/2012 |
| Order No. | : | 70097559 |

AMERICAN INFRASTRUCTURE
ATTN: CARMIN D CIPRIANO
PO BOX 278
FALLSTON MD   21047

**Amount Enclosed** [          ]

**Please Return This Portion in The Enclosed Envelope - Make Check Payable to Delmarva Power**

**delmarva power**
A PHI Company

*SPECIAL BILLING*

| | | |
|---|---|---|
| NAME | : | AMERICAN INFRASTRUCTURE |
| | | |
| Document No. | : | 3300000408 |
| Invoice Date | : | 02/09/2012 |
| Order No. | : | 70097559 |
| Work Request No. | : | 6102258 |
| | | |
| Service Location | : | Governor Printz Blvd |
| | | Wilmington DE |
| | | |
| Billing Method | : | Bill In Advance |
| Description | : | Fee to relocate facilites along Governor Prints Blvd. De-energize primary line for customer to install sewer line. Construction will not begin until this invoice has been paid in full and service agreement signed and returned with payment. |
| Amount Due | : | 35,284.00 |

**Direct Inquiries To:**
Special Billing 84CP45
5 Collins Dr Suite 2243
Carneys Point, NJ  08069
TEL: 302-709-7211
FAX: 302-709-7527
FEDERAL ID #51-0084283

**Send Payments To:**
Delmarva Power
Remittance Processing 84CP29
5 Collins Dr Suite 2048
Carneys Point, NJ  08069

page 1 of 1

** Please Note **
Payment Without the Top Portion of Your Bill May Result in Application Of Payment To Energy Account



A PHI Company

**FACILITY RELOCATION AGREEMENT**
Between
and

**AMERICAN INFRASTRUCTURE**
Atn: **CARMIN D. CIPRIANO**
**P.O. BOX 278**
**FALLSTON, MD 21047**

Delmarva Power
New Castle Regional Office (NCRO)
P. O. Box 9239
Newark, DE 19714
Attn: John DiMaio - 79NC27
Phone: (302) 454-4135 / Fax: (302) 454-4262

Service address:
**6701 GOVERNOR PRINTZ BLVD.**
**WILMINGTON DE 19711**

February 8, 2012
Work Request No. – 6102258

Delmarva Power is currently engineering your request to do the following:

**Relocate electric facilities along Governor Pritz Blvd. between Hilltop Rd. and golden Acres Dr. also do switching and grounding   to de-energize 3-spans of 12kv primary CKT 282 to provide temporary clearance required by OSHA for contractor to continue work to install sewer line.**

*The cost is $35,284.00..* This cost is set forth by the rules and regulations filed with your public service/state corporation commission and are void if this agreement is not signed and returned within sixty (60) days of the date of this letter.  Any and all taxes are included in this cost.

**Please sign and return this service agreement along with full payment to the address on the invoice along with the detachable coupon.  This will be payable within 30 days and prior to any construction.**

Additional comments: _____

_____

Any changes, revisions, or alterations to this form will not be acknowledged or accepted unless expressly agreed to by Delmarva Power.  Acknowledgement of such changes will only be accepted if same are initialed and dated by a Representative of Delmarva Power.

If you have any questions or need any assistance please contact **John DiMaio** at (302) 454-4135 during normal business hours. Reference the Work Request No. above.  It is important that you complete all required obligations as soon as possible so that we may schedule your work.  **Delmarva Power is committed to your satisfaction.**

_____
**John DiMaio**
**Field Engineering Technician**

_____
Customer's signature

_____
Date



A PHI Company

New Castle Regional Office (NCRO)
P. O. Box 9239
Newark, DE 19714
Fax: (302) 454-4262

## PLEASE RETURN THIS AS SOON AS POSSIBLE

### RELEASE OF RESPONSIBILITY FOR DAMAGE TO PRIVATE UTILITIES

I, (your name) _____

**(Please check one (1) of the boxes below that applies to your ability to identify private underground facilities)**

☐ have identified and staked and or uncovered all private underground utilities or facilities located on my property, and agree that I will not hold Delmarva Power or its contractors responsible or liable for any damage which may be caused by the information which I supplied being inaccurate.

☐ cannot positively identify the existing private underground utilities or facilities on my property. Understanding that Delmarva Power will use due caution, I authorize them to proceed with the required work. I also agree that I will not hold Delmarva Power or its contractors responsible or liable should they damage an unidentified private underground utility or facility.

**Failure to check either box and sign constitutes acceptance of box #2.**

Customer Name: _____   Signature: _____

Date: _____   Service Address:   **GOVERNOR PRINTZ BLVD.
WILMINGTON DE 19711**

Job #: 6102258   Prepared by: **John DiMaio**

*Note: This must be completed, signed and returned before work can begin.*