# Exhibit G



1805 Berks Road – Worcester, PA 19490

March 13, 2012

Parsons Brinckerhoff
100 South Charles Street
Baltimore, MD 21201
Attention: Robby McDonald

AI Letter: COM0044
AI Job 1020034

RE: Governor Printz Interceptors – Section 1
    Contract No. 2010-01, Project 220612
    Delmarva –Primary Power Outages Delay

Dear Robby,

It has been 15 days since we issued payment to Delmarva for the outage work required on the primary power due to the Change in the proximity requirements for working adjacent to Delmarva's power lines. AAM cannot restart the twin sewer installation until the electric company completes their work as this is a condition of Delmarva's work order due to safety concerns and space limitations. AAM has coordinated with Delmarva, as required per the Contract, and has contacted them numerous times since funding was issued to their office. We understand they are waiting on a State issued permit to begin the work.

On February 16th AAM advised the County of the costs related to this Changed condition. Those cost included 15 days of delay cost incurred by AAM and the added Traffic Control cost for this delay. The estimated 15 days of delay costs have now been used up therefore AAM is requesting PB and the County assist Delmarva in expediting the needed permits and hopefully mitigate any further costs resulting from this delay related to the issuance of the Permit.

AAM appreciates your cooperation in this matter.

Sincerely,

Carmen D. Cipriano
Senior Project Manager