# Exhibit I



1805 Berks Road – Worcester, PA 19490

December 9, 2011

Parsons Brinckerhoff  
100 South Charles Street  
Baltimore, MD 21201  
Attention: Robby McDonald

AI Letter: COM0034  
AI Job 1020034

RE: Governor Printz Interceptors – Section 1  
    Contract No. 2010-01, Project 220612

Subject: Rev 2 Excavation Plan, submitted 12-8-11

Dear Robby,

Yesterday AAM submitted our Revision 2 Excavation and Dewatering Plan in response to Parson's November 10, 2011 and NCC's November 17, 2011 directive to cease excavation adjacent to the existing gas lines. This cease work directive was due to elevation readings at the flush mounted markers installed in the dirt exceeding the Level 2 alert criteria specified for the surface settlement markers.

Please be advised that both AAM and our Design Engineer is uncertain whether this County directed change to our means and methods of construction will result in readings at the flush mounted markers within the Level 2 alert guidelines specified for the surface settlement markers.

AAM hereby provides notice to the County, and reiterates our position as outlined in our November 23rd letter that we consider this County directed remediation plan as Extra Work, and all costs and delays resulting from this Change to the County's account.

If you have any questions, please contact me at 443-506-3451.

Sincerely,

Carmen D. Cipriano  
Senior Project Manager