# Exhibit J



1805 Berks Road – Worcester, PA 19490

March 8, 2012

Parsons Brinckerhoff AI Letter: COM0041
100 South Charles Street AI Job 1020034
Baltimore, MD 21201
Attention: Robby McDonald

RE: Governor Printz Interceptors – Section 1
 Contract No. 2010-01, Project 220612
 Excavation & Dewatering Plan, Rev 2

Dear Robby,

This letter is in response to your February 21, 2012 letter which provides in PB's words "Conditional Acceptance of AAM Contingency Plan". Upon receipt of your letter AAM began the necessary procurement and planning activities required to implement the Changes required for the Excavation & Dewatering Plan Rev 2. AAM has previously notified both PB and NCC that the work required per this revised submittal is in Dispute and we have attached our Change Order proposal and cost breakdown for your review. These cost represent using this revised SOE system from MH 203 to Sta 246+50.

Total Cost including allowable Mark-Ups………………………………$1,263,297.07

It should be noted that there will be work inefficiencies in the twin sewer installation operation as the direct result of the sheet pile operation. Those inefficiencies and associated time and cost impacts are not included in the enclosed cost breakdown but will be forwarded to your office once they are evaluated.

The following bullet points summarize those items in Dispute and our comments to statements in the February 21, 2012 letter. This listing is provided to ensure there is a clear understanding by all parties of our position on these Disputed issues.

- AAM Disputes PB's characterization of our Excavation Plan being a "Contingency Plan". It is a remediation plan directed by the County in their November 17, 2011 letter to us.
- AAM Disputes the statement that our Excavation Plan is not in conformance with the contract Specifications and Section 2660. AAM's Excavation Plan was designed by a Delaware PE, Submitted, and subsequently approved by PB all in accordance with the Project Specifications. Specification 2660, 3.02, Item C, states "The methods of construction of the temporary shoring are at the option of the Contractor and subject to the review and approval by the Engineer.
- AAM Disputes that the Section 2140, 3.11D alert criteria pertains to the Flush Mounted markers. PB is imposing the Section 3.11D Level 2 Alert threshold (1/2") specified for the **Surface Settlement Markers** onto to the Flush mounted markers. The flush mounted markers *are not* included in the Project Specifications. The Project Specification do not require any instrumentation monitoring of the gas mains since they are greater then 5 feet from our excavation. During the May 13, 2011 Geotechnical meeting AAM repeatedly offered to directly

1

monitor the gas mains to provide added assurances to both PB and NCC. This AAM suggested method was rejected, and PB insisted AAM install flush settlement markers in the dirt on the northbound shoulder which AAM ultimately provided to forward the project. The use of flush settlement markers in the unstable earth is not in accordance with the Project Specifications which require they be installed on structures. Ref: Specification Section 2140, 1.01 E2 states, "Surface settlement markers are markers placed on Structures."

- AAM will cease work if the Level 2 Alert threshold is exceeded as specified in PB's February 21th letter but AAM Disputes the Level 2 threshold as it pertains to the Flush Mounted markers and therefore we dispute the cessation of work if this does in fact occur. AAM disagrees with the cessation of work based on Level 2 thresholds for flush settlement monitors which are not included in the Contract. Specification Section 2140, 1.05 Job Conditions, B states in part, The Contractor is expected to make his own interpretations of the instrumentation data for his own purposes." On October 24, 2011 AAM advised both PB and NCC that at any point where there was a concern related to the gas mains, AAM would "soft dig" the adjacent test pit to inspect the surrounding soil and ascertain whether further action was required. This suggested method of earth monitoring is in accordance with the aforementioned Specification requirements and was again rejected by the PB and the County.
- AAM disputes that AAM transmittal TRN 0121 for instrumentation assigned the Level 2 alert criteria to the flush mounted markers. The Response Action Plan contained within the instrumentation submittal TRN 0121 lists Level 1 and Level 2 thresholds for Surface Settlement Markers only, and does not include flush mounted markers that are not part of the Project Specifications. The flush markers are included in the approved instrumentation submittal TRN 0121 but the alert thresholds were never assigned to these devices.
- Concerning Comment 7, it should be noted that AAM's field verification measurement was taken from the pavement subgrade, not the top of pavement as noted in the reviewer's comments. The barrier wall showed in the February 9th sketch was only included so the viewer was clear on the direction of view. This was previously explained to the PB field staff. Regardless, AAM acknowledges all of the reviewer's comments regarding protection of existing structures and utilities but we Dispute the statement that all costs are at AAM expense.

AAM has directed Delmarva to begin the primary power Outage work required to allow us to restart work. Until completion of Delmarva's work, AAM cannot re-start the twin sewer installation. AAM has advised PB by letter on February 23th of our position on this Disputed Electrical issue where there was a Change to the Contract that occurred post bid. In this interim period while Delmarva plans and executes their outages, AAM will continue with the procurement and resource planning for this Changed Excavation Rev 2 plan.

