# Exhibit M



1805 Berks Road – Worcester, PA 19490

March 30, 2012

Parsons Brinckerhoff  
100 South Charles Street  
Baltimore, MD 21201  
Attention: Robby McDonald

AI Letter: COM0047  
AI Job 1020034

RE: Governor Printz Interceptors – Section 1  
   Contract No. 2010-01, Project 220612

Subject: Project Shutdown Change Order Request and Project Re-Start

Dear Robby,

On April 2, 2012 AAM will re-start the twin sewer installation in accordance with the Revision 2 Excavation and Dewatering Plan mandated by the County in their November 17, 2011 letter to AAM. Parson's February 21, 2012 letter issued "Conditional Acceptance" of the Rev 2 Plan and AAM began all the necessary planning and procurement activities needed to implement this revised Plan. From February 22, 2011 until present AAM has been unable to restart the twin sewer installation due to the required De- energizing work that Delmarva must perform on the Primary power that is adjacent to our Contract work. This electrical work is required per the Changed OSHA standards and Delmarva's Safety and Site Specific evaluation performed on January 31, 2012. This issue is fully discussed in our February 16th, 23rd, and March 13th, 2012 letters to PB.

The re-start of the twin sewer contract work is following a 143 day County directed shutdown due to vertical movement of the flush mounted marker #210A which exceeded the Level 2 alert designated for the surface settlement markers intended to be installed on fixed structures or utilities. As you already know, AAM Disputes the surface settlement marker alert criteria being imposed onto the flush mounted markers installed in the dirt since they are outside the Specification requirements and not part of the Contract. AAM has provided formal notice on (3) separate occasion that we would seek equitable compensation for all costs and delays related to this unwarranted 143 calendar day shutdown. AAM has provided Notice to PB and the County on November 10, 2011, November 23, 2011 and December 9, 2011.

Attached for your review and processing is our Change Order request and back up documentation for the Project Shutdown period of 143 days from November 10, 2012 to April 1, 2012. The Costs are as follow:

| | |
|---|---|
| Cost including Mark-up | $998,659.19 |
| Bond Increase | $14,979.89 |
| | |
| Total Change Order | $1,013,639.08 |

The cost enclosed with this Change Order Request includes but are not limited to the following categories:

- **General Condition Costs**
  -AAM Project Manager, Project Engineer, Safety Manager and General Superintendant.
  -Building Rental costs for AAM staff and PB staff
  -Utilities costs of Electric, Water, Cable, and Phone.
  -Janitorial, Trash and miscellaneous supplies for AAM and PB
- **Extra Rental Costs**
  -John Deere 850 Excavator
  -Concrete Traffic Barrier
  -Long term Project TCP Signage
  -Trench Tech Shoring Equipment
- **MOT Maintenance Costs**
  -Line Stripping
  -Delineator Replacement
  -Barrier Painting
- **Production Crew T&M Work required to prepare for the Shutdown Period**
  -Labor & Equipment
- **Equipment De-Mob Costs following the Shutdown Directive.**
- **Equipment Mob at Re-Start**

We have attached Spreadsheets itemizing all costs associated with the Shutdown and copies of Invoices where applicable. Please issue a Change Order for the 143 day Contract Time Extension and the associated Cost. If you have any questions or need additional information contact me at 443-506-3451.

Sincerely,

*[signature]*

Carmen D. Cipriano
Senior Project Manager

Attachments:   Cost Summary & Breakdown, (7 ea ) Pages
Back up Documentation & Invoices, (139 ea ) pages.

## Itemization of Shutdown Costs

| Item | Quantity | Unit | Unit Price | Total | % Markup | Total with Markup |
|---|---|---|---|---|---|---|
| Production Crew Labor | 1 | LS | $15,305.44 | $15,305.44 | 26% | $19,284.85 |
| Production Crew Equipment (Operating) | 1 | LS | $18,717.36 | $18,717.36 | 15% | $21,524.96 |
| Equipment (Standby) | 1 | LS | $304,407.69 | $304,407.69 | 15% | $350,068.84 |
| Project Team Cost | 1 | LS | $316,089.60 | $316,089.60 | 26% | $398,272.90 |
| Temporary Facilities | 1 | LS | $17,270.76 | $17,270.76 | 15% | $19,861.38 |
| Sub / Rental Expenses | 1 | LS | $164,909.80 | $164,909.80 | 15% | $189,646.27 |
| Demobilization at Shutdown | 1 | LS | $2,295.00 | $2,295.00 | 15% | $2,639.25 |
| Remobilization at Startup | 1 | LS | $2,295.00 | $2,295.00 | 15% | $2,639.25 |

| | |
|---|---|
| Cost | $998,659.19 |
| Bond Increase (1.5%) | $14,979.89 |
| Final Cost | $1,013,639.08 |

