# Exhibit N

**ALLAN A. MYERS**

American Infrastructure

1805 Berks Road – Worcester, PA 19490

March 12, 2012

Parsons Brinckerhoff
100 South Charles Street
Baltimore, MD 21201
Attention: Robby McDonald

AI Letter:  COM0042
AI Job 1020034

RE: Governor Printz Interceptors – Section 1
    Contract No. 2010-01, Project 220612
    Rock Blasting Notification

Dear Robby,

On 12-16-2011 AAM met with the County and PB to discuss project issues related to the work suspension. At that meeting we advised all parties of our intent to file Claim for the additional costs relative to the Micro Blasting being required on the project. This letter serves as our formal notification of Claim for all the Extra Costs and Delays AAM has, and will continue to incur due to Micro Blasting and modifications to our original blasting plan over and above the requirements of the Contract and the Project Specification.

As you know, Linde LLC played a significant role ensuring there were modifications to the blasting plan in accordance with their project correspondence. These modifications were not anticipated by AAM at the time of bid, or included in the Contract documents. This point is highlighted by correspondence from Julie M. Sebring , Senior Assistant County Attorney to Noriko Ellen Okamoto, Senior Counsel Linde LLC dated 9/9/2011 which states on Page 7 ,  *" Nevertheless, the County took Linde's concerns into consideration and certain modifications were made to the blasting plan in response to those concerns."*

In addition, the following Project Documentation is attached for you review and consideration. It clearly indicates that AAM was subject to additional requirements over and above the Contract requirements to satisfy Linde's concern for their pipe lines within the project R.O.W. The list is chronological from the earliest to the most recent.

- **PB Meeting Minutes, December 8, 2009, Utility Coordination Meeting with PB and Utility Companies.** Page 2, Utility Protection states, *"Rock micro blasting, using small charges with minimal vibration, will be required to construct the proposed sewers."*
  These requirements were not included in the bidding documents or disclosed to the bidders.

- **Conformed Special Provision, Pg 4, Response to Bidders RFI per addendum.**
  Question 27: Are there limitations or restrictions regarding blasting around utilities?
  Answer 27:  The utility companies know about this project and have not specified criteria other then that they do not want their utilities to be damaged.  The County is waiting for a response from the State of Delaware Fire Marshall with their permit requirements for blasting, including required notifications.

- **1-14-2011, Progress Meeting #2, Section 2.9, Item 5.**
  Linde-JS has retained an outside consultant to review the Blasting Plan and conduct a study, comments will be forthcoming.

- **2-9-2011, Progress Meeting #3, Section 3.8, Item 1 and Item 2.**
  1. AAM-JC requested that any available Pre-Bid documents related to rock removal / blasting be forwarded to her. AAM-JC advised that micro-blasting was never a suitable option for rock removal.
  2. Linde-JS advised that their blasting consultant is not yet under contract, but should be next week. Delmarva Pipe will abide with the Linde consultant findings. NCC-EK requested a time line on the final consultant report, neither Linde-JS nor AAM-JC could provide a date at this time.

- **2-23-11, Progress Meeting #4, Section 4.14 and 4.15.**
  Linde-JS confirmed that the AAM Blasting Plan has been given to their blasting sub consultant; however he does not know when a response to the blasting plan will be available.
  AAM-JC again requested copies of any Pre-Bid blasting meetings or correspondence.

- **3-23-11, Progress Meeting #6, Section 6.11 Blasting**
  2. AAM-JC stated that part of the Linde blasting consultant's report discusses the removal of the existing pipe overburden. AAM-JC stated that this is in conflict with the Specifications.
  4. NCC-EK suggested that AAM proceed with the permitting process via the Fire Marshall, Linde and PB.

In summary, AAM has incurred substantial Extra cost that was never anticipated at the time of bid or represented in the Contract documents. In essence, these costs represent the difference between our initial blasting submittal work plan and the revised blasting plan submittal due to the Contract Change. These Extra costs include but are not limited to the following:
-Micro blasting charge sizes not anticipated or specified in the Contract documents.
-Relief trenching adjacent to gas lines.
-Line drilling at 1 ft c-c adjacent to gas lines and existing sewer line
-Removal of overburden to load holes and re-placement of soils over blast holes
-Trench box placement due to overburden removal
-1/3 blast area patterns and subsequent removal of overburden and re-placement of soil.
-Blasting subcontractor as opposed to self perform due to requirements imposed by NCC and PB.
-Blasting subcontractor plan preparation and submittal fees.

AAM is evaluating the costs incurred thus far and will forward a CO request to your office once completed. In addition, AAM will provide the County with a overall estimated CO amount to complete the Rock blasting for the balance of the project. If you have any questions or need additional information please contact me at 443-506-3451.

Sincerely,

Carmen D. Cipriano
Senior Project Manager

Cc:    Richward W. Dungan AI Maryland VP/GM
       George E. Pallas, Esq
       Jonathan Husbsand/NCC
       Edwin Kuipers/NCC