# Exhibit O



**ALLAN A. MYERS**

A COMPANY OF
American Infrastructure

1805 Berks Road — Worcester, PA 19490

August 1, 2012

Parsons Brinckerhoff                                    AI Letter:  COM0062
100 South Charles Street                               AI Job 1020034
Baltimore, MD 21201
Attention:  Robby McDonald

RE: Governor Printz Interceptors — Section 1
      Contract No. 2010-01, Project 220612

Subject:  Rock Blasting Change Order Request

Dear Robby,

Reference is made to our March 12, 2012 Letter of Claim for the additional costs associated with the Rock Blasting on this Project.

In summary, AAM is requesting the County issue a Change order for the additional cost AAM has and will continue to incur due to modifications to the Rock Blasting plan precipitated by Linde , LLC and incorporated into the Contract requirements via the Submittal Approval process.  The project correspondence and meeting meetings  clearly indicate  changes were made to the blasting plan  due to Linde's influence over the State Fire Marshall, Parson's,  and NCC.  These changes were not anticipated at the time of bid and the project Specifications do not indicate approval of the blasting plan would be contingent upon  the independent third party review and approval of this Utility Owner.  As you know, AAM was issued a Permit by the Fire Marshall (enclosed) which was later revoked due to Linde's involvement and influence over the approval of the blasting plan.

Attached for your review is AAM original cost estimate for the rock blasting along with a revised estimate indicating  additional actions and activities being performed  on the project that are beyond the scope of this Contract, and over and above what any responsible Contractor could have anticipated during the bidding process.   AAM request the County issue a change Order for the cost difference between the As-Bid estimate and the As- Performed Estimate as follows:

| | | | |
|---|---|---|---|
| Blasting As Performed | | | $  1,293,488.00 |
| Blasting As Bid | | | $     248,383.00 |
| Cost difference | | | $  1,045,105.00 |
| 15% Mark-Up | | | $     156,765.75 |
| Total CO Request | | | $  1,201,870.75 |

If you have any questions, please contact me at 443-506-3451. AAM reserves all its rights and claims, in law and equity, under the Prime Contract associated with, arising from or related to any factor or circumstance regarding this issue.


Sincerely,


Carmen D. Cipriano
Senior Project Manager



Attachments:    Blasting Permit, 1 page
                Cost Estimate, As-Bid
                Cost Estimate, As-Performed




cc:  Richard W. Dungan  , AI Maryland VP/GM
     George E.Pallas Esq , Cohen Seglias Pallas Greenhall & Furman PC

Exhibit A
Revision

# Office of the State Fire Marshal

2307 MacArthur Rd
New Castle, DE 19720

## Site Permit

Permit # 90- 11020027   0    Permit date: 01/06/2011    Expire date: 01/06/2012

Name:        Allan A Myers, LLP
Address:     Governor Prntz at Sunset Drive Claymont De 19703
Individual:  Dirk Amole

*Authorization is Hereby Granted To:*

Use explosives and/or blasting agents at the above location.

Comments/Restrictions/Additions:

Comply with NFPA 495
Mats to be used
Surveys required on 2 buildings

Signed:
Name:  15 Jspadea, M.
Title:  Deputy

```
AAM-HC                                                                                    Page 1
1020034RB          GOV PRINTZ INTERCEPTOR ROCK BLASTING                    07/30/2012     11:31
Jim Watko                                              Direct Cost Report
```

| Activity Resource | Desc | Pcs | Quantity Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip Ment | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|---|

**PARENT ITEM**   1010
Description   BLASTING AS PERFORMED          Unit = LS   Takeoff Quan:   1.000   Engr Quan:   1.000

Listing of Sub-BidItems of Parent Item 1010:

**BID ITEM**   2000                    Land Item   SCHEDULE:   1   100
Description   STEP 1                   Unit =   CY   Takeoff Quan:   4,220.000   Engr Quan:   0.000

**030203000   MATERIALS**          Quan:   1.00 LS   Hrs/Shft:   8.50   Cal: 425   WC: 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 202AGSAND | NATURAL SAND | | 270.00 TN | 17.750 | | 4,793 | | | | 4,793 |
| 215142120040 | 4"x20' PVC Sch40 BE Pipe | 0.1600 | 50,640.00 LF | 3.050 | | 154,452 | | | | 154,452 |
| 215142229040 | 4" PVC Sch40 Coupling Sx | 1.6000 | 2,110.00 EA | 3.250 | | 6,858 | | | | 6,858 |
| $166,102.00 | | | | [ ] | | 166,102 | | | | 166,102 |

**030207005   LINE DRILL SIDES OF TRENCH**   Quan: 25,088.00 LF   Hrs/Shft:   8.50   Cal: 425   WC: 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| L | ONE LABORER | | 627.20 CH | Eff:   100.00   Prod:   40.0000 UH | Lab Pcs:   1.00 | | | Eqp Pcs:   1.00 | | 1.00 |
| 4BLAST | BLASTING - SC | | 33.00 SH | 1,330.000 | | | | 43,890 | | 43,890 |
| 8TPU | PICK UP | 1.00 | 627.20 HR | 11.000 | | | | 7,589 | | 7,589 |
| L | LABORER | 1.00 | 627.20 MH | 22.000 | 27,795 | | | | | 27,795 |
| $79,274.60 | 0.0250 MH/LF | | 627.20 MH | [ 0.623 ] | 27,795 | | | 7,589 | 43,890 | 79,275 |

