# Exhibit P

**ALLAN A. MYERS**
A COMPANY OF
**American Infrastructure**

1805 Berks Road – Worcester, PA 19490
April 11, 2012

Parsons Brinckerhoff                                    AI Letter:  COM0048
100 South Charles Street                                AI Job 1020034
Baltimore, MD 21201
Attention:  Robby McDonald

RE: Governor Printz Interceptors – Section 1
      Contract No. 2010-01, Project 220612
Subject: 4-11-12 Cessation of Work
              Flush Mount Settlement Markers

Dear Robby,

This morning we performed survey elevation checks on the flush mount markers and quickly
learned they have moved greater than the ½" Alert criteria mandated by Parson for the flush
mounted markers.  We transmitted the survey information to your office via email, and directed
our crews to cease work as specified in Parson's February 21, 2012 "conditional acceptance"
letter for the Rev 2 Excavation Plan.  As you know, on April 10[th] AAM completed the initial
installation of the sheet piles required per the Rev 2 plan.  At 7:00am this morning, we began a
Before Action Review meeting with our returning pipe crew in preparation of today's activities
and the pipe excavation work to be performed.  During this planning session our survey crew
was checking the elevation of the flush mounted markers and discovered a change in elevation
greater then the Level 2 Alert.  This change in elevation occurred after the completion of sheet
piles at 11:30am on April 10[th] and 8:15am on April 11[th] when our Survey crew was checking
flush mount marker elevations.  There was no work being performed in the area during this
period.

At this juncture, AAM requires direction on how to proceed.  Both our as- bid method of
construction and the  new  Rev 2 Excavation Plan directed by the County does not work within
the guidelines mandated by PB  and imposed upon us.  AAM does not believe the project is
constructible within the instrumentation performance criteria Parson's has directed us to follow
and which we have formally disputed.  We remain firm that the Alert criteria specified for the
surface settlement markers (which are designated  to be installed on fixed structures)  is not
applicable to the  flush mount markers installed in  unstable  dirt.  AAM request both the County
and Parsons take an objective view of this issue and reconsider whether the correct project
decisions have been made and directed concerning these non-contractual monitoring devises.

Your expeditious response is required to mitigate further time and cost impacts to this project.
In accordance with the Contract requirements, AAM again provides Notice that all costs and
delays associated with this latest shutdown is to the County's account.

Sincerely,

Carmen D Cipriano

Carmen D. Cipriano
Senior Project Manager