# Exhibit Q



1805 Berks Road – Worcester, PA 19490

April 12, 2012

Parsons Brinckerhoff  
100 South Charles Street  
Baltimore, MD 21201  
Attention: Robby McDonald

AI Letter: COM0049  
AI Job 1020034

RE: Governor Printz Interceptors – Section 1  
    Contract No. 2010-01, Project 220612

Subject: Flush Mount Settlement Markers

Dear Robby,

Reference is made to our April 11, 2012 letter concerning movement of the flush mount markers and the project shutdown.

Prior to yesterday's events, AAM transmitted survey data to Parson's providing elevation shots performed during the winter shutdown period. The dates for the survey shots submitted were December 2, 2011 and March 28, 2012. These survey shots also indicated movement of the flush mount markers, and at four locations (Station 211, 212, 213 and 214) the movement is greater than the maximum ½" Alert required by Parson. There was no pipe excavation ever performed in these areas. Similarly, at Station 232 and Station 236 our December 2nd shots indicate flush mount marker movement of + 1/8" and -1/2", and on March 28th the movement at these same two locations was -1/4" and -7/8" respectively.

AAM believes it is clear, as we advised your office on October 24, 2011, that the flush mount markers are not a reliable indicator of the supporting soils near the gas mains and these elevation changes from December 2011 until present confirm this fact.

Sincerely,

*Carmen D. Cipriano*  
Carmen D. Cipriano  
Senior Project Manager