Personnel

RESUME

K. Scott Wilson - GISE



ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY. gc

20

**Name:** K. Scott Wilson

**Education:**

B.S. Civil/Structural Engineering       1994    Johns Hopkins University
                                                 Baltimore, MD
Currently Pursuing M.S. - Materials Science Engineering at Johns Hopkins University

**Registrations/Certifications:**

American Society of Non-Destructive Testing (ASNT) SNT-TC-1A
    Ultrasonic Testing - Level III                Liquid Dye Penetrant Testing - Level III
    Magnetic Particle Testing - Level III         Eddy Current Testing - Level III

**Experience:**

<u>Geotechnical Instrumentation/Monitoring:</u> Numerous types of geotechnical instrumentation have been performed including inclinometers, multi and single point borehole extensometers, tape extensometers, VW piezometers, settlement points/plates, railroad track profiling and monitoring, crack monitors, tiltmeters (plate and electrical), and strain gauges. Instrumentation installs have been accomplished on bridges, tunnels (micro and liner plate), roadways, amusement park rides, structures, and railroad tracks.

<u>Vibration Analysis:</u> Seismic monitoring and data analysis has been provided for many projects in both the public and private sectors. Responsibilities have included preconstruction surveys of properties adjacent to demolition/pile driving/ or blasting, supplying maximum allowable vibratory limits, frequency analysis, and public noise and vibration perception studies. Surveys were completed through the use of multiple forms of media to include photographs (digital and film), video, sketches, and audio narrative. Monitoring of induced vibrations was performed through the use of various models of seismographs. Development of project-specific equipment has been completed for several highly sensitive projects. These projects have involved vibration-sensitive computer data collection centers and banking centers which are affected by low amplitude vibrations. The systems designed consisted of PC based data acquisition devices with arrays of accelerometers which collected critical data and analyzed it for internal review. New programs are currently being implemented for clients to include Predictive Maintenance monitoring for large rotating equipment including printing presses, turbine engines, and large manufacturing processing facilities through the use of accelerometers and PC-based data analysis.

<u>Non-Destructive Testing:</u> Managed and supervised numerous projects requiring various methods of testing and analysis for bridges, buildings, and utilities. Programs were instituted for intermittent testing and monitoring of structures and tanks for the determination of deterioration rates and section loss due to environmental concerns. Weld inspections were conducted on critical connections for multi-story buildings through the use of ultrasonic, magnetic particle, and liquid dye penetrant testing. Additionally, state-of-the-art ultrasonic methods of non-destructive testing of composite materials such as concrete were used for the determination of crack extent/depth and to investigate the presence of voids within the materials.



<u>Construction Quality Control:</u> Managed, budgeted, and supervised construction materials and testing services for hundreds of new residential and commercial construction projects. Services included inspection and testing of concrete and reinforcing steel placement, soil compaction, masonry, structural steel, asphalt pavement, caisson installation, and foundation bearing analyses.

Relevant Projects include the following:

WOODROW WILSON BRIDGE  (MDSHA Contract PG5175173) (July 2003-August 2005) – Performed monitoring and instrumentation for the protection of the existing bridge during pile installation activities. Numerous instruments were utilized including inclinometers, piezometers, tiltmeters, seismographs, accelerometers, and optical monitoring devices. Mr. Wilson is the MDSHA approved GISE (Geotechnical Instrumentation Systems Engineer) for the project.

MARYLAND AVENUE BRANCH INTERCEPTOR ( Balt City Contract #799) (July 2004 – July 2005t) – Developed, installed and monitored various types of geotechnical/geophysical instrumentation on this project including multi-point borehole extensometers, inclinometers, piezometers, tape extensometers, optical monitoring, laser guided tunnel profiling, and optical monitoring of railroad tracks. Preconstruction surveys were also performed on all adjacent structures. This complicated project involved the installation of new utility piping adjacent to several structures and an historic railroad tunnel. The instruments were utilized to monitor the effects of microtunneling and open cut excavations on the surrounding structures and railroad tunnel.

WOODROW WILSON BRIDGE  (MDSHA Contract PG3415173R) (July 2001-August 2002) – Performed monitoring and instrumentation for the protection of the existing bridge during pile installation activities. Land and water-borne instrumentation was installed at each existing piling location to monitor the bridge for movement and settlement in three planes. Numerous instruments were utilized including tiltmeters, seismographs, accelerometers, and optical monitoring devices.

ROUTE I-95 EMERGENCY SLOPE REPAIR (MDSHA) (November 2003-December 2003) – Provided consulting, installation, and monitoring of a severe slope failure adjacent to I-95 in Baltimore County. Equipment utilized included tiltmeters, piezometers, and optical surveying methods to monitor the slope failure and subsequent repairs to the slope.

CATHEDRAL STREET EMERGENCY SINKHOLE REPAIRS (Balt City Contract #SC834) – (August 2004–February 2005) – Consulted on this fast track emergency repair of a sinkhole that resulted from a broken sewer main. Services included vibration consulting and the monitoring of retention structures during the repair. Instrumentation included seismographs, tape extensometers, laser profiling, and optical surveying methods as well as preconstruction surveys on buildings.

MD ROUTE 43 EXTENDED – (MDSHA BA8475171) – (October 2003- Present) Ongoing consulting for this project included the performance of pre & post construction surveys, vibration monitoring, design and monitoring of piezometers and water level sensors.

NASD/NASDAQ HEADQUARTERS (Rockville, MD) (March 2000-May 2001) – A project specific accelerometer monitoring system was designed and built for this project. A data collection center for the NASDAQ Stock Market was subjected to ground-borne vibrations from adjacent construction activities. The data center mainframe computers had vibration-limiting devices that would force the system into an unproductive mode, costly for even minutes. The PC based monitoring system included

ALLAN A. MYERS
GOV. PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

an array of accelerometers attached to structural members of the building and to each of the main frames, a total of 96 accelerometers were installed throughout. Contractually, Mr. Wilson remained on-call 24 hours per day via a pager connected to the system for the immediate analysis of events. This monitoring system remained in place for a nine-month duration. Additionally, several seismographs and tilt meters were utilized to monitor particle velocities and movements on the structure.

BROAD CREEK BRIDGE REPLACEMENT (MDSHA) (Feb 1998-August 1998) - Performed numerous Preconstruction Surveys on dwellings adjacent to bridge demolition/implosion activities. Full time vibration monitoring was provided to protect the existing dwellings from damages during blasting and implosions.