AAM request the County issue a Change Order to our Contract for the sheet pile installation not anticipated or shown on the Contract plans or Specification. If you have any questions, please contact me at 443-506-3451.

Sincerely,

*Carmen Cipriano*

Carmen D. Cipriano
Senior Project Manager


cc: Richard W. Dungan VP/GM AI Maryland

Attachment: Cost Breakdown, 9 pages

2

```
AAM-HC                                                          03/02/2012      14:38
1020034SPR1        GOV. PRINTZ - SHEET PILE - REV 1
*** Joseph Haines
```

```
                        ESTIMATE RECAP -  BID QUANTITIES

                    DIRECT         INDIRECT         TOTAL        % OF TOTAL
     Labor         201,973.97      13,644.00      215,617.97      20.539%
     Burden        109,094.81      12,400.39      121,495.20      11.573%
     Lab+Bur       311,068.78      26,044.39      337,113.17      32.112%
     Perm Matl                                                     0.000%
     Const Exp     423,259.90      19,820.64      443,080.54      42.206%
     Equipment     261,202.09       8,400.00      269,602.09      25.681%
     Subs                                                          0.000%
     Other                                                         0.000%

     Total Costs:  995,530.77      54,265.03    1,049,795.80      99.999%
     % of Total     94.831%         5.169%       100.000%
```

```
Escalation on:   Labor       Burden      Perm Matl    Const Matl     Co Eqp      Rented Eqp
                   0            0            0             0            0            0
                100.00%      100.00%      100.00%       100.00%      100.00%      100.00%

                Eq Op Exp    Sub         Trucks       Misc2         Misc3 Total Escalation
                   0          0            0            0             0           0
                100.00%     100.00%      100.00%      100.00%       100.00%     100.00%
```

* Data Below here is dependent on the Summary Process. *
The Summary Process was last run 03/02/2012 at 2:38 PM

```
Markup on Resource Costs                             194,551.82       18.5323%
Markup Addons
Profit                       % of Job Value              0.00          0.0000%

MARKUP TOTALS ===>                                   194,551.82       18.5323%
Cost Addons
Small Tools                  % of Total Labor            0.00          0.0000%
CM Fee                       % of Job Value              0.00          0.0000%
GROSS RECEIPTS TAX           % of Job Value              0.00          0.0000%
ORIENTATION, SHOWUP, OP CERT % of Direct Labor           0.00          0.0000%
SUBGUARD                     % of Total Sub              0.00          0.0000%

Bond from Summary Table                               18,949.45        1.8051%

MARKUP, ADDON & BOND TOTALS ===>                     213,501.27       20.3374%
                                                  ==============      (% of costs)
COST + MARKUP ------------------->                $1,263,297.07
                                                  (On Takeoff Quantity)
```

There *    ARE NOT    * closing accounts for this bid.
                                                            -Effect on Bid-
Rounding difference:
Unbalancing difference:
From Cut&Add Sheet-costs:                            (on Bid Quantity)
From Cut&Add Sheet-markup:                           (on Bid Quantity)

1

```
AAM-HC                                                              03/02/2012    14:38
1020034SPR1        GOV. PRINTZ - SHEET PILE - REV 1
*** Joseph Haines
```

| | | | |
|---|---|---|---|
| Pass Through Adjustments: | | | None |
| Net Adjustments (to the balanced bid): | | | [or desired bid] |
| BALANCED BID TOTAL | | $1,263,297.07 | |
| DESIRED BID (if specified) | | | |
| BID TOTAL (on bid quantities) | | $1,263,297.07 | |
| BID COSTS (on bid quantities) | | $1,068,745.25 | |
| MARKUP (on bid quantities) | | $194,551.82 | 15.400% |
| EXPECTED JOB VALUE (on takeoff quantities): | | $1,263,297.07 | |
| EXPECTED COSTS (on takeoff quantities): | | $1,068,745.25 | |
| EXPECTED MARKUP (on takeoff quantities): | | $194,551.82 | 15.400% |
| Adjust to Bid Quantities = | Y | | |