Shutdown from November 11, 2011 to April 1, 2012
143 Calender Days
4.70 Months (30.4 Days Per Month)
20 Weeks + 1 Friday + 1 Saturday
101 Weekdays (Mon-Fri)
42 Weekend Days (Sat-Sun)
808 Work Hours (Mon-Fri)

**Temporary Facilities**

| Description | Quantity | Units | Unit Cost | Total Cost | Markup | Final Cost |
|---|---|---|---|---|---|---|
| Building Rental | 4.7 | Months | $1,700.00 | $7,990.00 | 15% | $9,188.50 |
| Building Internet/Phone | 4.7 | Months | $299.08 | $1,405.68 | 15% | $1,616.53 |
| Building Power | 4.7 | Months | $328.55 | $1,544.19 | 15% | $1,775.81 |
| Building Water | 4.7 | Months | $16.00 | $75.20 | 15% | $86.48 |
| Building Janitorial | 4.7 | Months | $175.00 | $822.50 | 15% | $945.88 |
| Building Disposal | 4.7 | Months | $56.00 | $263.20 | 15% | $302.68 |
| Office Expenses | 4.7 | Months | $1,100.00 | $5,170.00 | 15% | $5,945.50 |
| | | | | $17,270.76 | | $19,861.38 |

**Sub/Rental Expenses**

| Description | Quantity | Units | Unit Cost | Total Cost | Markup | Final Cost |
|---|---|---|---|---|---|---|
| Portable Toilets | 4.7 | Months | $297.90 | $1,400.13 | 15% | $1,610.15 |
| Traffic Control | 4.7 | Months | $4,256.63 | $20,006.16 | 15% | $23,007.09 |
| Delineators | 56 | EA | $45.00 | $2,520.00 | 15% | $2,898.00 |
| Line/Barrier Painting | 1 | LS | $8,960.51 | $8,960.51 | 15% | $10,304.59 |
| Trench Shoring | 4.7 | Months | $20,365.00 | $95,715.50 | 15% | $110,072.83 |
| Hose Rentals | 4.7 | Months | $1,638.00 | $7,698.60 | 15% | $8,853.39 |
| Engineering Expenses | 4.7 | Months | $6,022.00 | $28,303.40 | 15% | $32,548.91 |
| Seabox | 4.7 | Months | $65.00 | $305.50 | 15% | $351.33 |
| | | | | $164,909.80 | | $189,646.27 |

**Equipment - Standby Rates**

| Description | Quantity | Units | Unit Cost | Total Cost | Markup | Final Cost |
|---|---|---|---|---|---|---|
| 850 Excavator | 4.7 | Months | $19,867.88 | $93,379.04 | 15% | $107,385.89 |
| 345 Excavator | 37 | Weekdays | $1,105.38 | $40,899.06 | 15% | $47,033.92 |
| 345 Excavator | 3 | Weekdays | $1,105.38 | $3,316.14 | 15% | $3,813.56 |
| Volvo 120 Loader | 6 | Weekdays | $467.28 | $2,803.68 | 15% | $3,224.23 |
| Trench Roller | 101 | Weekdays | $203.04 | $20,507.04 | 15% | $23,583.10 |
| Wacker Neuson RT82 | 101 | Weekdays | $189.48 | $19,137.48 | 15% | $22,008.10 |
| Broom | 101 | Weekdays | $114.54 | $11,568.54 | 15% | $13,303.82 |
| Stone Box (2) | 4.7 | Months | $1,200.00 | $5,640.00 | 15% | $6,486.00 |
| AAM Trench Boxes | 4.7 | Months | $3,000.00 | $14,100.00 | 15% | $16,215.00 |
| AAM Steel Plates | 4.7 | Months | $4,000.00 | $18,800.00 | 15% | $21,620.00 |
| Trailer | 4.7 | Months | $100.00 | $470.00 | 15% | $540.50 |
| Traffic Barrier (6085 LF) | 4.7 | Months | $15,699.30 | $73,786.71 | 15% | $84,854.72 |
| | | | | $304,407.69 | | $350,068.84 |