**030207000   TRENCH ROCK DRILLING**   Quan: 71,000.00 VF   Hrs/Shft:   8.00   Cal: 40   WC: 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| L | ONE LABORER | | 2,679.24 CH | Eff:   100.00   Prod:   26.5000 UH | Lab Pcs:   0.60 | | | Eqp Pcs:   0.60 | | 0.60 |
| 4BLAST | BLASTING - SC | | 465.00 SH | 190.000 | | | | 88,350 | | 88,350 |
| 8TPU | PICK UP | 0.60 | 1,607.55 HR | 11.000 | | | | 19,451 | | 19,451 |
| L | LABORER | 0.60 | 1,607.55 MH | 22.000 | 69,843 | | | | | 69,843 |
| $177,644.44 | 0.0226 MH/VF | | 1,607.55 MH | [ 0.548 ] | 69,843 | | | 19,451 | 88,350 | 177,644 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SUBTASKP  Item Totals: | 2000 | - STEP 1 | | | | | | | | |
| $423,021.04 | 0.5295 MH/CY | | 2,234.75 MH | [ 12.921 ] | 97,639 | 166,102 | | 27,040 | 132,240 | 423,021 |
| 100.242 | | 4220 CY | | | 23.14 | 39.36 | | 6.41 | 31.34 | 100.24 |

**BID ITEM**   2010                    Land Item   SCHEDULE:   1   100
Description   STEP 2                   Unit =   CY   Takeoff Quan:   4,220.000   Engr Quan:   0.000

**030207505   BLASTING PLAN**          Quan:   1.00 EA   Hrs/Shft:   8.50   Cal: 425   WC: 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4BLAST | BLASTING - SC | | 1.00 EA | 2,500.000 | | | | | 2,500 | 2,500 |

**030201000   REMOVE OVERBURDEN**          Quan: 17,000.00 CY   Hrs/Shft:   8.50   Cal: 425   WC: 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EBS | BLASTING SUPPORT | | 188.05 CH | Eff:   100.00   Prod:   90.4000 UH | Lab Pcs:   3.00 | | | Eqp Pcs:   5.00 | | 5.00 |
| 8EX345 | CAT 345 EXC | 1.00 | 188.05 HR | 207.660 | | | | 42,956 | | 42,956 |
| 8LR120 | VOLVO 120 LOADER | 1.00 | 188.05 HR | 79.100 | | | | 16,362 | | 16,362 |
| 8MAC | AIR COMP (100 CFM) | 1.00 | 188.05 HR | 10.010 | | | | 2,071 | | 2,071 |
| 8MTB | TRENCH BOX | 2.00 | 376.11 HR | 3.000 | | | | 1,241 | | 1,241 |
| L | LABORER | 1.00 | 188.05 MH | 22.000 | 8,334 | | | | | 8,334 |
| O2 | OPER-COMMON | 1.00 | 188.05 MH | 28.150 | 11,912 | | | | | 11,912 |
| O2A | OPER-HOE>1CY | 1.00 | 188.05 MH | 28.150 | 11,912 | | | | | 11,912 |
| $94,788.00 | 0.0331 MH/CY | | 564.15 MH | [ 0.981 ] | 32,159 | | | 62,629 | | 94,788 |

**030201005   BLOW OUT HOLES**          Quan:   844.00 EA   Hrs/Shft:   8.50   Cal: 425   WC: 1

```
AAM-HC                                                                              Page 2
1020034RB                                                                    07/30/2012    11:31
Jim Watko            GOV PRINTZ INTERCEPTOR ROCK BLASTING
                                              Direct Cost Report
```