I-695 WIDENING & RECONSTRUCTION (MDSHA) – BALT BELTWAY (NW) (August 1998 – Present) Preconstruction Surveys were performed on over one hundred dwellings surrounding the construction project. Intermittent vibration monitoring was performed during periods of heightened construction activities. Post construction surveys were conducted in each unit following the end of construction.

ROUTE 1 RECONSTRUCTION (MDSHA)– HYATTSVILLE, MD (Nov 1999-April 2000) – Numerous commercial structures and residential dwellings were evaluated using Pre & Post construction surveys. Vibration Monitoring was conducted during periods of heightened vibrations.

ROUTE 140 STREETSCAPE (MDSHA)– Reisterstown, MD (Feb 1997-Nov 1998) – Sidewalks and roadways were replaced along this route during a streetscaping project. Over 150 Preconstruction Surveys were performed on units adjacent to the construction. Active vibration monitoring was necessary due to the close proximity of the structures to the construction. Postconstruction Surveys were performed following the completion of the project.

PEACHBOTTOM NUCLEAR POWER PLANT (Aug 1998-Dec 1998)– Performed vibration analysis during pile driving operations adjacent to nuclear reactors and related computer systems. Two separate monitoring systems were installed to include multiple seismographs and a PC based accelerometer system. The accelerometers were utilized to monitor the vibration sensitive computer system while the seismographs monitored the building structure and related components.

MBNA BANK HEADQUARTERS (Jan 1997 - Dec1997) – Mr. Wilson built a project specific accelerometer monitoring system for this project. A credit processing mainframe computer system was subjected to ground-borne vibrations from adjacent pile driving and explosive blasting operations. The computer had vibration sensors that, if triggered, would send the computers offline. The PC based monitoring system included an array of accelerometers attached to the main frames as well as the surrounding structures. An automatic dialing and alarm notification device attached to the PC would signal impending damaging vibrations so the pile driving operations could be temporarily suspended. This monitoring system remained in place for a six-month duration. Additionally, several seismographs were utilized to monitor particle velocities on the structure.



ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

SIX FLAGS AMERICA THEME PARK (Sept 1993 – Present) - Has staffed and managed the Quality Control program for this theme park for twelve years. The program consists of various methods of Non-Destructive Testing for the amusement park rides. Systems are currently being implemented wherein accelerometers are permanently installed to collect biodynamic data from several of the rollercoasters and amusement attractions.

BALTIMORE GAS & ELECTRIC CO. (Jan 1992 – Jan 1997) - Served as Blasting Consultant for this utility during five 1-year contracts. Provided monitoring and vibration measurement for all blasting and heavy construction activities adjacent to B.G.& E. structures and utilities. Blasting plans were compiled for the contractors at several of the projects.

JEFFERSON AND LINCOLN MEMORIALS (May 1991-April 1992)- Roof replacements and general renovations for each of these historic monuments were sensitive due to the historic nature of these monuments. Vibration monitoring devices were placed throughout the memorials, particularly along the ornate carved stone adorning the exterior. Mr. Wilson provided the contractor with maximum levels of vibration that may be caused by the demolition processes to prevent the possibility of further damages to the structures.

SEVERN RIVER BRIDGE Annapolis, Maryland (Sept 1990-Feb 1992) - Preconstruction surveys for surrounding structures were performed prior to the new bridge construction. Documentation and sketches of these existing conditions were utilized to monitor buildings for damage and/or movement during pile installations. Strategically placed seismographic monitoring equipment measured vibrations caused by the construction activities, the results of which provided direction as to methods and energies used by the pile contractor.

MCI COMMUNICATIONS (Sept 1994 – Sept 1995)- Vibrations caused by railway traffic were monitored and analyzed for possible damage to motion sensitive switching devices.    Materials specifications were compiled and sensitivity ratings were applied. Vibration thresholds were compiled based upon information received by the manufacturers.

MARYLAND LIGHT RAIL (Phases I & II) (Sept 1996-Nov 1998) Timonium, MD - Managed and performed various methods of non-destructive testing on the rail track. Methods of testing included Ultrasonic, Magnetic Particle, and Brinell Hardness Testing. Calibrations consisted of Distance Amplitude Corrections (DAC) as required by the contract.

MARYLAND MASS TRANSIT AUTHORITY – (April 1989 – Sept 1989)Elevated Concrete subway rails were evaluated using ultrasonic pulse velocity testing for determining crack extent and depth. Further evaluations were conducted using fiber optic and borescope methods. Results were qualified using additional destructive testing methods.

WARREN ROAD BRIDGE – (Nov 1997-April 1998)Ultrasonic Testing of various critical bridge members was conducted to determine section loss of structural steel framing due to environmental exposure and corrosion.



ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

IRS HEADQUARTERS  New Carrollton, MD (Jan 1993-April 1995)- Was successful bidder for this 1.2 million square foot, three structure, 9000 ton federal project. Scope of services provided on this project included materials testing (concrete, soil, structural steel, non-destructive evaluations), supervision, management, and contract negotiations through the federal government via construction manager.

POSTAL SQUARE    Washington, D.C.(Nov 1991-Feb 1994) -    Managed    a    complicated rehabilitation involving the addition and removal of structural steel members. Various methods of non-destructive testing were conducted including ultrasonic, magnetic particle, and liquid dye penetrant testing.

U.S. BUREAU OF PRINTING AND ENGRAVING (June 1989-Jan 1993)- An on going program was set-up for the client to provide intermittent ultrasonic thickness and corrosion testing for several full concentration acid storage tanks. This process extended tank life and met safety concern requirements.

Other notable projects include:
  FBI Headquarters - Washington, D.C.
  Pentagon Renovations - Washington, D.C.
  University of Maryland at Baltimore - Medical Biotech Institute - Baltimore, MD
  University of Maryland Medical Systems - Homer Gudelsky Building - Baltimore, MD
  Johns Hopkins Comprehensive Cancer Center
  Baltimore Ravens NFL Stadium
  Delaware Route 3 Bridge Replacement Project

## Membership/Affiliations:

  American Society of Civil Engineers (ASCE)
  American Welding Society (AWS) - Associate
  American Society of Metals (ASM)
  American Society of Testing and Materials (ASTM)
    Member Committee F24 – Amusement Rides and Devices
  American Society For Non-Destructive Testing (ASNT)
  International Society of Explosives Engineers (ISEE)
  The Vibration Institute
  Washington Area Railway Engineering Society (W.A.R.E.S.)


ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

25

## Personnel

## RESUME

### M. Keith Wilson — Field Technician



ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

**RESUME**

Name: Michael Keith Wilson

**Education:**

| | | |
|---|---|---|
| Bachelor of Arts | 1987 | University of Maryland College Park, MD |
| Principles/Mechanics of Ground Penetrating Radar | 2000 | GSSI, Inc. New Hampshire |
| Advanced Ultrasonics – Level IIB | 2000 | Krautkramer Branson Lewistown, PA |
| Eddy Current – Level II | 2001 | Hellier Technical Training Connecticut |

**Registrations/Certifications:**

American Society of Non-Destructive Testing (ASNT) SNT-TC-1A
    Ultrasonic Testing - Level II         Liquid Dye Penetrant Testing - Level II
    Magnetic Particle Testing - Level II      Eddy Current Testing - Level II

Certified GPR Operator

**Experience:**

Non-Destructive Testing: Staffed and managed numerous projects requiring various methods of testing and analysis for bridges, buildings, utilities and amusement park rides. Weld inspections were conducted on critical connections for multi-story buildings through the use of ultrasonic, magnetic particle, and liquid dye penetrant testing.

Vibration Analysis: Seismic monitoring and data analysis has been provided for many projects in both the public and private sectors. Responsibilities have included preconstruction surveys of properties adjacent to demolition/pile driving/ or blasting, supplying maximum allowable vibratory limits, frequency analysis, and public noise and vibration perception studies. Monitoring of induced vibrations was performed through the use of various models of seismographs. Has assisted in the development of project-specific equipment for several highly sensitive projects. These projects have involved vibration-sensitive computer data collection centers and banking centers which are affected by low amplitude vibrations. The systems designed consisted of PC based data acquisition devices with arrays of accelerometers which collected critical data and analyzed it for internal review. New programs are currently being implemented for clients to include Predictive Maintenance monitoring for large rotating equipment including printing presses, turbine engines, and large manufacturing processing facilities through the use of accelerometers and PC-based data analysis.

Relevant Projects include the following:

NASD/NASDAQ HEADQUARTERS (Rockville, MD) – Assisted in the fabrication and installation of an accelerometer system used to protect a data collection center for the NASDAQ Stock Market. The PC based monitoring system included an array of accelerometers attached to structural members of the building and to each of the main frames, a total of 96 accelerometers were installed throughout.

ALLAN A. MYERS
GOV. PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

Additionally, several seismographs and tilt meters were utilized to monitor particle velocities and movements on the structure.

WOODROW WILSON BRIDGE   (Prince George's County, MD) (July 2001-August 2002) – Performed monitoring and instrumentation for the protection of the existing bridge during pile installation activities. Numerous instruments were utilized including tiltmeters, seismographs, and optical monitoring devices.

MARYLAND MARC TRAIN LINE - FREDERICK, MD - Performed various methods of non-destructive testing on the rail track. Methods of testing included Ultrasonic and Magnetic Particle. Calibrations consisted of Distance Amplitude Corrections (DAC) as required by the contract.

MARYLAND LIGHT RAIL – Baltimore, MD – Numerous welds were tested non-destructively in the Howard Street track repair project. Methods included magnetic particle and ultrasonic methods. Calibrations were providing using DAC methods.

SIX FLAGS AMERICA THEME PARK - Has performed NDT pursuant to the Quality Control program for this theme park for four years. The program consists of various methods of Non-Destructive Testing for the amusement park rides. Systems are currently being implemented wherein accelerometers are permanently installed to collect biodynamic data from several of the roller coasters and amusement attractions.

BETHLEHEM STEEL – Sparrows Point, MD – Performed various types of non-destructive testing during the rehabilitation of the blast furnace and related crane system.

MORGAN STATE UNIVERSITY FINE ARTS BUILDING – Towson, MD. – Was responsible for conducting non-destructive testing for hundreds of full penetration welds. Methods included ultrasonic, magnetic particle, and dye penetrant testing.

WILMINGTON MANOR GARDENS (Wilmington, DE) – Provided vibration monitoring of numerous commercial and residential dwellings during adjacent pile driving operations. Pre and Post Construction surveys were conducted on several structures for the purpose of delineating the effects of the vibrations onto the buildings.

UNIVERSITY OF DELAWARE (Dover, DE) – Managed the vibratory monitoring of multi-story structures and transmission antennae during adjacent sheet pile installations. Several methods of pile installations were necessary to protect the structures from damage.

O STREET RETAINING WALL RECONSTRUCTION (Washington, D.C.) – Provided Pre and Post Construction surveys for numerous structures during the reconstruction of a dilapidated forty-foot high retaining wall. Intermittent vibration monitoring was performed on this project throughout the duration.

ROUTE 1 RECONSTRUCTION (MDSHA)– HYATTSVILLE, MD – Numerous commercial structures and residential dwellings were evaluated using Pre & Post construction surveys. Vibration Monitoring was conducted during periods of heightened vibrations.



ALLAN A. MYERS
GOV. PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

BOND STREET RECONSTRUCTION (MDSHA)– BELAIR, MD – Numerous commercial structures and residential dwellings were evaluated using Pre & Post construction surveys. Vibration Monitoring was conducted during periods of heightened vibrations.

**Membership/Affiliations:**

American Welding Society (AWS) - Associate
American Society of Metals (ASM)
American Society of Testing and Materials (ASTM)
American Society For Non-Destructive Testing (ASNT)
International Society of Explosives Engineers (ISEE)



ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY. GC

# Personnel

# RESUME

## Edwin Williams

ALLAN A. HYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY. JC

**EDWIN F. WILLIAMS**
COT Project and Lab Manager

*Years of Experience:*

GTA:          10

*Education:*

University of Delaware,
       B.S. Environmental Science
       and Geology , 2007

*Certifications:*

Nuclear Gauge Certification
40 hour OSHA Certification
NICET Level I- Soils, Asphalt,
Concrete
NICET Level II- Laboratory
NICET Level III- Construction,
Exploration
State of Delaware CCR #4238
WACEL Foundation Inspector
PTI Level I

*Professional Affiliations:*
       American Society of Civil
       Engineers

       American Concrete Institute

**GEO-TECHNOLOGY
ASSOCIATES, INC.**

E:\LABORATORY\CCRL\RESUMES\EDWIN WILLIAMS_RESUME.DOC

*GEO-TECHNOLOGY*
*ASSOCIATES, INC.*

*Qualifications:*

As a Project Manager with Geo-Technology Associates, Inc., Mr. Williams is responsible for providing training and project management on several jobs for several technicians. His management responsibilities consist of reviewing daily field reports, drafting engineering reports, troubleshooting field issues, coordinating jobs and technicians. In addition, Mr. Williams provides sophisticated inspections in the field and laboratory including structural steel, masonry and concrete observations, deep foundation systems, soil stabilization, and observation of subsurface explorations including test borings/test pits, and is proficient in laboratory testing following ASTM and AASHTO standards.