### On Takeoff Quantities

| | | | | |
|---|---|---|---|---|
| Labor Hrs. (MH/MHS) | 6,206 | 480 | 6,686 | |
| (incl burden) | 311,068 | 26,044 | 337,113 | |
| Labor (DAY/DAYS) | 0 | 0 | 0 | |
| (incl burden) | 0 | 0 | 0 | |
| Labor (OtherUnits) | 0 | 0 | 0 | |
| (incl burden) | | | | |
| Labor Burden | 109,094 | 12,400 | 121,495 | |

| | | | | |
|---|---|---|---|---|
| Spread Indirects on: | | Labor Cost | Spread Markup on: | Markup% Rem on Tot-Sub |
| Spread Addons&Bond on: | | TotalLessSub | | |

| Markup on: | Labor | Burden | PermMatl | CM | CoEqp | RentedEqp |
|---|---|---|---|---|---|---|
| | 26.00% | 26.00% | 15.00% | 15.00% | 15.00% | 15.00% |
| | EOE | Sub | Trucks | Misc2 | Misc3 | |
| | 15.00% | 0.00% | 15.00% | 0.00% | 0.00% | |

### Bond Calculations
Selected Bond Table: A   Description: Wide

| | Contract Amount | Rate per 1000 | Bond Amount |
|---|---|---|---|
| First: | $ 5,000,000 | 15.00 | $ 18,949.46 |
| Next: | $ 0 | 0.00 | $ 0.00 |
| Next: | $ 0 | 0.00 | $ 0.00 |
| Next: | $ 0 | 0.00 | $ 0.00 |
| Next: | $ 0 | 0.00 | $ 0.00 |
| Remainder: | | 4.19 | $ 0.00 |
| | | Subtotal: | $ 18,949.46 |
| Time Threshold 1: 24 | Extended Time Rate 1: | 1.0000 % | $ 0.00 |

2

```
AAM-HC                                                                        03/02/2012    14:38
1020034SPR1          GOV. PRINTZ - SHEET PILE - REV 1
*** Joseph Haines

     Time Threshold 2:  0     Extended Time Rate 2:  0.0000 %    $       0.00
     Length of Job:     0           Total Bond Amount:           $  18,949.46
```