**Labor**

| Description | Quantity | Units | Unit Cost | Total Cost | Markup | Final Cost |
|---|---|---|---|---|---|---|
| Project Manager | 808 | Hours | $141.37 | $114,226.96 | 26% | $143,925.97 |
| Project Superintendent | 808 | Hours | $141.37 | $114,226.96 | 26% | $143,925.97 |
| Safety Manager | 0 | Hours | $108.46 | $0.00 | 26% | $0.00 |
| Project Engineer | 808 | Hours | $108.46 | $87,635.68 | 26% | $110,420.96 |
| | | | | $316,089.60 | | $398,272.90 |

# Timesheet / Certified Payroll Data
## Production Crew Shutdown Work

Included making the project "safe" before entering into full shutdown mode. Primarily backfilled hole and made minor fixes to site.

| Name | Title | | 11/11/2011 | 11/14/2011 | 11/15/2011 | 11/16/2011 | 11/17/2011 | 11/18/2011 | Total (Hrs) | Total Hours WE 11-12-11 | Total Hours WE 11-19-11 | Rate/Hr WE 11-12-11 | Rate/Hr WE 11-19-11 | Total Cost | Markup | Final Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dave Brode | Foremen | ST | 8 | 8 | 8 | 8 | | | 32 | 8 | 24 | $78.76 | $78.76 | $2,520.32 | 26% | $3,175.60 |
| | | OT | | | | | | | 0 | 0 | 0 | $78.76 | $78.76 | $0.00 | 26% | $0.00 |
| Dan Toms | Operator | ST | | 8 | 6 | | | | 14 | 0 | 14 | $68.18 | $69.32 | $970.48 | 26% | $1,222.80 |
| | | OT | | | | | | | 0 | 0 | 0 | $95.26 | $96.97 | $0.00 | 26% | $0.00 |
| Dan Toms | Laborer | ST | | | | 6 | | | 6 | 0 | 6 | | $46.71 | $280.26 | 26% | $353.13 |
| | | OT | | | | | | | 0 | 0 | 0 | | $64.43 | $0.00 | 26% | $0.00 |
| Ryan Oldewurtle | Pipelayer | ST | 1.5 | 8 | 6 | | | | 15.5 | 1.5 | 14 | $51.82 | $51.17 | $794.11 | 26% | $1,000.58 |
| | | OT | 6.5 | | | | | | 6.5 | 6.5 | 0 | $72.09 | $71.11 | $468.59 | 26% | $590.42 |
| Jason Bobbit | Pipelayer | ST | 5.5 | 8 | 6 | 6 | | | 25.5 | 5.5 | 20 | $47.08 | $46.60 | $1,190.94 | 26% | $1,500.58 |
| | | OT | 2.5 | | | | | | 2.5 | 2.5 | 0 | $64.98 | $64.27 | $162.45 | 26% | $204.69 |
| Tom Patrick | Operator | ST | 8 | 8 | 6 | | | | 22 | 8 | 14 | $74.98 | $75.02 | $1,650.12 | 26% | $2,079.15 |
| | | OT | | | | | | | 0 | 0 | 0 | $105.45 | $105.52 | $0.00 | 26% | $0.00 |
| Tom Patrick | Laborer | ST | | | | 6 | | | 6 | 0 | 6 | $50.83 | $50.87 | $305.22 | 26% | $384.58 |
| | | OT | | | | | | | 0 | 0 | 0 | $70.60 | $70.66 | $0.00 | 26% | $0.00 |
| Robert Tailer | Laborer | ST | 8 | | | | | | 8 | 8 | 0 | $51.59 | | $412.72 | 26% | $520.03 |
| | | OT | | | | | | | 0 | 0 | 0 | $71.75 | | $0.00 | 26% | $0.00 |
| Bob Ferguson | Operator | ST | 1.5 | 8 | 6 | | | 8 | 15.5 | 1.5 | 14 | $73.56 | $73.30 | $1,136.54 | 26% | $1,432.04 |
| | | OT | 6.5 | | | | | | 6.5 | 6.5 | 0 | $103.33 | $102.94 | $671.65 | 26% | $846.27 |
| Bob Ferguson | Laborer | ST | | | | 6 | 8 | 8 | 22 | 0 | 22 | | $49.15 | $1,081.30 | 26% | $1,362.44 |
| | | OT | | | | | | | 0 | 0 | 0 | | $68.09 | $0.00 | 26% | $0.00 |
| Walter Hare | Laborer | ST | 1.5 | 8 | 9 | 6 | | | 24.5 | 1.5 | 23 | $47.34 | $45.72 | $1,122.57 | 26% | $1,414.44 |
| | | OT | 6.5 | | | | | | 6.5 | 6.5 | 0 | $65.37 | $62.94 | $424.91 | 26% | $535.38 |
| John Dorsey | Operator | ST | 3 | 8 | 6 | 6 | | | 23 | 3 | 20 | $70.94 | $70.17 | $1,616.22 | 26% | $2,036.44 |
| | | OT | 5 | | | | | | 5 | 5 | 0 | $99.41 | $98.24 | $497.05 | 26% | $626.28 |
| | | | | | | | | | 241 | | | | | $15,305.44 | | $19,284.85 |