| Activity Resource | Desc | Pcs | Quantity | Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip Ment | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BID ITEM     =   2010 | | | | Lund Item | SCHEDULE:   1      100 | | | | | | |
| Description =   STEP 2 | | | | Unit =   CY | Takeoff Quan:   4,220.000 | | Engr Quan:   0.000 | | | | |
| middle 1/3  of holes | | | | | | | | | | | |
| EBS | BLASTING SUPPORT | | 85.00 CH | Eff:   100.00 | Prod:    9.9294 UH | | Lab Pcs:     3.00 | | Eqp Pcs:     5.00 | | |
| 8EX345 | CAT 345 EXC | 1.00 | 85.00 HR | | 207.660 | | | | 19,416 | | 19,416 |
| 8LR120 | VOLVO 120 LOADER | 1.00 | 85.00 HR | | 79.100 | | | | 7,396 | | 7,396 |
| 8MAC | AIR COMP (100 CFM) | 1.00 | 85.00 HR | | 10.010 | | | | 936 | | 936 |
| 8MTB | TRENCH BOX | 2.00 | 170.00 HR | | 3.000 | | | | 561 | | 561 |
| L | LABORER | 1.00 | 85.00 MH | | 22.000 | 3,767 | | | | | 3,767 |
| O2 | OPER-COMMON | 1.00 | 85.00 MH | | 28.150 | 5,384 | | | | | 5,384 |
| O2A | OPER-HOE >1CY | 1.00 | 85.00 MH | | 28.150 | 5,384 | | | | | 5,384 |
| $42,844.90 | | 0.3021 MH/EA | 255.00 MH | | [ 8.929 ] | 14,536 | | | 28,309 | | 42,845 |
| 030207400 | BLASTER - LOAD HOLES - MIDDLE 1/3 | | | | Quan:  844.00 EA.   Hrs/Shft:   8.50   Cal: 425   WC: 1 | | | | | | |
| 4BLAST | BLASTING - SC | | 233.00 HR | | 90.000 | | | | | 20,970 | 20,970 |
| 030207450 | PLACE LOOSE FILL BACK IN TRENCH | | | | Quan: 17,000.00 CY   Hrs/Shft:   8.50   Cal: 425   WC: 1 | | | | | | |
| EBS | BLASTING SUPPORT | | 289.00 CH | Eff:   100.00 | Prod:   58.8235 UH | | Lab Pcs:     3.00 | | Eqp Pcs:     5.00 | | |
| 8EX345 | CAT 345 EXC | 1.00 | 289.00 HR | | 207.660 | | | | 66,015 | | 66,015 |
| 8LR120 | VOLVO 120 LOADER | 1.00 | 289.00 HR | | 79.100 | | | | 25,146 | | 25,146 |
| 8MAC | AIR COMP (100 CFM) | 1.00 | 289.00 HR | | 10.010 | | | | 3,182 | | 3,182 |
| 8MTB | TRENCH BOX | 2.00 | 578.00 HR | | 3.000 | | | | 1,907 | | 1,907 |
| L | LABORER | 1.00 | 289.00 MH | | 22.000 | 12,808 | | | | | 12,808 |
| O2 | OPER-COMMON | 1.00 | 289.00 MH | | 28.150 | 18,307 | | | | | 18,307 |
| O2A | OPER-HOE >1CY | 1.00 | 289.00 MH | | 28.150 | 18,307 | | | | | 18,307 |
| $145,672.58 | | 0.0510 MH/CY | 867.00 MH | | [ 1.507 ] | 49,422 | | | 96,251 | | 145,673 |
| 030207495 | SET MATS | | | | Quan:    4.00 SH   Hrs/Shft:   8.50   Cal: 425   WC: 1 | | | | | | |
| EBS | BLASTING SUPPORT | | 34.00 CH | Eff:   100.00 | Prod:    8.5000 HU | | Lab Pcs:     3.00 | | Eqp Pcs:     5.00 | | |
| 302MATS | BLASTING MATS | | 33.00 SH | | 190.000 | 6,270 | | | | | 6,270 |
| 8EX345 | CAT 345 EXC | 1.00 | 34.00 HR | | 207.660 | | | | 7,766 | | 7,766 |
| 8LR120 | VOLVO 120 LOADER | 1.00 | 34.00 HR | | 79.100 | | | | 2,958 | | 2,958 |
| 8MAC | AIR COMP (100 CFM) | 1.00 | 34.00 HR | | 10.010 | | | | 374 | | 374 |
| 8MTB | TRENCH BOX | 2.00 | 68.00 HR | | 3.000 | | | | 224 | | 224 |
| L | LABORER | 1.00 | 34.00 MH | | 22.000 | 1,507 | | | | | 1,507 |
| O2 | OPER-COMMON | 1.00 | 34.00 MH | | 28.150 | 2,154 | | | | | 2,154 |
| O2A | OPER-HOE >1CY | 1.00 | 34.00 MH | | 28.150 | 2,154 | | | | | 2,154 |
| $23,407.94 | | 25.5000 MH/SH | 102.00 MH | | [ 753.628 ] | 5,814 | | 6,270 | 11,324 | | 23,408 |
| 030207500 | TRENCH ROCK BLASTING | | | | Quan: 1,406.00 CY   Hrs/Shft:   8.50   Cal: 425   WC: 1 | | | | | | |
| 5 lbs/cy, caps = 2532 holes x 1.1 = 2786 caps; boosters = 3 x 2532 ÷ 7596 ea | | | | | | | | | | | |
| 202AG8 | AASHTO#8 (OLD PA#1B) | | 102.28 TN | | 15.670 | | 1,603 | | | | 1,603 |
| 202BCAPS | BLASTING CAPS | | 928.00 EA | | 5.500 | | 5,104 | | | | 5,104 |
| 202BOOSTER | BOOSTER | | 2,531.00 EA | | 4.030 | | 10,200 | | | | 10,200 |
| 202EXP | EXPLOSIVES | | 7,030.00 LB | | 1.000 | | 7,030 | | | | 7,030 |
| 4BLAST | BLASTING - SC | | 33.00 HR | | 90.000 | | | | | 2,970 | 2,970 |
| $26,906.66 | | | | | [ ] | | 23,937 | | | 2,970 | 26,907 |
| 030207510 | SEISMOGRAPH | | | | Quan:    4.00 SH   Hrs/Shft:   8.50   Cal: 425   WC: 1 | | | | | | |
| 4SEISMOGRAPH | SEISMOGRAPH | | 4.00 SH | | 1,100.000 | | | | | 4,400 | 4,400 |
| ====>  Item Totals:   2010    - STEP 2 | | | | | | | | | | | |
| $361,490.08 | | 0.4237 MH/CY | 1,788.15 MH | | [ 12.523 ] | 101,931 | 23,937 | 6,270 | 198,513 | 30,840 | 361,490 |
| 85.661 | | 4220 CY | | | | 24.15 | 5.67 | 1.49 | 47.04 | 7.31 | 85.66 |

```
AAM-HC                                                                                    Page 3
1020034RB          GOV PRINTZ INTERCEPTOR ROCK BLASTING                      07/30/2012    11:31
Jim Watko
                                          Direct Cost Report
```

| Activity Resource | Desc | Pcs | Quantity Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip Ment | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|---|

**BID ITEM** = 2020            Land Item     SCHEDULE:   1        100
**Description** = STEP 3             Unit =     CY    Takeoff Quan:   4,220.000     Engr Quan:       0.000