As lab manager Mr. Williams is responsible for review and compilation of laboratory test results, review of budgets and billing, training of personnel, purchase and maintenance of equipment and conduction of in-house quality assurance/quality control programs to ensure lab proficiency with ASTM standards

Some of Mr. Williams's recent experience providing construction-monitoring services includes the following:

**Cecil County Dredge Pond, Cecil County, Maryland-** Provided soils testing and analysis for a 15 acre dredge storage pond.

**Delaware Department of Transportation Materials and Research Facility, Dover, Delaware-** Performed soils and concrete testing, foundation and steel inspections for the new 32,000 square foot Materials and Research facility.

**CIBA, New Castle County, Delaware-** Provided sub-surface exploration for the additions to an existing warehouse. The exploration consisted of drilling SPT borings, in level C personal protection, over a Superfund Site.

**Diver Chevrolet, Wilmington, Delaware-** Performed construction observations for driven pipe piles through a capped brownsfield site for the used car lot. Provided caisson and foundation inspections, soils testing, soil stabilization recommendations, rebar and post tensioning inspection, and concrete testing for a 4-story parking garage and service center. .

**Newark Free Library, Newark, Delaware-** Provided sub-surface exploration and single ring infiltrometer testing for building addition and sub-surface (SWM) facility

**Laver Property, Delaware County, Pennsylvania-** Provided soil testing and provided soil stabilization recommendations in the field using geotextile fabric.

**Legends of Frog Hollow, Middletown, Delaware-** Resident Inspector for new residential development. Provided foundation inspection, soils testing and analysis, and underground tunnel construction observation. Also provides residential foundation inspections for the 200 home subdivision.



ALLAN A. MYERS
GOV. PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.



Equipment/Details

ATTACHMENT A

Deep Benchmark

Acker Drill Rig
Curb Box/Grout Mix

ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.



**Bulletin 44**

**acker**
DRILL COMPANY

Featuring the

# acker SOIL-XLS

## All-Hydraulic, High-Torque Drill Rig

The SOIL-XLS is specifically designed for fast and economical soil investigation, ground water monitoring or auger drilling with multiple mast positions for easy access in difficult terrain.

**Features:**
- Coring 1,700 ft. (520 m) AC Wireline
- 8,500 lbs. (38,900 kg) Hoist
- 8 Speed PWD REV. to 1,000 RPM
- Spindle Torque 5,000 ft-lbs. (6,780 Nm)
- 8 ft. (1.83 m) Stroke
- Automatic Drive/Automatic Hammer
- 11,000 lbs. (48,900 Kg) Pull/Thrust
- Hydraulically Operated Engine Leveler
- Enclosed Side Rack
- Mast Rotation 85° to 5 ft. (1.52 m) Down Feature
- Spill Console Control for Tramming

acker
DRILL COMPANY

P.O. Box 830, Scranton, PA 18501 USA
Toll Free: 800-752-3507 • Fax: 570-586-2659
E-Mail: sales@ackerdrill.com • Website: www.ackerdrill.com

ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

## Bulletin 44  acker
DRILL COMPANY

## SOIL-XLS STANDARD FEATURES:

A. Power Unit – 97 H.P. diesel engine with 12-volt electric start, hydraulically adjustable for constant operation on a 45 degree slope.  Other power options available on request.

B. Feed Mechanism – The main feed consists of double acting alternative mechanism connected to a hydraulic cylinder with 72" stroke and capable of 11,000 pounds upward thrust and 11,000 pounds pull down.  Feed speeds are 0-72 FPM up and down.

C. Drill Drive – Taken from power mover through a pressure/feed compensated piston pump and single fixed volume gear pump.

D1. (4) Speed Drill Head – 3-5/8" Open Spindle.

 1st gear (0-60 RPM @ 6,000 ft./lbs. torque)     2nd gear (0-180 RPM @ 2,973 ft./lbs. torque)
 3rd gear (0-340 RPM @ 1,237 ft./lbs. torque)     4th gear (0-584 RPM @ 764 ft./lbs. torque)

D2. (4) Speed Drill Head – 3-5/8" Open Spindle.

 1st gear (0-20 RPM @ 3,026 ft./lbs. torque)     2nd gear (0-263 RPM @ 1,452 ft./lbs. torque)
 3rd gear (0-464 RPM @ 788 ft./lbs. torque)      4th gear (0-800 RPM @ 434 ft./lbs. torque)
 Two (2) speed hydraulic motor option up to 1,200 RPM in high range.

E. Mast – Welded rectangular structural steel tube construction that supports and guides the rotation of feed components.  Positioned with one (1) hydraulic cylinder and rigidly held in the vertical position for drilling and is lowered to the travel position for moving from hole to hole and includes mast extension to allow for 10 ft. rod pulls. Mast mounting allows for angle as well as 90 degree vertical drilling.  Also includes mast dump for 50 inches.  Mast also includes crown block with sheaves.

F. Slide Head – 12" drill head movement.

G. Drill Frame – All welded steel construction supports the power unit, mast, control panel, winches and cathead.

H. Auger Guide

I1. Track Mounting:  The entire drill is mounted on a structural steel frame and self-propelled by high quality crawler tracks with independent reversible hydraulic motor drive.  Full function radio remote control and pendant control operations with a emergency shutdown.

I2. Mounting – The entire drill is mounted on a structural steel, Truck, Track, Trailer, skid or ATV mounted.