## Key Indicators

| | | | | |
|---|---|---|---|---|
| Actual Markup By Bid Qty | / | Total Labor | = | Balanced Markup/Total Labor |
| 194,551.82 | / | 337,113.17 | = | 57.71% |
| | | | | |
| Indirect Cost | / | Direct Cost | = | Indirect Cost/Direct Cost |
| 54,265.03 | / | 995,530.77 | = | 5.45% |
| | | | | |
| Actual Markup By TO Qty | / | Direct Manhours | = | PROFIT / MH |
| 194,551.82 | / | 6,206.88 | = | 31.34 |
| | | | | |
| Direct Cost | / | Direct Manhours | = | COST PER MH |
| 995,530.77 | / | 6,206.88 | = | 160.39 |
| | | | | |
| Direct & Indirect Total Cost | / | Direct Manhours | = | TOTAL COST PER MH |
| 1,049,795.80 | / | 6,206.88 | = | 169.13 |
| | | | | |
| Total Subcontractors | / | Bid Total | = | % OF SUBS |
| 0.00 | / | 1,263,297.07 | = | 0.00% |
| | | | | |
| Indirect + Markup + Eqpt | / | Bid Total | = | Indirect+Markup+Eqpt%Bid Tot |
| 518,418.94 | / | 1,263,297.07 | = | 41.04% |
| | | | | |
| Indirect Cost | / | Bid Total | = | Indirect % Bid Total |
| 54,265.03 | / | 1,263,297.07 | = | 4.30% |
| | | | | |
| Total Perm Matls | / | Bid Total | = | % of Perm Matl |
| 0.00 | / | 1,263,297.07 | = | 0.00% |

```
------ ESTIMATE NOTES: ------
Bid Date:                                      Owner:
Engr Firm:
Estimator-In-Charge:           PUBLIC          Desired Bid (if specified) =          0.00
Notes:          Estimate created on: 03/02/2012 by User#: 30 - Joseph Haines
                Source estimate used:  T:\HEAVYBID\AAM-HC\EST\ESTMAST
Last Summary on 03/02/2012 at 2:38 PM.
Last Spread on 03/02/2012 at 2:38 PM.
```

```
AAM-HC                                                                                              Page  1
1020034SPR1     GOV. PRINTZ - SHEET PILE - REV 1                                                03/02/2012  14:38
Joseph Haines                                    COST REPORT

Activity        Desc              Quantity              Unit         Perm    Constr    Equip    Sub-
  Resource                      Pcs      Unit           Cost   Labor Material Matl/Exp  Ment  Contract   Total


BID ITEM    =  3000                              Land Item  SCHEDULE:   1     100
Description =  SHEET PILING                        Unit =    LS   Takeoff Quan:   1.000   Engr Quan:   1.000

030100050       DESIGN SHEET PILE WALL               Quan:   1.00 LS   Hrs/Shft:  8.50  Cal: 425 WC: 1
301DSGNFEE      Design Fees             1.00 LS     25,000.000                  25,000              25,000

030100100       BUY / RENT STEEL SHEET PILING       Quan: 459,797.00 LB  Hrs/Shft:  8.50  Cal: 425 WC: 1
Per Carmen Cipriano:
  Buy 130 Pair PZC13 x 30'  =  3,900 LF of doubles
  Buy  44 Pair PZC13 x 15'  =    660 LF of doubles
-----------------------------------------------
Total Sheet Pile required = 4,560 LF of doubles
  4,560 LF of doubles x 4.65 SF/LF = 12,188 SF
  12,188 SF x 21.7#/SF = 459,797#

Buy 200 LF 90 deg. corner
302PZC13        PZC13 Sheet Pile@106%   459,797.00 LB      0.760           370,412              370,412
302PZCC         PZC 90 deg Corner@106%     200.00 LF      65.000            13,780               13,780
$384,192.46                                              [ ]               384,192              384,192

030100150       MOB/DEMOB PILE CREW                 Quan:  1.00 EA   Hrs/Shft: 10.00  Cal: 50  WC: 1
PL1             PILE CREW 1             20.00 CH  Eff: 100.00  Prod: 20.0000 HU  Lab Pcs:  6.00  Eqp Pcs:  9.00
301MBEM100      100 Tn Crwlr Crn (222) Mo  1.00 EA       8,000.000          8,000                8,000
8CRC100T        100 TN CRAWLER ( 222) 1.00  20.00 HR      75.998                          1,520  1,520
8LR938          CAT 938 RT LOADER    1.00  20.00 HR      29.998                            600    600
8MAC            AIR COMP (100 CFM)   1.00  20.00 HR       5.740                            115    115
8MAT            MISC AIR TOOL        1.00  20.00 HR       3.000                             60     60
8MML            MANLIFT 60 FT        1.00  20.00 HR      17.250                            345    345
8MPILE2         VIBRO PILE HAMMER    1.00  20.00 HR      75.000                          1,500  1,500
8MWT            Welding Truck        1.00  20.00 HR      20.000                            400    400
8TCB            CONCRETE BOX TRUCK   1.00  20.00 HR       8.000                            160    160
8TLB            LOW BOY W/DRIVER          60.00 HR       95.000                          5,700  5,700
8TPU            PICK UP              1.00  20.00 HR      12.000                            240    240
F               FOREMAN              1.00  20.00 MH      39.570  1,203                          1,203
L               LABORER (TOP 25)     2.00  40.00 MH      23.700  1,677                          1,677
O1              Operator-Crane (Top 25) 1.00  20.00 MH   35.700  1,197                          1,197
P               PILEDRIVER           2.00  40.00 MH      29.210  1,937                          1,937
$24,653.74      120.0000 MH/EA           120.00 MH    [ 3904.84 ]  6,014            8,000  10,640  24,654

030100200       UNLOAD STEEL SHEET PILING           Quan: 459,797.00 LB  Hrs/Shft: 10.00  Cal: 50  WC: 1
PL1             PILE CREW 1             45.97 CH  Eff: 100.00  Prod: 10,000.0000 UH  Lab Pcs:  6.00  Eqp Pcs:  9.00
8CRC100T        100 TN CRAWLER ( 222) 1.00  45.98 HR      75.998                          3,494  3,494
8LR938          CAT 938 RT LOADER    1.00  45.98 HR      29.998                          1,379  1,379
8MAC            AIR COMP (100 CFM)   1.00  45.98 HR       5.740                            264    264
8MAT            MISC AIR TOOL        1.00  45.98 HR       3.000                            138    138
8MML            MANLIFT 60 FT        1.00  45.98 HR      17.250                            793    793
8MPILE2         VIBRO PILE HAMMER    1.00  45.98 HR      75.000                          3,449  3,449
8MWT            Welding Truck        1.00  45.98 HR      20.000                            920    920
8TCB            CONCRETE BOX TRUCK   1.00  45.98 HR       8.000                            368    368
8TPU            PICK UP              1.00  45.98 HR      12.000                            552    552
F               FOREMAN              1.00  45.98 MH      39.570  2,767                          2,767
L               LABORER (TOP 25)     2.00  91.96 MH      23.700  3,854                          3,854
O1              Operator-Crane (Top 25) 1.00  45.98 MH   35.700  2,751                          2,751
P               PILEDRIVER           2.00  91.96 MH      29.210  4,454                          4,454
$25,182.62      0.0006 MH/LB            275.88 MH      [ 0.02 ]  13,826                 11,356  25,183

030100250       SET & MOVE DRIVING TEMPLATE        Quan: 3,650.00 LF  Hrs/Shft: 10.00  Cal: 50  WC: 1
                                                                                               **Unreviewed
ASSUME DRIVING 2 PIN PILE ON 40 LENGTH WITH STEEL FRAME BEAM FOR GUIDE. ALLOW 2 CH PER MOVE
3650 LF / 40 = 92 * 2 HR PER LOCATION = 184 CH
PL1             PILE CREW 1             182.50 CH  Eff: 100.00  Prod: 20.0000 UH  Lab Pcs:  6.00  Eqp Pcs:  9.00
```

```
AAM-HC                                                                                    Page    2
1020034SPR1        GOV. PRINTZ - SHEET PILE - REV 1                                       03/02/2012  14:38
Joseph Haines                                           COST REPORT
```