| Equipment | 11/11/2011 OPER | 11/11/2011 NON | 11/14/2011 OPER | 11/14/2011 NON | 11/15/2011 OPER | 11/15/2011 NON | 11/16/2011 OPER | 11/16/2011 NON | 11/17/2011 OPER | 11/17/2011 NON | 11/18/2011 OPER | 11/18/2011 NON | Total (Hrs) OPER | Total (Hrs) NON | Rate/Hr OPER | Rate/Hr NON | Total Cost OPER | Total Cost NON | Markup OPER | Markup NON | Final Total OPER | Final Total NON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foremen Truck | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 48 | 0 | $19.46 | $14.60 | $934.08 | $0.00 | 15% | 15% | $1,074.19 | $0.00 |
| CAT 345 | | 8 | | 8 | | 8 | | 8 | | 8 | | 8 | 0 | 48 | $184.23 | $138.17 | $0.00 | $6,632.16 | 15% | 15% | $0.00 | $7,626.98 |
| Volvo 120 | 8 | | 8 | | 8 | | 8 | | 8 | | | 8 | 32 | 16 | $77.99 | $58.41 | $2,495.68 | $934.56 | 15% | 15% | $2,870.03 | $1,074.74 |
| John Deere 850 | 8 | | 8 | | 8 | | 8 | | 8 | | 8 | | 48 | 0 | $186.55 | $112.89 | $8,954.40 | $0.00 | 15% | 15% | $10,297.56 | $0.00 |
| Broce Broom | | 8 | | 8 | | 8 | | 8 | | 8 | | 8 | 16 | 32 | $19.09 | $14.32 | $305.44 | $458.24 | 15% | 15% | $351.26 | $526.98 |
| CAT 323 | 4 | 4 | 8 | | 8 | | 4 | 4 | 8 | | 8 | | 40 | 8 | $33.84 | $25.38 | $1,353.60 | $203.04 | 15% | 15% | $1,556.64 | $233.50 |
| CAT 345 | 8 | | 8 | | 6 | | | 8 | | 8 | | 8 | 24 | 24 | $184.23 | $138.17 | $4,421.52 | $3,316.08 | 15% | 15% | $5,084.75 | $3,813.49 |
| Wacker Neuson | 4 | 4 | 4 | 4 | | 8 | | 8 | | 8 | | 8 | 8 | 40 | $31.58 | $23.69 | $252.64 | $947.60 | 15% | 15% | $290.54 | $1,089.74 |
| | | | | | | | | | | | | | 216 | 168 | | | $18,717.36 | $12,491.68 | | | $21,524.96 | $14,365.43 |
| | | | | | | | | | | | | | 384 | | | | $31,209.04 | | | | $35,890.40 | |