**030201000     REMOVE OVERBURDEN**          Quan: 17,000.00 CY   Hrs/Shft:  8.50   Cal: 425  WC: 1

| Resource | Desc | Pcs | Quantity Unit | Unit Cost | Labor | Material | Constr | Equip | Sub | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| EBS | BLASTING SUPPORT | | 188.05 CH | Eff: 100.00  Prod: 90.4000 UH | Lab Pcs: 3.00 | | | Eqp Pcs: 5.00 | | |
| 8EX345 | CAT 345 EXC | 1.00 | 188.05 HR | 207.660 | | | | 42,956 | | 42,956 |
| 8LR120 | VOLVO 120 LOADER | 1.00 | 188.05 HR | 79.100 | | | | 16,362 | | 16,362 |
| 8MAC | AIR COMP (100 CFM) | 1.00 | 188.05 HR | 10.010 | | | | 2,071 | | 2,071 |
| 8MTB | TRENCH BOX | 2.00 | 376.11 HR | 3.000 | | | | 1,241 | | 1,241 |
| L | LABORER | 1.00 | 188.05 MH | 22.000 | 8,334 | | | | | 8,334 |
| O2 | OPER-COMMON | 1.00 | 188.05 MH | 28.150 | 11,912 | | | | | 11,912 |
| O2A | OPER-HOE >1CY | 1.00 | 188.05 MH | 28.150 | 11,912 | | | | | 11,912 |
| $94,788.00 | | 0.0331 MH/CY | 564.15 MH | [ 0.981 ] | 32,159 | | | 62,629 | | 94,788 |

**030201003     REMOVE ROCK FROM MIDDLE 1/3**          Quan: 1,406.00 CY   Hrs/Shft:  8.50   Cal: 425  WC: 1

| Resource | Desc | Pcs | Quantity Unit | Unit Cost | Labor | Material | Constr | Equip | Sub | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| EBS | BLASTING SUPPORT | | 35.00 CH | Eff: 100.00  Prod: 40.1714 UH | Lab Pcs: 2.00 | | | Eqp Pcs: 5.00 | | |
| 8EX345 | CAT 345 EXC | 1.00 | 35.00 HR | 207.660 | | | | 7,995 | | 7,995 |
| 8MAC | AIR COMP (100 CFM) | 1.00 | 35.00 HR | 10.010 | | | | 385 | | 385 |
| 8MTB | TRENCH BOX | 2.00 | 70.00 HR | 3.000 | | | | 231 | | 231 |
| L | LABORER | 1.00 | 35.00 MH | 22.000 | 1,551 | | | | | 1,551 |
| O2A | OPER-HOE >1CY | 1.00 | 35.00 MH | 28.150 | 2,217 | | | | | 2,217 |
| $12,379.52 | | -0.0497 MH/CY | 70.00 MH | [ 1.414 ] | 3,768 | | | 8,611 | | 12,380 |

**030201005     BLOW OUT HOLES**          Quan: 1,688.00 EA   Hrs/Shft:  8.50   Cal: 425  WC: 1

middle 1/3 of holes

| Resource | Desc | Pcs | Quantity Unit | Unit Cost | Labor | Material | Constr | Equip | Sub | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| EBS | BLASTING SUPPORT | | 170.00 CH | Eff: 0.00  Prod: 9.9294 UH | Lab Pcs: 3.00 | | | Eqp Pcs: 5.00 | | |
| 8EX345 | CAT 345 EXC | 1.00 | 170.00 HR | 207.660 | | | | 38,832 | | 38,832 |
| 8LR120 | VOLVO 120 LOADER | 1.00 | 170.00 HR | 79.100 | | | | 14,792 | | 14,792 |
| 8MAC | AIR COMP (100 CFM) | 1.00 | 170.00 HR | 10.010 | | | | 1,872 | | 1,872 |
| 8MTB | TRENCH BOX | 2.00 | 340.00 HR | 3.000 | | | | 1,122 | | 1,122 |
| L | LABORER | 1.00 | 170.00 MH | 22.000 | 7,534 | | | | | 7,534 |
| O2 | OPER-COMMON | 1.00 | 170.00 MH | 28.150 | 10,769 | | | | | 10,769 |
| O2A | OPER-HOE >1CY | 1.00 | 170.00 MH | 28.150 | 10,769 | | | | | 10,769 |
| $85,689.77 | | 0.3021 MH/EA | 510.00 MH | [ 8.929 ] | 29,072 | | | 56,618 | | 85,690 |

**030207495     SET MATS**          Quan: 9.00 SH   Hrs/Shft:  8.50   Cal: 425  WC: 1

| Resource | Desc | Pcs | Quantity Unit | Unit Cost | Labor | Material | Constr | Equip | Sub | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| EBS | BLASTING SUPPORT | | 76.50 CH | Eff: 100.00  Prod: 8.5000 HU | Lab Pcs: 3.00 | | | Eqp Pcs: 5.00 | | |
| 302MATS | BLASTING MATS | | 74.25 SH | 190.000 | | 14,108 | | | | 14,108 |
| 8EX345 | CAT 345 EXC | 1.00 | 76.50 HR | 207.660 | | | | 17,475 | | 17,475 |
| 8LR120 | VOLVO 120 LOADER | 1.00 | 76.50 HR | 79.100 | | | | 6,656 | | 6,656 |
| 8MAC | AIR COMP (100 CFM) | 1.00 | 76.50 HR | 10.010 | | | | 842 | | 842 |
| 8MTB | TRENCH BOX | 2.00 | 153.00 HR | 3.000 | | | | 505 | | 505 |
| L | LABORER | 1.00 | 76.50 MH | 22.000 | 3,390 | | | | | 3,390 |
| O2 | OPER-COMMON | 1.00 | 76.50 MH | 28.150 | 4,846 | | | | | 4,846 |
| O2A | OPER-HOE >1CY | 1.00 | 76.50 MH | 28.150 | 4,846 | | | | | 4,846 |
| $52,667.88 | | 25.5000 MH/SH | 229.50 MH | [ 753.629 ] | 13,082 | 14,108 | | 25,478 | | 52,668 |