## SOIL-XLS OPTIONAL FEATURES:

1. Cathead Hoist – Hydraulically powered cargo type hoist, 10" diameter.

2. Auxiliary Hoist - 2,500 lb. or 4,500 lb. planetary type with 75 ft. of 5/15" cable.

3. Main Drum Hoist - 8,500 lb. planetary type with 160 ft. of 5/8" cable.  Includes rapid reverse.   (Recommended for skid unit to move under its own power.)

4. Quick Disconnect Adapter – U-Joint type for augers, 1-5/8" hex or 2" hex or rigid type for rod/casing (specify size).

5. 2" Swivel – For air, mud or water.  Attaches directly to the top of the spindle.

6. Water Pump - Hydraulically driven Triplex Type 20-35 GPM with infinitely variable controls from the operator's station.  Moyno Type 3L6, 3L8 or equal.

7. Wireline Hoist – Hydraulic powered used for wireline core drilling.  1,000 ft. of 1/8" cable.  Lifting capacity is 800 lbs. or 2,500 lbs. auxiliary winch.

8. Front Winch - Hydraulically driven, front-mounted with 20,000 lb. capacity.

9. Low Clearance Sheave Block Assembly – For use with cathead operation in low ceiling situations (requires removal of main crown block).

10. Auger Rack

11. Water Tank

12. Automatic Chuck

Contact factory for additional details.  A complete line of optional accessories are available.

 acker
DRILL COMPANY

P.O. Box 830, Scranton, PA 18501
Toll Free:  800.752.2537   Fax:  570.586.2659
E-Mail:  sales@ackerdrill.com   Website:  www.ackerdrill.com

Policy:  The policy of Acker Drill Co., Inc. being one of continual improvement, we reserve the right to change design or materials at any time, without giving notice or creating any obligation to previous or future customers.



ALLAN A. MYERS
GOV. PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

 **The Most Complete Line of UST/AST Products!**

# MONITORING WELL MANHOLES

# ROUND CAST BOLTED MANHOLE

### Application -
Applications where limited access and maximum security is needed.

### Part Number - 65-WC



Raised triangle monitoring well designation

Gasketed; bolted cover.

Recessed identification area



**Only from Universal!** - Raised triangle monitoring well designation. Clearly marked cast-iron cover with monitoring well designation in accordance with API -RP-1615. Recessed I.D. wrap allows information such as ~ date installed, depth etc. with an optional I.D. plate.

### Features -
✔ White polymeric coated cover for non-corrosion
✔ 2 flush-mount stainless steel bolts for added security and limited access
✔ Gasketed for water and contamination protection
✔ Carries H-20 load rating

### Construction -
- Cast iron cover and ring
- 2 flush mount stainless steel bolts
- Galvanized steel skirt
- Buna-N gasket
- Heavy-duty cast iron ring and cover
- Polymeric coating

| Model | Size | Weight (lbs.) | A | B | C | D |
|-------|------|---------------|------|--------|--------|--------|
| 65-8075-WC | 8" x 7-1/2" | 11.4 | 9-1/2" | 8-1/4" | 8-3/8" | 9-1/2" |
| 65-8012-WC | 8" x 12" | 16.5 | 13-3/8" | 8-1/4" | 8-3/8" | 9-1/2" |
| 65-1212-WC | 12" x 12" | 30.5 | 13-3/8" | 12-1/4" | 12-3/8" | 13-1/2" |
| 65-1280-WC | 12" x 8" | 26.5 | 8-3/8" | 12-1/4" | 12-3/4" | 13-1/2" |

### Replacement Parts

| Part Numbers | Description | Part Numbers | Description |
|--------------|-------------|--------------|-------------|
| 1300-248 | Pop Rivet | 65-1212 | 12" Gasket |
| 60-12-C3 | 12" x 8" Skirt | 650012-A1 | 8" Ring only |
| 60-8-C3 | 8" x 8" Skirt | 650012-CO | 8" Cover only |
| 65-1212-A2 | 12" Ring only | 85-8-C1 | 8" x 12" Skirt |
| 65-1212-CO | 12" Cover only | 85-8-G | 8" Gasket |
| 65-12-C2 | 12" x 12" Skirt | 65-BT | Bolt |



Neither Universal Valve Co., products need be used in compliance with applicable federal, state, and local laws and regulations. Product selection should be based on physical specification and on factors and compliance with the sections set and materials to be handled. Universal Valve Co., makes no warranty or basis for products' useful materials and specifications at its discretion are based on the latest products information available at the time of publication. Prices, availability, and specifications are subject to change at any time, and we reserve the right to discontinue at any time, in either case, without notice or obligation.

UNIVERSAL VALVE COMPANY
476 Schiller Street, Elizabeth, NJ 07206 • (800) 223-0741 • (908) 351-0606 • Fax: (908) 351-0368 • universalvalve.com
© 2009 Universal Valve Company Inc.

70

ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

11



**FOX INDUSTRIES**
ENGINEERED PRODUCTS

**FX-32**
Grout Mix

email: info@foxind.com
www.foxind.com

## DESCRIPTION:

FX-32 Grout Mix is a specifically formulated mixture of portland cement, fine aggregates, and additives. FX-32 Grout Mix, when blended with coarse aggregate and mixed with water, provides a durable, low shrink concrete.

## WHERE TO USE:

Use where small quantities of concrete are required, making transit mix too costly. Use to make sidewalks, steps, footings, plinths, etc.

## PHYSICAL PROPERTIES:

Meets or exceeds the requirements of ASTM C-387

Grout – Compressive Strength (ASTM C-109)

| | |
|---|---|
| 24 hours | 4,000 psi |
| 7 days | 6,700 psi |

Concrete – Compressive Strength (ASTM C-39)

| | |
|---|---|
| 24 hours | 3,600 psi |
| 28 days | 7,000 psi |
| Initial Set approximately | 2 hrs. @ 70°F |

## MIXING:

Grout - Blend 1 – 50 lb. bag of FX-32 Grout Mix with approximately 3/4 gallon of potable water. Add additional water to bring to desired consistency and place. 120 ounces of water will equal or exceed the test results shown above.

Concrete - Blend 1 – 50 lb. bag of FX-32 Grout Mix with approximately 30 lbs. of coarse aggregate (about 1/2 of five gallon bucket) and 3/4 gallon of potable water. Add additional water to bring to desired consistency and place. 1 gallon of water will equal or exceed the test results shown above. As water is increased, strength will decrease; therefore use only as much water as is required to place and finish the concrete.