| Activity Resource | Desc | Pcs | Quantity | Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip Ment | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BID ITEM = 3000 | | | | Land Item | SCHEDULE: 1 | | 100 | | | | |
| Description = SHEET PILING | | | | Unit = | LS | Takeoff Quan: | | 1.000 | Engr Quan: | | 1.000 |
| 302PH12X53 | 12HP53 piles for @106% | | 12,720.00 | LB | 0.450 | | | 6,067 | | | 6,067 |
| 8CRC100T | 100 TN CRAWLER (222) | 1.00 | 182.50 | HR | 75.998 | | | | 13,870 | | 13,870 |
| 8LR938 | CAT 938 RT LOADER | 1.00 | 182.50 | HR | 29.998 | | | | 5,475 | | 5,475 |
| 8MAC | AIR COMP (100 CFM) | 1.00 | 182.50 | HR | 5.740 | | | | 1,048 | | 1,048 |
| 8MAT | MISC AIR TOOL | 1.00 | 182.50 | HR | 3.000 | | | | 548 | | 548 |
| 8MML | MANLIFT 60 FT | 1.00 | 182.50 | HR | 17.250 | | | | 3,148 | | 3,148 |
| 8MPILE2 | VIBRO PILE HAMMER | 1.00 | 182.50 | HR | 75.000 | | | | 13,688 | | 13,688 |
| 8MWT | Welding Truck | 1.00 | 182.50 | HR | 20.000 | | | | 3,650 | | 3,650 |
| 8TCB | CONCRETE BOX TRUCK | 1.00 | 182.50 | HR | 8.000 | | | | 1,460 | | 1,460 |
| 8TPU | PICK UP | 1.00 | 182.50 | HR | 12.000 | | | | 2,190 | | 2,190 |
| F | FOREMAN | 1.00 | 182.50 | MH | 39.570 | 10,982 | | | | | 10,982 |
| L | LABORER (TOP 25) | 2.00 | 365.00 | MH | 23.700 | 15,299 | | | | | 15,299 |
| O1 | Operator-Crane (Top 25) | 1.00 | 182.50 | MH | 35.700 | 10,921 | | | | | 10,921 |
| P | PILEDRIVER | 2.00 | 365.00 | MH | 29.210 | 17,677 | | | | | 17,677 |
| $106,020.24 | 0.3000 MH/LF | | 1,095.00 | MH | [ 9,762 ] | 54,878 | | 6,067 | 45,075 | | 106,020 |

030100400   SET & DRIVE STEEL SHEET PILING - DOUBLES   Quan: 786.00 EA   Hrs/Shft: 10.00   Cal: 50   WC: 1
3650 LF of sheet pile wall / 4.65 LF/double = 786 doubles driven and pulled
Pull and drive 8 doubles per day. Fund driving 16 doubles per day here and pulling 16 doubles per day in pOulling activity.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PL1 | PILE CREW 1 | | 393.00 | CH | Eff: 100.00 Prod: | 2.0000 UH | Lab Pcs: | 6.00 | Eqp Pcs: | 9.00 | |
| 8CRC100T | 100 TN CRAWLER (222) | 1.00 | 393.00 | HR | 75.998 | | | | 29,867 | | 29,867 |
| 8LR938 | CAT 938 RT LOADER | 1.00 | 393.00 | HR | 29.998 | | | | 11,789 | | 11,789 |
| 8MAC | AIR COMP (100 CFM) | 1.00 | 393.00 | HR | 5.740 | | | | 2,256 | | 2,256 |
| 8MAT | MISC AIR TOOL | 1.00 | 393.00 | HR | 3.000 | | | | 1,179 | | 1,179 |
| 8MML | MANLIFT 60 FT | 1.00 | 393.00 | HR | 17.250 | | | | 6,779 | | 6,779 |
| 8MPILE2 | VIBRO PILE HAMMER | 1.00 | 393.00 | HR | 75.000 | | | | 29,475 | | 29,475 |
| 8MWT | Welding Truck | 1.00 | 393.00 | HR | 20.000 | | | | 7,860 | | 7,860 |
| 8TCB | CONCRETE BOX TRUCK | 1.00 | 393.00 | HR | 8.000 | | | | 3,144 | | 3,144 |
| 8TPU | PICK UP | 1.00 | 393.00 | HR | 12.000 | | | | 4,716 | | 4,716 |
| F | FOREMAN | 1.00 | 393.00 | MH | 39.570 | 23,648 | | | | | 23,648 |
| L | LABORER (TOP 25) | 2.00 | 786.00 | MH | 23.700 | 32,945 | | | | | 32,945 |
| O1 | Operator-Crane (Top 25) | 1.00 | 393.00 | MH | 35.700 | 23,517 | | | | | 23,517 |
| P | PILEDRIVER | 2.00 | 786.00 | MH | 29.210 | 38,065 | | | | | 38,065 |
| $215,240.82 | 3.0000 MH/EA | | 2,358.00 | MH | [ 97.621 ] | 118,175 | | | 97,065 | | 215,241 |