# Wage Rates for Governor Printz - WE 11-12-11

**Standard Pay**

| Employee Name | Description | Base Rate | Total Insurance and Tax | Fringe Benefits | Expenses | Final Hourly Rate |
|---|---|---|---|---|---|---|
| Dave Brode | Foremen | $42.34 | 36.28% | $11.94 | $9.12 | $78.76 |
| Dan Toms | Excavator Operator | $39.74 | 36.28% | $12.00 | $2.02 | $68.18 |
| Ryan Oldewurtle | Pipelayer | $29.75 | 36.28% | $10.00 | $1.28 | $51.82 |
| Jason Bobbit | Pipelayer | $26.27 | 36.28% | $10.00 | $1.28 | $47.08 |
| Robert Tailer | Laborer | $29.58 | 36.28% | $10.00 | $1.28 | $51.59 |
| Bob Ferguson | Loader Operator | $43.69 | 36.28% | $12.00 | $2.02 | $73.56 |
| John Dorsey | Excavator Operator | $41.77 | 36.28% | $12.00 | $2.02 | $70.94 |
| Walter Hare | Laborer | $26.46 | 36.28% | $10.00 | $1.28 | $47.34 |
| Thomas Patrick | Excavator Operator | $44.73 | 36.28% | $12.00 | $2.02 | $74.98 |
| Thomas Patrick | Laborer | $29.02 | 36.28% | $10.00 | $1.28 | $50.83 |

**Overtime Pay**

| Employee Name | Description | Base Rate | Total Insurance and Tax | Fringe Benefits | Expenses | Final Hourly Rate |
|---|---|---|---|---|---|---|
| Dave Brode | Foremen | $42.34 | 36.28% | $11.94 | $9.12 | $78.76 |
| Dan Toms | Excavator Operator | $59.61 | 36.28% | $12.00 | $2.02 | $95.26 |
| Ryan Oldewurtle | Pipelayer | $44.63 | 36.28% | $10.00 | $1.28 | $72.09 |
| Jason Bobbit | Pipelayer | $39.41 | 36.28% | $10.00 | $1.28 | $64.98 |
| Robert Tailer | Laborer | $44.37 | 36.28% | $10.00 | $1.28 | $71.75 |
| Bob Ferguson | Loader Operator | $65.54 | 36.28% | $12.00 | $2.02 | $103.33 |
| John Dorsey | Excavator Operator | $62.66 | 36.28% | $12.00 | $2.02 | $99.41 |
| Walter Hare | Laborer | $39.69 | 36.28% | $10.00 | $1.28 | $65.37 |
| Thomas Patrick | Excavator Operator | $67.10 | 36.28% | $12.00 | $2.02 | $105.46 |
| Thomas Patrick | Laborer | $43.53 | 36.28% | $10.00 | $1.28 | $70.60 |

Final Hourly Rate = [Base Rate x (1 + Insurance and Tax)] + Fringe + Expenses

# Wage Rates for Governor Printz - WE 11-19-11

Standard Pay

| Employee Name | Description | Base Rate | Total Insurance and Tax | Fringe Benefits | Expenses | Final Hourly Rate |
|---|---|---|---|---|---|---|
| Dave Brode | Foremen | $42.34 | 36.28% | $11.94 | $9.12 | $78.76 |
| Dan Toms | Excavator Operator | $40.58 | 36.28% | $12.00 | $2.02 | $69.32 |
| Dan Toms | Laborer | $26.00 | 36.28% | $10.00 | $1.28 | $46.71 |
| Ryan Oldewurtle | Pipelayer | $29.27 | 36.28% | $10.00 | $1.28 | $51.17 |
| Jason Bobbit | Pipelayer | $25.92 | 36.28% | $10.00 | $1.28 | $46.60 |
| Bob Ferguson | Loader Operator | $43.50 | 36.28% | $12.00 | $2.02 | $73.30 |
| Bob Ferguson | Laborer | $27.79 | 36.28% | $10.00 | $1.28 | $49.15 |
| John Dorsey | Excavator Operator | $41.20 | 36.28% | $12.00 | $2.02 | $70.17 |
| Walter Hare | Laborer | $25.27 | 36.28% | $10.00 | $1.28 | $45.72 |
| Thomas Patrick | Excavator Operator | $44.76 | 36.28% | $12.00 | $2.02 | $75.02 |
| Thomas Patrick | Laborer | $29.05 | 36.28% | $10.00 | $1.28 | $50.87 |