**030207400     BLASTER - LOAD HOLES - OUTER**          Quan: 1,688.00 EA   Hrs/Shft:  8.50   Cal: 425  WC: 1

| Resource | Desc | Pcs | Quantity Unit | Unit Cost | Labor | Material | Constr | Equip | Sub | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4BLAST | BLASTING - SC | | 466.00 HR | 90.000 | | | | | 41,940 | 41,940 |

**030207500     TRENCH ROCK BLASTING**          Quan: 2,814.00 CY   Hrs/Shft:  8.50   Cal: 425  WC: 1

5 lbs/cy, caps = 2532 holes x 1.1 = 2786 caps; boosters = 3 x 2532 = 7596 ea

| Resource | Desc | Pcs | Quantity Unit | Unit Cost | Labor | Material | Constr | Equip | Sub | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 202AG8 | AASHTO#8 (OLD PA#1B) | | 204.71 TN | 15.670 | | 3,208 | | | | 3,208 |
| 202BCAPS | BLASTING CAPS | | 1,857.32 EA | 5.500 | | 10,215 | | | | 10,215 |
| 202BOOSTER | BOOSTER | | 5,065.60 EA | 4.030 | | 20,414 | | | | 20,414 |

```
AAM-HC                                                                                          Page 4
1020034RB                                                                          07/30/2012   11:31
Jim Watko         GOV PRINTZ INTERCEPTOR ROCK BLASTING
                                                      Direct Cost Report
```

| Activity Resource | Desc | Pcs | Quantity Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip Ment | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|---|

```
BID ITEM    = 2020              Land Item   SCHEDULE:  i   100
Description =  STEP 3             Unit   CY   Takeoff Quan:  4,220.000   Engr Quan:   0.000

202EXP      EXPLOSIVES         14,070.00 LB        1.00      14,070                          14,070
4BLAST      BLASTING - SC         66.05 HR        90.000                            5,945    5,945
$53,851.94                                          [ ]     47,907                  5,945   53,852

030207510   SEISMOGRAPH                    Quan:  9.00 SH   Hrs/Shft:  8.50  Cal: 425  WC:1

4SEISMOGRAPH SEISMOGRAPH          9.00 SH        1,100.000                            9,900   9,900

030201010   REPLACE FILL                  Quan: 18,406.00 CY   Hrs/Shft:  8.50  Cal: 425  WC:1

EBS         BLASTING SUPPORT      313.00 CH   Eff: 100.00  Prod:  58.8051 UH  Lab Pcs:  3.00  Eqp Pcs:  5.00
8EX345      CAT 345 EXC    1.00   313.00 HR     207.660                       71,497          71,497
8LR120      VOLVO 120 LOADER  1.00 313.00 HR    79.100                        27,234          27,234
8MAC        AIR COMP (100 CFM)  1.00 313.00 HR  10.010                         3,446           3,446
8MTB        TRENCH BOX     2.00   626.00 HR      3.000                          2,066           2,066
L           LABORER        1.00   313.00 MH     22.000    13,871                              13,871
O2          OPER-COMMON    1.00   313.00 MH     28.150    19,828                              19,828
O2A         OPER-HOE=>1CY  1.00   313.00 MH     28.150    19,828                              19,828
$157,769.96               0.0510 MH/CY    939.00 MH       [ 1.508 ]  53,526            104,244        157,770

=====>  Item Totals:   2020       - STEP 3
$508,987.07       0.5480 MH/CY    2,312.65 MH       [ 16.177 ]  131,607  47,907  14,108  257,581  57,785  508,987
120.613               4220 CY                               31.19   11.35   3.34   61.04   13.69  120.61


                                    Total of Above Sub-Biditems

=====>  Item Totals:    1010     - BLASTING AS PERFORMED
$1,293,498.19   6,335.5500 MH/LS   6,335.55 MH    [ 175641.29 ]  331,176  237,946  20,378  483,134  220,865  1,293,498
1,293,498.190           1 LS                          331,176.45 237,946.10 20,377.50 483,133.64 220,864.50 1,293,498.19


$1,293,498.19   *** Report Totals ***   6,335.55 MH        331,176  237,946  20,378  483,134  220,865  1,293,498

>>> Indicates Non Additive Activity
-----Report Notes:-----
The estimate was prepared with TAKEOFF Quantities.
This report shows TAKEOFF Quantities with the resources.


Bid Date:  Owner:  Engineering Firm:
                   Estimator-In-Charge: PUBLIC
```

```
JOB NOTES
Estimate created on: 05/01/2012 by User#: 22 - Jim Watko
Source estimate used: T:\HEAVYBID\AAM-HC\EST\ESTMAST
Labor Setup copied from: T:\HEAVYBID\AAM-HC\EST\1020034
Equipment Setup copied from: T:\HEAVYBID\AAM-HC\EST\1020034
Crew Setup copied from: T:\HEAVYBID\AAM-HC\EST\1020034
Material/Other Resources Setup copied from: T:\HEAVYBID\AAM-HC\EST\1020034
Overtime Rules Setup copied from: T:\HEAVYBID\AAM-HC\EST\1020034
Burden Tables Setup copied from: T:\HEAVYBID\AAM HC\EST\1020034
```

```
* on units of MH indicate average labor unit cost was used rather than base rate.
[ ] in the Unit Cost Column = Labor Unit Cost Without Labor Burdens
```