## YIELD:

Grout 1 – 50 lb. bag when mixed will yield approximately 0.42 cubic feet of grout.

Concrete - 1-50 lb. bag when mixed with 30 lb. of coarse aggregate will yield approximately 0.65 cubic feet of concrete.

## PACKAGING:

50 lb. multiwall waterproof bag

## CAUTION:

**WARNING!** Contains Free Silica & Portland Cement. Do not breathe dust. May cause delayed lung injury (silicosis). Follow O.S.H.A. safety and health standards for crystalline silica (quartz). Cement powder or freshly-mixed concrete, grout or mortar may cause skin injury. Avoid contact with skin and wash exposed skin areas promptly with water. If any cement powder or mixture gets into the eyes, rinse immediately and repeatedly with water and get prompt medical attention

FOR INDUSTRIAL USE ONLY. KEEP AWAY FROM CHILDREN. 8/2006

PHONE 410-243-8856     TOLL FREE 888-760-0369     FAX 410-243-2701

Warranty: We warrant our materials to be of good quality and will replace any material proven defective. We believe that the technical information provided is reliable and that materials will perform to your satisfaction. However, we cannot guarantee final results because of the many possible variations in field conditions and application procedures.



ALLAN A. MYERS
GOV. PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

12

Equipment/Details

ATTACHMENT A

Surface Settlement Markers

¼" Double Expansion Anchors

ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

13

 **SIERRA**

### Product Listing, Sizing and Specifications

## Double Expansion Anchors

Zamac 7 Alloy

| Catalog Number | Anchor Size | ANSI Bit Size | Clearance Hole | Sleeve Length | Maximum Embedment | Quantities Box / Case | Ultimate Holding * |
|---|---|---|---|---|---|---|---|
| 40-35-1600 | 1/4" | 1/2" | 9/16" | 1" | 1 1/4" | 50 / 500 | 2,340 lbs. |
| 40-35-2400 | 3/8" | 3/4" | 7/16" | 1 3/16" | 1 3/4" | 50 / 250 | 4,980 lbs. |
| 40-35-4000 | 5/8" | 1" | 1 1/16" | 2 1/4" | 2 1/2" | 25 / 100 | 13,600 lbs. |

\* **Ultimate Holding** – The figures shown are for comparative purposes, to help in anchor selection only. Ultimate load limits should be prepared by a registered design professional where required by statues of the jurisdiction in which the project is being constructed.


ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.



Equipment

ATTACHMENT A

Geosonics 3000LC Seismograph



ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY.

17

# SSU 3000LC

The SSU 3000LC is a convenient, easy to use and complete vibration and sound monitoring system designed with the user in mind. Key features include an enhanced tactile keypad, heavy-duty twist-lock metal cable connectors and a heavy-gauge aluminum enclosure with baked enamel finish. The four-line by 20-character LCD and menu-driven programming makes on-site setup easy and permits the user to view numerical waveform data and monitoring results in the field. The timesaving template utility can store repetitive setup information for quickly deployed instruments with pre-defined configurations. The internal lead-acid battery is long lasting and easily charged using the included AC adapter. An integrated timer turns the unit on and off at pre-selected times to conserve battery power. The 2-hertz, high-pass microphone and all other accessories fit easily into the tough, structural-resin carrying case.

The SSU 3000LC has three recording modes: 1) triggered – either seismic or sound, 2) continuous (histogram) and 3) sustained trigger. The internal memory can store up to 220, 1-second events. Sustained trigger mode delays processing and permits collection of consecutive 15-second intervals of waveform data up to a cumulative total of approximately 4.2 minutes. Data can be collected in either imperial (US customary) or metric units. The included basic compliance software package can be used for data analysis and preparation of standard or customized reports.

GeoSonics® is a leader in seismograph innovation, design, manufacturing and vibration consulting. Because we use the equipment we design, a user-friendly interface, ruggedness and reliability are not just goals -- they are standards.

*GeoSonics®...always a step ahead!*

## Features & Specifications



Early twist-lock serial ports for external communications. LEDs show data transmittal status. External power supply port, in-line fuse for board circuitry protection.





Instrument connection ports come standard with caps to protect connecting pins when not in use.

Heavy-duty twist-lock metal cable connections are standard design features on all GeoSonics® seismographs.

**STANDARD FEATURES:**
- External geophone meets ISEE density recommendations.
- Four-line by 20-character LCD and 16-key alphanumeric keypad for on-site setup and data display.
- Heavy-gauge aluminum case & baked enamel finish.
- Heavy-duty twist-lock metal cable connectors.
- Internal, rechargeable lead acid batteries.
- External LED indicators for charging & recording status.
- Flexible interface for custom configurations.
- Two (2) independent threshold alarm output ports.

**GENERAL:**
- Weight (With Case).............................44.7 lbs (6.7 kg)
- Dimensions (With Case)..........12.3 in x 13.5 in x 5.0 in
  (31.1 cm x 34.3 cm x 12.7 cm)
- Weight (Without Case)..............................4.5 lbs (2.1 kg)
- Dimensions (Without Case)............8.7 in x 7.0 in x 3.6 in
  (22.1 cm x 17.8 cm x 9.2 cm)
- Operating Temperature: 0 to 130° F (-18 to 54° C).
- One (1) year warranty on parts and labor.

**STANDARD FEATURES (Continued):**
- PC serial port interface for downloading events data.
- Up to 220, 1-second waveform data recordings (up to 60, 6-second waveform data recordings).
- GPS acquisition feature (NEMA 108 compatible).
- Six (6) template locations for recording set up data.
- Imperial and metric operation.
- Basic compliance reporting software package included.
- Designed & manufactured in the USA.

**OPTIONAL ACCESSORIES:**
- Hydrophones (instrument modifications required).
- Accelerometers to 50 g's or higher (instrument modifications required).
- Amplifiers (10x-100x).
- Optically isolated dual alarm control for dialers, pagers and remote alarm notifications.
- Advanced seismic analysis software package.
- Extended warranties & service contracts.
- Numerous custom configurations – call for details.