030100800   PULL STEEL SHEET PILING   Quan: 786.00 DBL   Hrs/Shft: 10.00   Cal: 50   WC: 1

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PL1 | PILE CREW 1 | | 393.00 | CH | Eff: 100.00 Prod: | 2.0000 UH | Lab Pcs: | 6.00 | Eqp Pcs: | 9.00 | |
| 8CRC100T | 100 TN CRAWLER (222) | 1.00 | 393.00 | HR | 75.998 | | | | 29,867 | | 29,867 |
| 8LR938 | CAT 938 RT LOADER | 1.00 | 393.00 | HR | 29.998 | | | | 11,789 | | 11,789 |
| 8MAC | AIR COMP (100 CFM) | 1.00 | 393.00 | HR | 5.740 | | | | 2,256 | | 2,256 |
| 8MAT | MISC AIR TOOL | 1.00 | 393.00 | HR | 3.000 | | | | 1,179 | | 1,179 |
| 8MML | MANLIFT 60 FT | 1.00 | 393.00 | HR | 17.250 | | | | 6,779 | | 6,779 |
| 8MPILE2 | VIBRO PILE HAMMER | 1.00 | 393.00 | HR | 75.000 | | | | 29,475 | | 29,475 |
| 8MWT | Welding Truck | 1.00 | 393.00 | HR | 20.000 | | | | 7,860 | | 7,860 |
| 8TCB | CONCRETE BOX TRUCK | 1.00 | 393.00 | HR | 8.000 | | | | 3,144 | | 3,144 |
| 8TPU | PICK UP | 1.00 | 393.00 | HR | 12.000 | | | | 4,716 | | 4,716 |
| F | FOREMAN | 1.00 | 393.00 | MH | 39.570 | 23,648 | | | | | 23,648 |
| L | LABORER (TOP 25) | 2.00 | 786.00 | MH | 23.700 | 32,945 | | | | | 32,945 |
| O1 | Operator-Crane (Top 25) | 1.00 | 393.00 | MH | 35.700 | 23,517 | | | | | 23,517 |
| P | PILEDRIVER | 2.00 | 786.00 | MH | 29.210 | 38,065 | | | | | 38,065 |
| $215,240.82 | 3.0000 MH/DBL | | 2,358.00 | MH | [ 97.621 ] | 118,175 | | | 97,065 | | 215,241 |

```
====>   Item Totals:   3000     - SHEET PILING
$995,530.70     6,206.8800 MH/LS       6,206.88 MH     [ 201973.97 ]  311,069        423,260  261,202           995,531
995,530.700               1 LS                                         311,068.78     423,259.90  261,202.02      995,530.70
```

```
AAM-HC                                                                                       Page   3
1020034SPR1                                                                                  03/02/2012  14:38
            GOV. PRINTZ - SHEET PILE - REV 1
Joseph Haines                                        COST REPORT
```

| Activity Resource | Desc | Pcs | Quantity Unit | Unit Cost | Perm Labor | Constr Material | Equip Matl/Exp | Sub- Ment | Total Contract |
|---|---|---|---|---|---|---|---|---|---|

PARENT ITEM = 900000000
Description = INDIRECTS                              Unit =   LS   Takeoff Quan:    1.000   Engr Quan:    1.000

Listing of Sub-Biditems of Parent Item 900000000:

BID ITEM     = 900000001                             Land Item  SCHEDULE:  1    100
Description = INDIRECT CHECK                         Unit =     LS   Takeoff Quan:    1.000   Engr Quan:    0.000

====> Item Totals:   900000001    - INDIRECT CHECK
$0.00                                                           [ ]
0.000                 1 LS


BID ITEM     = 901010000                             Land Item  SCHEDULE:  1    100
Description = SUPERVISION                            Unit =     MO   Takeoff Quan:    1.000   Engr Quan:    0.000