Overtime Pay

| Employee Name | Description | Base Rate | Total Insurance and Tax | Fringe Benefits | Expenses | Final Hourly Rate |
|---|---|---|---|---|---|---|
| Dave Brode | Foremen | $42.34 | 36.28% | $11.94 | $9.12 | $78.76 |
| Dan Toms | Excavator Operator | $60.87 | 36.28% | $12.00 | $2.02 | $96.97 |
| Dan Toms | Laborer | $39.00 | 36.28% | $10.00 | $1.28 | $64.43 |
| Ryan Oldewurtle | Pipelayer | $43.91 | 36.28% | $10.00 | $1.28 | $71.11 |
| Jason Bobbit | Pipelayer | $38.88 | 36.28% | $10.00 | $1.28 | $64.27 |
| Bob Ferguson | Loader Operator | $65.25 | 36.28% | $12.00 | $2.02 | $102.94 |
| Bob Ferguson | Laborer | $41.69 | 36.28% | $10.00 | $1.28 | $68.09 |
| John Dorsey | Excavator Operator | $61.80 | 36.28% | $12.00 | $2.02 | $98.24 |
| Walter Hare | Laborer | $37.91 | 36.28% | $10.00 | $1.28 | $62.94 |
| Thomas Patrick | Excavator Operator | $67.14 | 36.28% | $12.00 | $2.02 | $105.52 |
| Thomas Patrick | Laborer | $43.58 | 36.28% | $10.00 | $1.28 | $70.66 |

Final Hourly Rate = [Base Rate x (1 + Insurance and Tax)] + Fringe + Expenses

Date Issued: 7/11/2011



**Project Specific Wage Rate Determination**
Project: Governor Printz
Job No: 1020034
Effective Date: 01/01/10
Expiration Date: 12/31/11

### Cost Description Breakdown - Project Manager / Project Superintendent

**Wages**
| | | | |
|---|---|---|---|
| Wage Rate | $ | 85.00 | |
| Excess Taxable Wage | $ | - | |
| Total Wages | | | $ 85.00 |

**Insurance and Tax**
| | | | |
|---|---|---|---|
| FICA | $ | 6.50 | |
| State and Fed. Unemployment | $ | 8.83 | |
| Liability Insurance | $ | 3.26 | |
| Workman's Comp | $ | 12.50 | |
| Total Ins. & Tax | | | $ 31.10 |

**Fringe Benefits**
| | | | |
|---|---|---|---|
| Health Insurance | $ | 6.10 | |
| Pension | $ | 1.20 | |
| Additional Pension Contribution | $ | - | |
| Matching Contribution (401K) | $ | 1.04 | |
| Holiday | $ | 4.14 | |
| Vacation | $ | 4.15 | |
| Total Fringe Benefits | | | $ 16.63 |

**Expenses**
| | | | |
|---|---|---|---|
| Truck Expenses | $ | 4.40 | |
| Small Tools and Supplies | $ | - | |
| Personal Protective Equipment | $ | 4.25 | |
| Housing/Per Diem | $ | - | |
| Travel Expenses | $ | - | |
| Total Expenses | | | $ 8.65 |

**TOTAL HOURLY RATE** $ 141.37

Date Issued: 7/11/2011



**Project Specific Wage Rate Determination**
Project: Governor Printz
Job No: 1020034
Effective Date: 01/01/10
Expiration Date: 12/31/11

### Cost Description Breakdown - Project Engineer

**Wages**
| | | |
|---|---:|---:|
| Wage Rate | $ 65.00 | |
| Excess Taxable Wage | $   - | |
| Total Wages | | $ 65.00 |

**Insurance and Tax**
| | | |
|---|---:|---:|
| FICA | $ 4.97 | |
| State and Fed. Unemployment | $ 6.75 | |
| Liability Insurance | $ 2.50 | |
| Workman's Comp | $ 9.56 | |
| Total Ins. & Tax | | $ 23.78 |

**Fringe Benefits**
| | | |
|---|---:|---:|
| Health Insurance | $ 6.10 | |
| Pension | $ 1.20 | |
| Additional Pension Contribution | $   - | |
| Matching Contribution (401K) | $ 0.79 | |
| Holiday | $ 3.17 | |
| Vacation | $ 3.17 | |
| Total Fringe Benefits | | $ 14.43 |

**Expenses**
| | | |
|---|---:|---:|
| Truck Expenses | $ 2.00 | |
| Small Tools and Supplies | $   - | |
| Personal Protective Equipment | $ 3.25 | |
| Housing/Per Diem | $   - | |
| Travel Expenses | $   - | |
| Total Expenses | | $ 5.25 |

## TOTAL HOURLY RATE                                   $ 108.46