AAM-HC                                                                                                Page  1
1020034RB          GOV PRINTZ INTERCEPTOR ROCK BLASTING                                               05/10/2012  7:09
Jim Watko                              DIRECT COST REPORT

| Activity Resource | Desc | Pcs | Quantity | Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip Ment | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|

**PARENT ITEM =   1000**
Description =   BLASTING AS BID                          Unit =   CY   Takeoff Quan:   4,220.000      Engr Quan:   4,220.000

Listing of Sub-Biditems of Parent Item 1000:

**BID ITEM   =   1001**                        Land Item   SCHEDULE:   1      100
Description =   BLASTING - ALT 1               Unit =   CY   Takeoff Quan:   2,700.000      Engr Quan:   0.000

**770.7**      **TEST DRILL**                                 Quan: 4,600.00 LF   Hrs/Shft:   9.00   Cal: 5-9   WC: 1
                                                                                                      **Unreviewed**
DEMO        Demolition                  19.40 CH   Eff:  100.00   Prod:   2.1563 S    Lab Pcs:   2.00    Eqp Pcs:   1.00
2MHOUSE     Temp Housing                2.16  S            300.000                                 648                  648
2MPD        Per Diem                    2.16  S            250.000               540                                   540
8MTD        TRACK DRILL W/COMP   1.00   19.41 HR           91.000                                        1,943         1,943
EO4         Excavator/Grader Operator  1.00  19.41 MH      23.000      1,108                                           1,108
L           LABORER               1.00  19.41 MH           22.000        875                                           875
$5,113.83                 0.0084 MH/LF   38.82 MH          [0.22 ]      1,983           1,188              1,943        5,114

**770.1**      **BLASTING A1**                               Quan: 2,700.00 CY   Hrs/Shft:   9.00   Cal: 5-9   WC: 1
                                                                                                      **Unreviewed**

Use 6' wide for blast

LF2 Blasting around 80 LF/SH
Cost around $24/LF L&E

DEMO        Demolition                 151.87 CH   Eff:  100.00   Prod:  160.0000 US    Lab Pcs:   4.75    Eqp Pcs:   4.25
2MBLAST     Blasting Material (/CY)   2,700.00 CY            3.800               10,260                                 10,260
2MHOUSE     Temp Housing               16.87 S             300.000    5,061                                            5,061
2MPD        Per Diem                   16.87 S             250.000    4,218                                            4,218
2MSTEM      Stemming Materials       2,700.00 CY            0.120                 324                                   324
4BSEISMIC   Blasting Seismic Survey    75.94 HR            56.000                                        4,253         4,253
4BSURV      Pre-Blast Survey           1.00 LS         10,000.000                                        10,000        10,000
8LT963      CAT 963 TRACK LOADE   0.25  37.97 HR          61.000                                        2,548         2,548
8MTD        TRACK DRILL W/COMP   2.00   303.75 HR          91.000                                       30,405         30,405
8TPU1       PICKUP                2.00   303.75 HR          11.000                                        3,675         3,675
EO3         Dozer/Loader Operator  0.25  37.97 MH          21.500    2,163                                             2,163
EO4         Excavator/Grader Operator  2.00  303.75 MH     23.000   17,334                                            17,334
FRMU        Foreman - Utility      1.00  151.88 MH         30.000    9,161                                             9,161
L           LABORER               1.50  227.81 MH          22.000   10,272                                            10,272
$109,673.49             0.2671 MH/CY   721.41 MH           [7.367 ]  38,930          19,863             36,629  14,253  109,673

**770.SR**     **HAUL OFF SHOT ROCK**                       Quan: 2,700.00 CY   Hrs/Shft:   8.50   Cal: 425   WC: 1
                                                                                                      **Unreviewed**
3MSRDUMP    SHOT ROCK DUMP FEE    340.00 EA          60.000                    20,400                                  20,400
5HDT        Hourly Trucking       340.00 HR          69.000                    23,460                                  23,460
$43,860.00                                           [ ]                       43,860                                  43,860

======  Item Totals:   1001    - BLASTING - ALT 1
$158,647.32   0.2815 MH/CY       760.23 MH   [7.743 ]  40,913  21,051  43,860  38,571  14,253  158,647
58.758              2700 CY                            15.15   7.80   16.24   14.29   5.28   58.76

**BID ITEM   =   1002**                        Land Item   SCHEDULE:   1      100
Description =   BLASTING - ALT 2               Unit =   CY   Takeoff Quan:   620.000      Engr Quan:   0.000

**770.SR**     **HAUL OFF SHOT ROCK**                       Quan: 620.00 CY   Hrs/Shft:   8.50   Cal: 425   WC: 1
                                                                                                      **Unreviewed**
3MSRDUMP    SHOT ROCK DUMP FEE    28.07 EA          60.000                     4,684                                   4,684