**RECORDING MODES:**

| | | |
|---|---|---|
| **Seismic Trigger:** | Resolution: | 0.0025 in/sec. (0.05 mm/sec.) |
| | Range: | Up to 5.120 in/sec. (130 mm/sec.)(other ranges available). |
| | Frequency Response Range: | 2 to 250 Hz (3 dB) / 2 to 1,000 Hz (Nyquist). |
| | Sampling Rate: | Up to 2,000 / second / channel. |
| | Recording Intervals: | 1 to 15 seconds. |
| | Accuracy: | 5% within one year (multi-frequency calibrated). |
| | Calibration: | Internal dynamic. |
| **Sound Trigger:** | Range (Linear): | 78 to 142 dB (other ranges available). |
| | Frequency Range (3 dB): | 2 to 250 Hz (3 dB) / 2 to 1,000 Hz (Nyquist). |
| | Accuracy: | ± 10% or 1dB within one year (multi-frequency calibrated) |
| | Calibration: | Internal electronic. |
| **Continuous (Histogram):** | Vibration Data: | Peak particle velocity and frequency for L, T & V. |
| | Recording Intervals: | Selectable: 1 to 60 seconds. |
| | Sound Data (Linear): | 78 to 142 dB (other ranges available). |
| **Sustained Trigger:** | Multiple Event Recordings: | Consecutive waveform recordings up to 4.2 minutes. |

**ﮍ GeoSonics**

P.O. Box 588
Warrendale, PA 15086
Ph. 800-892-8395   Fax 724-934-2999
www.geosonics.com



ALLAN A. MYERS
GOV. PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 2140
REVIEWED BY:

## GOVERNOR PRINTZ INTERCEPTORS – SECTION I
## RESPONSE ACTION PLAN

The following Response Action Plan is in correlation with identification of alerts as referenced in specification section 2140 – Geotechnical & Structural Monitoring Instrumentation.

The Project Team members responsible for this Plan are as follows and in the order of emergency contact:

| | | |
|---|---|---|
| Jessie Ceglowski – Project Manager | (610)960-0358 Cell | (610)873-0792 Home |
| Doug Parsons – Project Superintendent | (443)250-6875 Cell | (610)838-6316 Home |
| Rick Tisa – General Superintendent | (410)808-4283 Cell | |

1. All site equipment will be left onsite. The operating personnel are on call for any site emergencies. Personnel will be rotated for off hours based on availability.
2. Any structural issues will be reviewed by Earth Engineering, Jay McKelvey, to determine the proper course of action as agreed to by Parsons Brinckerhoff, New Castle County and/or DelDot as necessary.
3. Contingency plans can not be fully identified until the specific circumstances can be reviewed

### I. LEVEL 1 ALERT THRESHOLD RESPONSE

1. AAM Project Manager will notify Robby McDonald immediately upon receiving any indication of movement above the following:

| | |
|---|---|
| a. Surface Settlement markers | .375 inch |
| b. Inclinometer Casing Movements | N/A |
| c. Tiltmeter Plates | N/A |
| d. Crack Monitoring Pin | N/A |
| e. Seismographs | N/A |

2. Engineer and AAM Project Manager will determine the likely cause of movement and determine if ceasing the work activity is necessary.

### II. LEVEL 2 UPSET LIMITING RESPONSE

1. AAM Project Manager will notify Robby McDonald immediately if any of the monitoring instrumentation exceeds the following movement:

| | |
|---|---|
| a. Surface Settlement Markers | .5 inch |
| b. Inclinometer Casing Movements | N/A |
| c. Tiltmeter Plates | N/A |
| d. Crack Monitoring Pins | N/A |
| e. Seismographs | See note below regarding Level 2 |



ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 02140
REVIEWED BY

2. Any operation that is deemed by the Engineer to have caused the movement will cease immediately.

3. Any areas found to be unstable in regard to groundwater or structural integrity will be stabilized immediately.

## RESPONSE ACTION PLAN SPECIFIC TO GAS MAIN RISK:

Based on TJA's calculations, it is anticipated that the peak particle velocity will be above the Level 2 threshold of 2.0 ips at the closest pipeline. Based on our understanding of the condition of the gas mains, this vibration level will not cause any damage. Therefore, AAM is requesting to waive the Level 2 threshold alert for seismograph monitoring that is listed in the specification.

AAM will not be authorized by either Delmarva or Linde to operate any valves onsite. We have been instructed to contact the following representatives in case of emergency and they will provide immediate gas flow restriction:

Delmarva Gas – 24" High Pressure Main

1. Call 911 immediately.
2. Call Delmarva Emergency Leak Hotline at (302) 454-0317. Delmarva indicated that the Fire Marshall would dictate an evacuation radius if necessary. In the event that the Fire Marshall does not dictate an evacuation radius for damage, AAM will evacuate all residences and traffic within 500' of the damage.

Linde – Oxygen and Nitrogen

Linde will be notified as to the daily blast schedule so their control room will be on alert at the time of blasting. In the event of a rupture:

1. Call Linde Control Room at (302)798-6836 to shut off flow.
2. Call 911.

All traffic, personnel and pedestrians will be evacuated 500' away from rupture until damage and remediation is assessed.

ALLAN A. MYERS
GOV. PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 02140
REVIEWED BY



FLUSH MOUNT DEEP SETTLEMENT MARKER

EARTH
ENGINEERING
INCORPORATED

Geotechnical Engineers & Geologists

115 W. Germantown Pike
East Norriton, PA 19401
(610)277-0880
FAX (610)277-0878
www.earthengineering.com

PREPARED FOR

GOVERNOR PRINTZ INTERCEPTORS

NEW CASTLE COUNTY   DELAWARE

| | |
|---|---|
| Drawn By: CJG | Date: 5/20/2011 |
| Scale: N.T.S. | |
| Drawing Number: 24608.00-A-103 | |
| Approved By: JAM | |
| Checked By: JAM | Sheet No. 3 OF 3 |

REVIEWED BY
REFERENCED SPEC.02149
CONTRACT 2010-01
GOV.PRINTZ INTERCEPTOR
ALLAN A. MYERS

8"Ø Hole

CONCRETE

# 4 BAR

STEEL PLATE

8"Ø Outer Casing

APPROXIMATE INVERT OF UPPERMOST PIPE
PROVIDED BY AAM

GROUND SURFACE

TRAFFIC CONE



★ Sub - Surface Settlement Markers
O Piezometers
✴ Surface Settlement Markers

ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 02140
REVIEWED BY.