====> Item Totals:   901010000    - SUPERVISION
$0.00                                                           [ ]
0.000                 1 MO


BID ITEM     = 901020000                             Land Item  SCHEDULE:  1    100
Description = EQUIPMENT                              Unit =     MO   Takeoff Quan:    1.000   Engr Quan:    0.000

010204000    SMALL TOOLS & CONSUMEABLES                       Quan:   1.00 MH  Hrs/Shft:   8.50  Cat: 425  WC: 1
                                                                                                          **Unreviewed
3*DH         Small Tool Expense         6,206.88 LBHR           3.000            18,621                   18,621

====> Item Totals:   901020000    - EQUIPMENT
$18,620.64                                                      [ ]              18,621                   18,621
18,620.640            1 MO                                                       18,620.64                18,620.64


BID ITEM     = 901030000                             Land Item  SCHEDULE:  1    100
Description = TEMP UTILITIES                         Unit =     MO   Takeoff Quan:    1.000   Engr Quan:    0.000

====> Item Totals:   901030000    - TEMP UTILITIES
$0.00                                                           [ ]
0.000                 1 MO


BID ITEM     = 901040200                             Land Item  SCHEDULE:  1    100
Description = AAM - OFFICE TRAILER                   Unit =     MO   Takeoff Quan:    1.000   Engr Quan:    0.000

====> Item Totals:   901040200    - AAM - OFFICE TRAILER
$0.00                                                           [ ]
0.000                 1 MO


BID ITEM     = 901040300                             Land Item  SCHEDULE:  1    100
Description = OWNER/ENG - OFFICE TRAILER             Unit =     MO   Takeoff Quan:    1.000   Engr Quan:    0.000

====> Item Totals:   901040300    - OWNER/ENG - OFFICE TRAILER

```
AAM-HC                                                                                          Page  4
1020034SPR1      GOV. PRINTZ - SHEET PILE - REV 1                                               03/02/2012  14:38
Joseph Haines                                        COST REPORT

Activity     Desc             Quantity              Unit           Perm    Constr   Equip    Sub-
  Resource               Pcs         Unit           Cost   Labor Material Matl/Exp  Ment  Contract   Total
```

**BID ITEM** =901040300                      Land Item   SCHEDULE:  1      100
Description = OWNER/ENG - OFFICE TRAILER     Unit =      MO  Takeoff Quan:        1.000   Engr Quan:   0.000
$0.00
0.000                    1 MO                           [ ]

**BID ITEM** =901040400                      Land Item   SCHEDULE:  1      100
Description = MATERIALS AND STORAGE          Unit =      MO  Takeoff Quan:        1.000   Engr Quan:   0.000

====> Item Totals:  901040400  - MATERIALS AND STORAGE
$0.00                                                    [ ]
0.000                    1 MO

**BID ITEM** =901050000                      Land Item   SCHEDULE:  1      100
Description = MISC JOB EXPENSES              Unit =      LS  Takeoff Quan:        1.000   Engr Quan:   0.000

020400000   CONSTRUCTION LAYOUT - AAM        Quan:  6.00  MNT Hrs/Shft:  8.50  Cal: 425  WC: 1
                                                                                           **Unreviewed

| Resource | Description | Pcs | Quantity Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| GSLC | SURVEY/LAYOUT CREW | | 240.00 CH | Eff 100.00  Prod: 40.0000 HU  Lab Pcs: 2.00  Eqp Pcs: 1.00 | | | | | | |
| 301MMSM | Survey Model@106% | | 0.00 LS | 25,000.000 | | | | | | |
| 301MMSS | SURVEY SUPPLIES | | 6.00 MO | 200.000 | | 1,200 | | | | 1,200 |
| 8TSURV | SURVEY VAN (w/ Equip) | 1.00 | 240.00 HR | 35.000 | | | | 8,400 | | 8,400 |
| SPC | SURVEY PARTY CHIEF | 1.00 | 240.00 MH | 34.920 | 17,433 | | | | | 17,433 |
| SR | SURVEY - ROD/INSTRU | 1.00 | 240.00 MH | 21.930 | 8,611 | | | | | 8,611 |
| $35,644.39 | 80.0000 MH/MNTH | | 480.00 MH | [ 2274 ] | 26,044 | 1,200 | | 8,400 | | 35,644 |

====> Item Totals:  901050000  - MISC JOB EXPENSES
$35,644.39   480.0000 MH/LS    480.00 MH  [ 13644 ]  26,044       1,200       8,400        35,644
35,644.390           1 LS                            26,044.39    1,200.00    8,400.00     35,644.39

**BID ITEM** =901050010                      Land Item   SCHEDULE:  1      100
Description = TRAVEL/HOUSING/PER DIEM        Unit =      MO  Takeoff Quan:        1.000   Engr Quan:   0.000