AAM-HC
1020034RB
Jim Watko

GOV PRINTZ INTERCEPTOR ROCK BLASTING

Page   2
05/10/2012  7:09

DIRECT COST REPORT

| Activity Resource | Desc | Pcs | Quantity Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip Ment | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **BID ITEM = 1002** | | | | Land Item | SCHEDULE: 1 | 100 | | | | |
| Description = | BLASTING - ALT 2 | | | Unit = CY | Takeoff Quan: | 620.000 | | Engr Quan: | | 0.000 |
| 5HDT | Hourly Trucking | | 78.07 HR | 69.000 | | | 5,387 | | | 5,387 |
| $10,071.03 | | | | [ ] | | | 10,071 | | | 10,071 |
| **770.1** | **BLASTING A1** | | | | **Quan: 620.00 CY** | **Hrs/Shft: 9.00** | **Cal: 5-9** | **WC: 1** | | |
| | | | | | | | | | | **\*\*Unreviewed** |
| *Use 6' wide for blast* | | | | | | | | | | |
| *LP2 Blasting around 80 LF/SH* | | | | | | | | | | |
| *Cost around $24/LF L&E* | | | | | | | | | | |
| DEMO | Demolition | | 34.87 CH | Eff:  0.00 | Prod: | 160.0000 US | | Lab Pcs: 4.75 | Eqp Pcs: | 4.25 |
| 2MBLAST | Blasting Material (/CY) | | 620.00 CY | 3.800 | | 2,356 | | | | 2,356 |
| 2MHOUSE | Temp Housing | | 3.87 S | 300.000 | | 1,161 | | | | 1,161 |
| 2MPD | Per Diem | | 3.87 S | 250.000 | | 968 | | | | 968 |
| 2MSTEM | Stemming Materials | | 620.00 CY | 0.120 | | 74 | | | | 74 |
| 4BSEISMIC | Blasting Seismic Survey | | 17.44 HR | 56.000 | | | | | 977 | 977 |
| 4BSURV | Pre-Blast Survey | | 0.23 LS | 10,000.000 | | | | | 2,300 | 2,300 |
| 8LT963 | CAT 963 TRACK LOADE | 0.25 | 8.72 HR | 61.000 | | | | 585 | | 585 |
| 8MTD | TRACK DRILL W/COMP | 2.00 | 69.75 HR | 91.000 | | | | 6,982 | | 6,982 |
| 8TPU1 | PICKUP | 2.00 | 69.75 HR | 11.000 | | | | 844 | | 844 |
| EO3 | Dozer/Loader Operator | 0.25 | 8.72 MH | 21.500 | 497 | | | | | 497 |
| EO4 | Excavator/Grader Operator | 2.00 | 69.75 MH | 23.000 | 3,980 | | | | | 3,980 |
| FRMU | Foreman - Utility | 1.00 | 34.88 MH | 30.000 | 2,104 | | | | | 2,104 |
| L | LABORER | 1.50 | 52.31 MH | 22.000 | 2,359 | | | | | 2,359 |
| $25,186.27 | | | 0.2671 MH/CY | 105.66 MH | [ 7.367 ] | 8,940 | 4,559 | | 8,411 | 3,277 | 25,186 |
| **770.7** | **TEST DRILL** | | | | **Quan: 2,000.00 LF** | **Hrs/Shft: 9.00** | **Cal: 5-9** | **WC: 1** | | |
| | | | | | | | | | | **\*\*Unreviewed** |
| DEMO | Demolition | | 8.43 CH | Eff:  0.00 | Prod: | 0.9375 S | | Lab Pcs: 2.00 | Eqp Pcs: | 1.00 |
| 2MHOUSE | Temp Housing | | 0.94 S | 300.000 | | 282 | | | | 282 |
| 2MPD | Per Diem | | 0.94 S | 250.000 | | 235 | | | | 235 |
| 8MTD | TRACK DRILL W/COMP | 1.00 | 8.44 HR | 91.000 | | | | 845 | | 845 |
| EO4 | Excavator/Grader Operator | 1.00 | 8.44 MH | 23.000 | 482 | | | | | 482 |
| L | LABORER | 1.00 | 8.44 MH | 22.000 | 381 | | | | | 381 |
| $2,224.03 | | | 0.0084 MH/LF | 16.88 MH | [ 0.221 ] | 862 | 517 | | 845 | | 2,224 |
| ===== Item Totals: | 1002 | | - BLASTING - ALT 2 | | | | | | | |
| $37,481.33 | | | 0.2944 MH/CY | 182.54 MH | [ 8.079 ] | 9,802 | 5,076 | 10,071 | 9,256 | 3,277 | 37,481 |
| 60.454 | | | 620 CY | | | 15.81 | 8.19 | 16.24 | 14.93 | 5.28 | 60.45 |
| **BID ITEM = 1003** | | | | Land Item | SCHEDULE: 1 | 100 | | | | |
| Description = | BLASTING - ALT 3 | | | Unit = CY | Takeoff Quan: | 900.000 | | Engr Quan: | | 0.000 |
| **770 SR** | **HAUL OFF SHOT ROCK** | | | | **Quan: 900.00 CY** | **Hrs/Shft: 8.50** | **Cal: .425** | **WC: 1** | | |
| | | | | | | | | | | **\*\*Unreviewed** |
| 3MSRDUMP | SHOT ROCK DUMP FEE | | 113.33 EA | 60.000 | | | 6,800 | | | 6,800 |
| 5HDT | Hourly Trucking | | 113.33 HR | 69.000 | | | 7,820 | | | 7,820 |
| $14,619.57 | | | | [ ] | | | 14,620 | | | 14,620 |
| **770.1** | **BLASTING A1** | | | | **Quan: 900.00 CY** | **Hrs/Shft: 9.00** | **Cal: 5-9** | **WC: 1** | | |
| | | | | | | | | | | **\*\*Unreviewed** |
| *Use 6' wide for blast* | | | | | | | | | | |
| *LP2 Blasting around 80 LF/SH* | | | | | | | | | | |
| *Cost around $24/LF L&E* | | | | | | | | | | |
| DEMO | Demolition | | 50.62 CH | Eff:  0.00 | Prod: | 160.0000 US | | Lab Pcs: 4.75 | Eqp Pcs: | 4.25 |

```
AAM-HC                                                                                    Page  3
1020034RB                                                                          05/10/2012  7:09
Jim Watko        GOV PRINTZ INTERCEPTOR ROCK BLASTING
                            DIRECT COST REPORT
```