★ Sub - Surface Settlement Markers

✹ Surface Settlement Markers

ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC
REVIEWED BY



★ Sub - Surface Settlement Markers

★ Surface Settlement Markers

ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 02140
REVIEWED BY



★ Sub - Surface Settlement Markers

✖ Surface Settlement Markers

▲ Deep Cased Benchmark

ELTON A MYERS
GOV PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC.0731IL
REVIEWED BY

★ Sub - Surface Settlement Markers

✷ Surface Settlement Markers



| Project: | Governor Printz Interceptors | | | | |
| Description: | Piezometer Monitoring | | | | |
| Measurement By: | | | | Date: | |
| Checked By: | | | | Date: | |

| Piezometer #: | 101 | | Top of Pipe Elevation: | elc-ft |
| Location: | | | Steady State GWT Elevation: | elc-ft |

| Date | Time | Depth to Groundwater (ft) | Groundwater Elevation (elc-ft) | Variation From Steady State (ft) |
|------|------|---------------------------|-------------------------------|----------------------------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC.021 40
REVIEWED BY

MAIL TO

WATER SUPPLY SECTION
DIVISION OF WATER RESOURCES
89 KINGS HIGHWAY
DOVER, DELAWARE 19901

PHONE: 302-739-9944
FAX  302-739-7764

**STATE OF DELAWARE
DEPARTMENT OF NATURAL RESOURCES
AND ENVIRONMENTAL CONTROL**

**WELL COMPLETION REPORT**

http://www.dnrec.state.de.us/

WELL COMPLETION REPORT
MUST BE RETURNED WITHIN 30
DAYS OF CONSTRUCTION.  A
WELL FORMATION LOG MUST BE
INCLUDED WITH THIS REPORT.

-Authorization Number-

**ILLEGIBLE OR INCOMPLETE FORMS WILL BE RETURNED**
PLEASE PRINT OR TYPE - USE BLUE OR BLACK INK ONLY

| WELL CONSTRUCTION METHOD | | |
|---|---|---|

Permit # _____ Local ID _____

Tax Map/Parcel # _____

Property Owner _____

Water Well Contractor _____ WC Lic # _____

Well Driller in Charge during Construction: _____

| | | |
|---|---|---|
| o Augered | o Bored | o Cable Tool |
| o Driven | o Jetted | o Air Rotary |
| o Mud Rotary | o Reverse | o Washed |
| o Other (Specify): _____ | | |

Total Depth of Excavation: _____

Construction Date: _____

---

**CASING INSTALLATION:**   **INNER CASING**

CASING TOP: _____
CASING BOTTOM: _____
CASING DIAMETER: _____
CASING MATERIAL: _____

**OUTER CASING**

| | (1) | (2) | (3) |
|---|---|---|---|
| CASING TOP: | | | |
| CASING BOTTOM: | | | |
| CASING DIAMETER: | | | |
| CASING MATERIAL: | | | |

**SCREEN INSTALLATION**

SCREEN TOP: _____
SCREEN BOTTOM: _____
SCREEN DIAMETER: _____
SCREEN MATERIAL: _____

SCREEN SLOT SIZE _____ /THOUSANDS

GRAVEL PACK SIZE _____

---

Gravel Pack From: _____ ft.  To: _____ ft.

Grout Type: _____ o Cement _____ o Bentonite Clay

o Other: _____ From: _____ ft. To: _____ ft

Type of Non-Grout backfill of Well Annulus: _____

From _____ To: _____

Static Water Level: _____ ft.  o Below  OR  o Above Ground Surface

On (date): _____

Pumping Water Level: _____ ft.  On (date): _____

After _____ hrs.  Pumping at: _____ GPM

Was a Geophysical Log Taken?  o YES  o NO

**WELL HEAD COMPLETION:**

Type:   o Pitless Adapter          o Standard "T"
        o Well Pit                o Pad Mount
        o Other - Specify: _____

Well Head Completed _____ inches  o Above (OR) o Below Ground Surface

Was the Well Tag attached in accordance with current regulations?

o YES  o NO   If "NO", Please Explain _____

_____

_____

_____

Site Plan -- Include lot size and dimensions, distances from well to house, property lines, nearest road, and all nearby septic systems (include suitable plot plan if available).  (If different from original application)

ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC. 02140
REVIEWED BY

I HEREBY AFFIRM THE INFORMATION I HAVE SUBMITTED IS
ACCURATE AND CORRECT.

Signature - Well Driller in Charge of Well Construction

| License # | Date |
|---|---|

---

White - DNREC   •   Canary - Contractor   •   Pink - Owner          Doc No. 40-08/78/01/03 - EC 3

| | | | |
|---|---|---|---|
| Project: | Governor Printz Interceptors | | |
| Description: | Flush Mount Settlement Marker | | |
| Measurements By: | | Date: | |
| Checked By: | | Date: | |

FMSM No. _____     Initial Top of Instrument Elevation     clo-ft

Location: _____

| Date | Time | Elevation | Notes |
|------|------|-----------|-------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC.02140
REVIEWED BY

FMSM Monitoring Form

Project: **Governor Printz Interceptors**

Description: Surface Settlement Marker - Southbound active lanes

Measurements By: _____   Date: _____

Checked By: _____   Date: _____

SSM _____   Initial Top of Instrument Elevation   elo-ft

Location: _____

| Date | Time | Elevation | Notes |
|------|------|-----------|-------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

```
ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC.02140
REVIEWED BY
```

SSM Monitoring Form


**ALLAN A. MYERS**
American Infrastructure, Inc.

**GOVERNOR PRINTZ INTERCEPTOR - Section I**

## DAILY LOG - MAJOR EXCAVATIONS

Temperature _____

**DETAILED DESCRIPTION OF EXCAVATION**

Rain Gauge Reading _____

Depth of Excavation: _____

Precipitation _____

Shoring Used Today _____

Time of Movement of Shoring System _____

**Unusual Events I.e excessive ground loss through excavation support, boulders, groundwater flow, or instability:**

_____
_____
_____
_____
_____
_____
_____
_____

**Location and Elevation of Soil Strata**

Strata #1 _____

Strata #2 _____

Strata #3 _____

Strata #4 _____

Strata #5 _____

**Construction loading in the vicinity of Instrumentation within 100 ft of Excavation**

_____
_____
_____
_____
_____

ALLAN A. MYERS
GOV.PRINTZ INTERCEPTOR
CONTRACT 2010-01
REFERENCED SPEC 02140
REVIEWED BY