====> Item Totals:  901050010  - TRAVEL/HOUSING/PER DIEM
$0.00                                                    [ ]
0.000                    1 MO

**BID ITEM** =901050200                      Land Item   SCHEDULE:  1      100
Description = ESCALATION & OVERTIME          Unit =      LS  Takeoff Quan:        1.000   Engr Quan:   0.000

====> Item Totals:  901050200  - ESCALATION & OVERTIME
$0.00                                                    [ ]
0.000                    1 LS

**BID ITEM** =901050500                      Land Item   SCHEDULE:  1      100
Description = CONTINGENCIES & DAMAGES        Unit =      LS  Takeoff Quan:        1.000   Engr Quan:   0.000

====> Item Totals:  901050500  - CONTINGENCIES & DAMAGES
$0.00                                                    [ ]

```
AAM-HC                                                                                          Page   5
1020034SPR1                                                                                     03/02/2012  14:38
Joseph Haines     GOV. PRINTZ - SHEET PILE - REV 1       COST REPORT
```

| Activity Resource | Desc | Quantity Pcs / Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip Ment | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|

**BID ITEM** = 901050500                                Land Item    SCHEDULE:  1    100
Description = CONTINGENCIES & DAMAGES                   Unit =       LS   Takeoff Quan:      1.000      Engr Quan:     0.000
0.000                  1 LS

**BID ITEM** = 901060000                                Land Item    SCHEDULE:  1    100
Description = BONDS/INSURANCE/TAXES                     Unit =       LS   Takeoff Quan:      1.000      Engr Quan:     0.000

010602000     SUBCONTRACT BOND               Quan:  1.00 LS   Hrs/Shft:   8.50  Cal: 425  WC: 1
                                                                                                              **Unreviewed
3*DS          subguard              0.00 SUB$       0.012

===>   Item Totals:   901060000   - BONDS/INSURANCE/TAXES
$0.00                                                          [ ]
0.000                  1 LS

**BID ITEM** = 901070000                                Land Item    SCHEDULE   1    100
Description = MISC GENERAL CONDITIONS                   Unit =       LS   Takeoff Quan:      1.000      Engr Quan:     0.000

===>   Item Totals:   901070000   - MISC GENERAL CONDITIONS
$0.00                                                          [ ]
0.000                  1 LS

                                                        Total of Above Sub-Biditems

===>   Item Totals:   900000000   - INDIRECTS
$54,265.03     480.0000 MH/LS       480.00 MH    [ 13644 ]   26,044         19,821       8,400            54,265
54,265.030             1 LS                                  26,044.39      19,820.64    8,400.00         54,265.03


$1,049,795.73  *** Report Totals ***   6,686.88 MH           337,113        443,081      269,602          1,049,796

>>> indicates Non Additive Activity
------Report Notes:------
The estimate was prepared with TAKEOFF Quantities.
This report shows TAKEOFF Quantities with the resources.

"Unreviewed" Activities are marked.

Bid Date:  Owner:  Engineering Firm:
                  Estimator-In-Charge: PUBLIC

**JOB NOTES**
Estimate created on: 03/02/2012 by User#: 30 - Joseph Haines
Source estimate used: T:\HEAVYBID\AAM-HC\EST\ESTMAST

* on units of MH indicate average labor unit cost was used rather than base rate.
[ ] in the Unit Cost Column = Labor Unit Cost Without Labor Burdens
   In equipment resources, rent % and EOE % not = 100% are represented as XXX%YYY where XXX=Rent% and YYY=EOE%
------Calendar Codes------

```
AAM-HC                                                                                      Page  6
1020034SPR1    GOV. PRINTZ - SHEET PILE - REV 1                                              03/02/2012  14:38
Joseph Haines                                   COST REPORT
```

| Activity Resource | Desc | Pcs | Quantity Unit | Unit Cost | Perm Labor | Constr Material | Equip Matl/Exp | Sub- Ment Contract | Total |
|---|---|---|---|---|---|---|---|---|---|

BID ITEM   = 901070000                          Land Item    SCHEDULE:   1     100
Description =   MISC GENERAL CONDITIONS         Unit =       LS   Takeoff Quan:   1.000    Engr Quant:  0.000

Calendars are found in crew and labor codes and have the format XXXdY where
XXX = The Calendar and Y = The Starting Day of the Week with Day 1 = Monday, etc.

| 150 | 1-1/2 Time |
| 40  | 40 HOUR WEEK |
| 425 | 42.5 HOUR WEEK |
| 45  | 45 HOUR WEEK |
| 50  | 50 HOUR WEEK |
| 58  | 58 HOUR WEEK (W/ SAT.) |
| 60  | 60 HOUR WEEK (W/ SAT.) |