| Activity Resource | Desc | Pcs | Quantity | Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip Ment | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BID ITEM =    1003 | | | | Land Item | SCHEDULE:   1      100 | | | | | | |
| Description = | BLASTING - ALT 3 | | | Unit = | CY   Takeoff Quan:      900.000 | Engr Quan:       0.000 | | | | | |
| 2MBLAST | Blasting Material (/CY) | | 900.00 | CY | 3.800 | 3,420 | | | | | 3,420 |
| 2MHOUSE | Temp Housing | | 5.62 | S | 300.000 | 1,686 | | | | | 1,686 |
| 2MPD | Per Diem | | 5.62 | S | 250.000 | 1,405 | | | | | 1,405 |
| 2MSTEM | Stemming Materials | | 900.00 | CY | 0.120 | | 108 | | | | 108 |
| 4BSEISMIC | Blasting Seismic Survey | | 25.31 | HR | 56.000 | | | | 1,417 | | 1,417 |
| 4BSURV | Pre-Blast Survey | | 0.33 | LS | 10,000.000 | | | | 3,300 | | 3,300 |
| 8LT963 | CAT 963 TRACK LOADE | 0.25 | 12.66 | HR | 61.000 | | | | 849 | | 849 |
| 8MTD | TRACK DRILL W/COMP | 2.00 | 101.25 | HR | 91.000 | | | | 10,135 | | 10,135 |
| 8TPU1 | PICKUP | 2.00 | 101.25 | HR | 11.000 | | | | 1,225 | | 1,225 |
| EO3 | Dozer/Loader Operator | 0.25 | 12.66 | MH | 21.500 | 721 | | | | | 721 |
| EO4 | Excavator/Grader Operator | | 101.25 | MH | 23.000 | 5,778 | | | | | 5,778 |
| FRMU | Foreman - Utility | 1.00 | 50.63 | MH | 30.000 | 3,054 | | | | | 3,054 |
| L | LABORER | 1.50 | 75.94 | MH | 22.000 | 3,424 | | | | | 3,424 |
| $36,523.24 | | | 0.2672 MH/CY | 240.48 MH | [ 7.368 ] | 12,977 | 6,619 | | 12,210 | 4,717 | 36,523 |
| 770.7 | TEST DRILL | | | | Quan: 1,000.00 LF  Hrs/Shft:  9.00  Cal: 5-9  WC: 1 | | | | | | |
| | | | | | | | | | | | **Unreviewed |
| DEMO | Demolition | | 4.21 | CH | Eff:   0.00   Prod:   0.4688 | S | Lab Pcs:     1.00 | | Eqp Pcs:     1.00 | | 1.00 |
| 2MHOUSE | Temp Housing | | 0.47 | S | 300.000 | 141 | | | | | 141 |
| 2MPD | Per Diem | | 0.47 | S | 250.000 | 118 | | | | | 118 |
| 8MTD | TRACK DRILL W/COMP | 1.00 | 4.22 | HR | 91.000 | | | | 422 | | 422 |
| EO4 | Excavator/Grader Operator | 1.00 | 4.22 | MH | 23.000 | 241 | | | | | 241 |
| L | LABORER | 1.00 | 4.22 | MH | 22.000 | 190 | | | | | 190 |
| $1,112.03 | | | 0.0084 MH/LF | 8.44 MH | [ 0.221 ] | 431 | 259 | | 422 | | 1,112 |
| =====>  Item Totals:     1003 | - BLASTING - ALT 3 | | | | | | | | | | |
| $52,254.84 | | | 0.2765 MH/CY | 248.92 MH | [ 7.613 ] | 13,408 | 6,878 | 14,620 | 12,632 | 4,717 | 52,255 |
| 58.061 | | | | 900 CY | | 14.90 | 7.64 | 16.24 | 14.04 | 5.24 | 58.06 |
| | | | | | Total of Above Sub-Biditems | | | | | | |
| =====>  Item Totals:     1000 | - BLASTING AS BID | | | | | | | | | | |
| $248,383.49 | | | 0.2823 MH/CY | 1,191.69 MH | [ 7.764 ] | 64,123 | 33,004 | 68,551 | 60,459 | 22,247 | 248,383 |
| 58.859 | | | | 4220 CY | | 15.19 | 7.82 | 16.24 | 14.33 | 5.27 | 58.86 |
| $248,383.49 | *** Report Totals *** | | | 1,191.69 MH | | 64,123 | 33,004 | 68,551 | 60,459 | 22,247 | 248,383 |

>>> Indicates Non Additive Activity
-----Report Notes:------
The estimate was prepared with TAKEOFF Quantities.
This report shows TAKEOFF Quantities with the resources.

"Unreviewed" Activities are marked.

Bid Date:  Owner:  Engineering Firm:
                    Estimator-In-Charge: PUBLIC

JOB NOTES
Estimate created on: 05/01/2012 by User#: 22 - Jim Watko
Source estimate used: T:\HEAVYBID\AAM-HC\EST\ESTMAST
Labor Setup copied from: T:\HEAVYBID\AAM-HC\EST\1020034